| | |
|---|---|
| 1 | ROBERT W. FERGUSON |
| | *Attorney General* |
| 2 | NOAH GUZZO PURCELL, WSBA #43492 |
| | *Solicitor General* |
| 3 | NATHAN K. BAYS, WSBA #43025 |
| | KRISTIN BENESKI, WSBA #45478 |
| 4 | ANDREW R.W. HUGHES, WSBA #49515 |
| | CRISTINA SEPE, WSBA #53609 |
| 5 |   (*application for admission forthcoming*) |
| | *Assistant Attorneys General* |
| 6 | EMMA GRUNBERG, WSBA #54659 |
| | TERA M. HEINTZ, WSBA #54921 |
| 7 |   (*application for admission forthcoming*) |
| | KARL D. SMITH, WSBA #41988 |
| 8 |   (*application for admission forthcoming*) |
| | *Deputy Solicitors General* |
| 9 | 800 Fifth Avenue, Suite 2000 |
| | Seattle, WA 98104 |
| 10 | (206) 464-7744 |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:20-cv-03127-SAB |
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

    I, Ian Yarington, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and am competent to be a witness herein.

PROOF OF SERVICE
1:20-cv-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

On August 19, 2020, I caused copies of the following documents:

1. Complaint for Declaratory Judgment, Mandamus and Injunctive Relief (ECF No. 1);

2. Civil Cover Sheet (ECF No. 1-1); and

3. Issued summonses to Donald J. Trump, the United States of America, Louis DeJoy, and the United States Postal Service (ECF No. 2) to be served via certified mail, to Defendants at the following addresses:

```
DONALD J. TRUMP
IN HIS OFFICIAL CAPACITY AS
PRESIDENT OF THE USA
THE WHITE HOUSE
1600 PENNSYLVANIA AVE NW
WASHINGTON DC  20500

UNITED STATES OF AMERICA
ATTORNEY GENERAL OF THE UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC  20530

USPS
C/O GENERAL COUNSEL
475 L'ENFANT PLZ SW
WASHINGTON DC  20260-1100

LOUIS DEJOY
POSTMASTER GENERAL
C/O GENERAL COUNSEL
475 L'ENFANT PLZ SW
WASHINGTON DC  20260-1100
```

PROOF OF SERVICE
1:20-cv-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

DATED this 20th day of August 2020, at Seattle, Washington.

_____
IAN YARINGTON

PROOF OF SERVICE
1:20-cv-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I have caused to be mailed by United States Postal Service the document to the following non-CM/ECF participants: (1) Donald J. Trump, in his official capacity as President of the United States of America, (2) United States of America; (3) Louis DeJoy, in his official capacity as Postmaster General; and (4) United States Postal Service. The document will also be sent by email to William D. Hyslop, U.S. Attorney for the Eastern District of Washington, at bill.hyslop@usdoj.gov.

DATED this 20th day of August, 2020, at Seattle, Washington.

*/s/Kristin Beneski*
Kristin Beneski, WSBA #45478

PROOF OF SERVICE
1:20-cv-03127-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744