1    ROBERT W. FERGUSON
     *Attorney General*
2    NOAH GUZZO PURCELL, WSBA #43492
     *Solicitor General*
3    NATHAN K. BAYS, WSBA #43025
     KRISTIN BENESKI, WSBA #45478
4    ANDREW R.W. HUGHES, WSBA #49515
     CRISTINA SEPE, WSBA #53609
5      (*application for admission forthcoming*)
     *Assistant Attorneys General*
6    EMMA GRUNBERG, WSBA #54659
     TERA M. HEINTZ, WSBA #54921
7      (*application for admission forthcoming*)
     KARL D. SMITH, WSBA #41988
8      (*application for admission forthcoming*)
     *Deputy Solicitors General*
9    800 Fifth Avenue, Suite 2000
     Seattle, WA  98104
10   (206) 464-7744

11
                **UNITED STATES DISTRICT COURT**
12               **EASTERN DISTRICT OF WASHINGTON**
                          **AT YAKIMA**
13

14   STATE OF WASHINGTON, et            NO.  1:20-cv-03127-SAB
     al.,
15                                      PROOF OF SERVICE
                          Plaintiffs,
16          v.

17   DONALD J. TRUMP, et al.,

18                        Defendants.

19         I, Bonnie Patey, declare under penalty of perjury under the laws of the

20   State of Washington and of the United States of America that I am a resident of

21   the State of Washington, over the age of eighteen years, not a party to the

22   above-entitled action, and am competent to be a witness herein.

PROOF OF SERVICE                    1          ATTORNEY GENERAL OF WASHINGTON
1:20-cv-03127-SAB                                     Complex Litigation Division
                                                       800 5th Avenue, Suite 2000
                                                       Seattle, WA 98104-3188
                                                            (206) 464-7744

1    On August 19, 2020, I caused copies of the following documents:

2    1.    Complaint for Declaratory Judgment, Mandamus and Injunctive

3    Relief (ECF No. 1);

4    2.    Civil Cover Sheet (ECF No. 1-1); and

5    3.    Issued summonses to Donald J. Trump, the United States of

6    America, Louis DeJoy, and the United States Postal Service (ECF No. 2)

7    to be served at approximately _2:15_ a.m./(p.m.) upon Defendants by hand-

8    delivery to:

9

10    U.S. Attorney William D. Hyslop
United States Attorney's Office

11    Eastern District of Washington
920 W. Riverside Avenue, Suite 340

12    Spokane, WA 99201

13    DATED this 20th day of August 2020, at Spokane, Washington.

14

15    _Bonnie L. Patey_
BONNIE PATEY

16

17

18

19

20

21

22

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I have caused to be mailed by United States Postal Service the document to the following non-CM/ECF participants: (1) Donald J. Trump, in his official capacity as President of the United States of America, (2) United States of America; (3) Louis DeJoy, in his official capacity as Postmaster General; and (4) United States Postal Service. The document will also be sent by email to William D. Hyslop, U.S. Attorney for the Eastern District of Washington, at bill.hyslop@usdoj.gov.

DATED this 20th day of August, 2020, at Seattle, Washington.

*/s/Kristin Beneski*
Kristin Beneski, WSBA #45478

PROOF OF SERVICE
1:20-cv-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744