1 | ROBERT W. FERGUSON
*Attorney General*
2 | NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
3 | NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
4 | ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #23609
5 | (*application for admission forthcoming*)
*Assistant Attorneys General*
6 | EMMA S. GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
7 | (*application for admission forthcoming*)
KARL D. SMITH, WSBA #41988
8 | (*application for admission forthcoming*)
*Deputy Solicitors General*
9 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104
10 | (206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| STATE OF WASHINGTON, et al., | NO. 1:20-cv-03127 |
|---|---|
| Plaintiffs, | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| v. | Fee: $200.00 |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Pursuant to LCivR 83.2(c) of the United States District Court for the Eastern District of Washington, Jeffrey P. Dunlap hereby applies for permission to appear and participate as counsel in the above-entitled action on behalf of the

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE
NO. 1:20-CV-03127

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

State of Maryland.

The particular need for my appearance and participation is: to ensure adequate representation of the interests of the State of Maryland.

I, Jeffrey P. Dunlap, understand that I am charged with knowing and complying with all applicable local rules.

I have been admitted to practice before the following courts on the following dates:

| Courts | Dates |
|---|---|
| U.S. District Court, District of Maryland | 04/12/2019 |
| Maryland | 12/10/2018 |
| Massachusetts | 03/10/2011 |
| New York | 11/18/2013 |

I have not been disbarred or formally censured by a court of record or by a state bar association and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/20/2020     Signature of Applicant: /s/ *Jeffrey Dunlap*

Pro Hac Vice Attorney
Applicant's Name: Jeffrey Paul Dunlap
Bar No./State Bar No.: D. Md. Bar No. 20846 / Maryland State Bar No. 1812100004
Law Firm Name: Maryland Office of the Attorney General
Street Address: 200 St. Paul Place
City, State, Zip: Baltimore, MD
Phone number: 913-449-5049
Primary Email: jdunlap@oag.state.md.us

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE
NO. 1:20-CV-03127

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Jeffrey P. Dunlap is unable to be present upon any date assigned by the court.

DATE: <u>8/20/2020</u>          Signature of Local Counsel: <u>*/s/Kristin Beneski*</u>
Local Counsel's Name:     Kristin Beneski
Bar # / State Bar #:          WSBA #45478
Law Firm Name:               Washington Office of the Attorney General
Street Address:                 800 Fifth Avenue, Suite 2000
City, State, Zip:                 Seattle, WA 98104
Phone/Facsimile:              206-464-7459
Primary Email:                  Kristin.Beneski@atg.wa.gov

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE
NO. 1:20-CV-03127

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

    1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

    2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

    3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

    4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

    5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

    6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

/s/ *Jeffrey Dunlap*             8/20/2020
Signature             Date Signed

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE
NO. 1:20-CV-03127

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## **DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 20th day of August, 2020, at Tumwater, Washington.

*/s/ Jennifer D. Williams*
JENNIFER D. WILLIAMS
Paralegal

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE
NO. 1:20-CV-03127

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744