# Appendix A

| 1  | ROBERT W. FERGUSON
|    | *Attorney General*
| 2  | NOAH GUZZO PURCELL, WSBA #43492
|    | *Solicitor General*
| 3  | NATHAN K. BAYS, WSBA #43025
|    | KRISTIN BENESKI, WSBA #45478
| 4  | ANDREW R.W. HUGHES, WSBA #49515
|    | CRISTINA SEPE, WSBA #53609
| 5  |   (*application for admission forthcoming*)
|    | *Assistant Attorneys General*
| 6  | EMMA GRUNBERG, WSBA #54659
|    | TERA M. HEINTZ, WSBA #54921
| 7  |   (*application for admission forthcoming*)
|    | KARL D. SMITH, WSBA #41988
| 8  |   (*application for admission forthcoming*)
|    | *Deputy Solicitors General*
| 9  | 800 Fifth Avenue, Suite 2000
|    | Seattle, WA 98104
| 10 | (206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| STATE OF WASHINGTON, et al., | NO. 20-cv-03127 |
| --- | --- |
| Plaintiffs, | PLAINTIFF STATES' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS LOUIS DEJOY AND UNITED STATES POSTAL SERVICE |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

PLAINTIFF STATES' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS LOUIS DEJOY AND UNITED STATES POSTAL SERVICE

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the Plaintiff States, through undersigned counsel, request that Defendants United States Postal Service (USPS) and Louis DeJoy (hereinafter Defendants) respond to the following Requests for Production within the time established by applicable Court order. Please produce for inspection and copying the documents specified in the Requests below to the offices of the Washington Attorney General, Complex Litigation Division, 800 Fifth Avenue, Ste. 2000, Seattle, WA 98104, in accordance with the instructions set forth below.

**INSTRUCTIONS**

1. These requests seek all responsive documents in Defendants' possession, custody, or control, or in the possession, custody, or control of Defendants' agents, employees, representatives, accountants, attorneys (unless privileged), and all other persons acting for Defendants or on Defendants' behalf.

2. Produce all documents in the form, order, and manner in which they are regularly maintained, or, in the alternative, identify, by number, the request or requests pursuant to which Defendants are producing each document. In the absence of an agreement to the contrary, Plaintiff requests that all electronically stored information ("ESI") be produced in a reasonably usable electronic format pursuant to Fed. R. Civ. P. 34(a)(1)(A).

3. These requests are continuing in character so as to require Defendants to promptly produce supplemental documents if Defendants identify

PLAINTIFF STATES' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS LOUIS DEJOY AND
UNITED STATES POSTAL SERVICE

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1 additional or different documents that are responsive at any time before trial in
2 accordance with Fed. R. Civ. P. 26(e).

3     4. A contention that some portion of the documents responsive to these
4 requests may already be in the possession, custody, or control of Plaintiffs does
5 not excuse compliance with these requests.

6     5. Defendants must produce the original or a copy of the original of
7 each requested document, as well as all non-identical copies, such as documents
8 and drafts with notations, markings, and the like.

9     6. If a document is undated but it appears otherwise responsive to a
10 request, it should be produced.

11     7. If a request seeks a document that is no longer in existence, please
12 identify each such document, and:

13         a. Identify the information contained in the document;

14         b. State the circumstances under which the document ceased to
15 exist; and

16         c. Identify all persons who have knowledge or had knowledge
17 of the document and its contents.

18     8. If, in responding to these requests, Defendants encounter what they
19 deem to be an ambiguity when construing any request, instruction, or definition,
20 please set forth the matter deemed ambiguous and the construction used in
21 responding.

22

PLAINTIFF STATES' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS LOUIS DEJOY AND
UNITED STATES POSTAL SERVICE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

9. If Defendants elect to withhold any information or document under a claim of privilege, Defendants shall provide a list identifying each document for which privilege is claimed, and:

  a. The date the document was produced or generated;

  b. The name, address, and title of the person preparing the document;

  c. The name, address, and title for or to whom the document was prepared or addressed;

  d. The name, address, and title of all persons to whom copies of the document were furnished or otherwise forwarded;

  e. Without revealing any privileged information, the subject matter and content of the document; and

  f. The nature of the claim of privilege.

10. Plaintiffs reserve the right to pose additional or supplemental requests as discovery continues. By propounding these requests, Plaintiffs do not concede that any documents produced in response are relevant or admissible at trial.

**DEFINITIONS**

1. The term "White House" refers to all of the current and former employees, agents, officers, directors, representatives, consultants, advisors, aides, counsel, and staff of the current President of the United States and the

PLAINTIFF STATES' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS LOUIS DEJOY AND UNITED STATES POSTAL SERVICE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

current Vice-President of the United States, including any person who has served in any such capacity at any time since November 8, 2016.

2. The term "U.S. Department of the Treasury" refers to all of the current and former employees, agents, officers, directors, representatives, consultants, advisors, aides, counsel, and staff of the Treasury Department and the current Treasury Secretary, including any person who has served in any such capacity at any time since February 13, 2017.

3. The term "USPS" refers to Defendant United States Postal Service, including without limitation, any and all of its employees, agents, contractors, representatives, and attorneys; and any person acting on its behalf.

