ROBERT W. FERGUSON
*Attorney General*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
  (*application for admission forthcoming*)
*Assistant Attorneys General*
EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
  (*application for admission forthcoming*)
KARL D. SMITH, WSBA #41988
  (*application for admission forthcoming*)
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE, <br><br> Defendants. | NO. 1:20-cv-03127-SAB <br><br> DECLARATION OF KRISTIN BENESKI IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY |

DECLARATION OF
KRISTIN BENESKI
CAUSE NO. 1:20-cv-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

I, Kristin Beneski, declare as follows:

1. I am an Assistant Attorney General with the Complex Litigation Division of the Washington Attorney General's Office and counsel of record for Plaintiff the State of Washington in this matter. I am over the age of 18, have personal knowledge of the matters herein, and am competent to testify thereto. I make this declaration in support of Plaintiffs' Motion for Expedited Discovery filed herewith.

2. As of the signing of this declaration, counsel for Defendants has not entered an appearance in this case.

3. On August 21, 2020, at approximately 12:33 p.m. Pacific Time, Solicitor General Noah G. Purcell sent an email (on which I was cc'd) to U.S. Attorney for the Eastern District of Washington William D. Hyslop advising that Plaintiffs intended to file a motion for expedited discovery in this matter and wished to confer with counsel for the United States Defendants. Immediately after sending the email, Solicitor General Purcell called and left a voicemail for Mr. Hyslop. As of 4:30 p.m. on August 21, we had not received a response from Mr. Hyslop.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF
KRISTIN BENESKI
CAUSE NO. 1:20-cv-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

SIGNED this 21st day of August, 2020, at Seattle, Washington.

_/s/ Kristin Beneski_
KRISTIN BENESKI

DECLARATION OF
KRISTIN BENESKI
CAUSE NO. 1:20-cv-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I hereby certify that I have caused to be mailed by United States Postal Service the document to the following non-CM/ECF participants: (1) Donald J. Trump, in his official capacity as President of the United States of America, (2) United States of America; (3) Louis DeJoy, in his official capacity as Postmaster General; and (4) United States Postal Service. The document will also be sent by email to William D. Hyslop, U.S. Attorney for the Eastern District of Washington, at bill.hyslop@usdoj.gov.

DATED this 21st day of August, 2020, at Tumwater, Washington.

*/s/Jennifer D. Williams*
Jennifer D. Williams, Paralegal

DECLARATION OF
KRISTIN BENESKI
CAUSE NO. 1:20-cv-03127-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744