4. The term "Election Day" means November 3, 2020, the date of the 2020 United States presidential election.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Provide a list or chart of all mail sorting or processing machines that were identified for decommissioning and/or removal at any time on or after May 15, 2020; the location of each machine; each machine's current status, including the date it was decommissioned or removed, if applicable; and the plans for each machine prior to Election Day, i.e., whether the machine will be decommissioned and/or removed prior to Election Day or whether the machine will be reinstalled if it has already been decommissioned and/or removed.

PLAINTIFF STATES' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS LOUIS DEJOY AND
UNITED STATES POSTAL SERVICE

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  **ANSWER:**

2

3  **INTERROGATORY NO. 2:** State whether any requests to reinstall removed or
4  decommissioned machines identified in the response to Interrogatory No. 1 have
5  been denied, and if so, state the location of those machines and the dates of the
6  request and the denial.

7  **ANSWER:**

8

9  **INTERROGATORY NO. 3:** Provide a list or chart of all processing and
10 distribution centers and other USPS facilities that were identified for full or
11 partial capacity reduction (e.g., ceasing functions such as processing outgoing
12 mail) at any time after May 15, 2020; each facility's current status; and the plans
13 for each facility prior to Election Day, i.e., whether the facility will remain open
14 and whether any operations will be discontinued.

15 **ANSWER:**

16

17 **INTERROGATORY NO. 4:** State whether blue collection mailboxes that were
18 removed after June 16, 2020 will be reinstalled, and whether any further removals
19 of mailboxes will occur prior to Election Day; if so, identify the location of each
20 mailbox to be reinstalled or removed.

21 **ANSWER:**

22

PLAINTIFF STATES' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS LOUIS DEJOY AND
UNITED STATES POSTAL SERVICE

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**INTERROGATORY NO. 5:** State whether USPS will treat ballots in particular and other election mail in general as First Class mail, regardless of the paid class of postage, for the November 2020 election; if not, describe any relevant policies, guidance, or practices regarding the treatment of ballots in particular and other election mail in general applicable to the November 2020 election.

**ANSWER:**

**INTERROGATORY NO. 6:** The USPS Areas Receiving Mail Pacific Area Virtual Meeting Presentation, dated August 13, 2020 and attached as Exhibit 1 to these discovery requests, states on Page 8, under the heading "Election Mail Delivery Standards," that "Election Mail sent as Marketing Mail is not upgraded to First Class service." State whether this statement is an accurate reflection of USPS policy with regard to the November 3, 2020 election.

**ANSWER:**

**INTERROGATORY NO. 7:** State whether USPS is currently implementing or enforcing any restrictions on transportation, including but not limited to late trips, extra trips and/or final dispatches; if so, describe any relevant policies, guidance, or practices concerning the timing of mail processing or delivery.

**ANSWER:**

PLAINTIFF STATES' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS LOUIS DEJOY AND
UNITED STATES POSTAL SERVICE

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**INTERROGATORY NO. 8:** State whether USPS has made or will make prior to Election Day any changes of any kind to its overtime policies and practices as they existed on June 15, 2020; if so, describe any relevant policies, guidance, or practices concerning overtime.

**ANSWER:**

**INTERROGATORY NO. 9:** State whether USPS has made or will make prior to Election Day any changes of any kind to Post Office retail operating hours as they existed on June 15, 2020; if so, describe any relevant policies, guidance, or practices concerning operating hours.

**ANSWER:**

**INTERROGATORY NO. 10:** At an August 21, 2020, hearing before the Senate Homeland Security and Governmental Affairs Committee, Senator Kyrsten Sinema asked: "Will local postal mangers be authorized to make decisions and have postal employees make extra trips or late trips, [or] work overtime in order to deliver ballots to ensure that plants and post offices don't fall behind in processing election mail?" In response, Postmaster General DeJoy said: "Yes, ma'am. Effective October 1st, we will have redundant resources and liberalization and aggressive efforts to make sure everything is moving and flowing timely." Describe any planned or implemented policies, guidance, or

PLAINTIFF STATES' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS LOUIS DEJOY AND
UNITED STATES POSTAL SERVICE

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

practices Mr. DeJoy referred to in his testimony or that otherwise respond to Senator Sinema's question.

**ANSWER:**

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Produce any policies, guidance, or written practices identified in the answers to Interrogatories Nos. 5, 7, 8, 9, and 10.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents provided to the U.S. Congress, including any congressional committee or member of any such committee, related to any of the topics covered in the foregoing Interrogatories.

**RESPONSE:**

PLAINTIFF STATES' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS LOUIS DEJOY AND UNITED STATES POSTAL SERVICE

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 21st day of August, 2020.

FOR THE PLAINTIFF STATES:

ROBERT W. FERGUSON
Attorney General

*/s/ Noah Guzzo Purcell*
NOAH GUZZO PURCELL, WSBA #43492
  *Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
  (*application for admission forthcoming*)
  *Assistant Attorneys General*

EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
  (*application for admission forthcoming*)
KARL D. SMITH, WSBA #41988
  (*application for admission forthcoming*)
  *Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
noah.purcell@atg.wa.gov
nathan.bays@atg.wa.gov
kristin.beneski@atg.wa.gov
andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov
emma.grunberg@atg.wa.gov
tera.heintz@atg.wa.gov
karl.smith@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

PLAINTIFF STATES' FIRST
INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS
TO DEFENDANTS LOUIS DEJOY AND
UNITED STATES POSTAL SERVICE

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744