| | |
|---|---|
| 1 | ROBERT W. FERGUSON |
| | *Attorney General* |
| 2 | NOAH GUZZO PURCELL, WSBA #43492 |
| | *Solicitor General* |
| 3 | NATHAN K. BAYS, WSBA #43025 |
| | KRISTIN BENESKI, WSBA #45478 |
| 4 | ANDREW R.W. HUGHES, WSBA #49515 |
| | CRISTINA SEPE, WSBA #23609 |
| 5 | (*application for admission forthcoming*) |
| | *Assistant Attorneys General* |
| 6 | EMMA S. GRUNBERG, WSBA #54659 |
| | TERA M. HEINTZ, WSBA #54921 |
| 7 | (*application for admission forthcoming*) |
| | KARL D. SMITH, WSBA #41988 |
| 8 | (*application for admission forthcoming*) |
| | *Deputy Solicitors General* |
| 9 | 800 Fifth Avenue, Suite 2000 |
| | Seattle, WA 98104 |
| 10 | (206) 464-7744 |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:20-cv-03127-SAB |
| Plaintiffs, | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| v. | Fee: $200.00 |
| DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE
NO. 20-CV-3127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1   Pursuant to LCivR 83.2(c) of the United States District Court for the
2   Eastern District of Washington, HEIDI PARRY STERN hereby applies for
3   permission to appear and participate as counsel in the above-entitled action on
4   behalf of the State of NEVADA.

5   The particular need for my appearance and participation is: to ensure
6   adequate representation of the interests of the State of NEVADA.

7   I, HEIDI PARRY STERN, understand that I am charged with knowing and
8   complying with all applicable local rules.

9   I have been admitted to practice before the following courts on the
10  following dates:

| Courts | Dates |
|---|---|
| New York | 05/22/2000 |
| 9th Circuit | 08/13/2003 |
| Nevada | 04/22/2004 |
| USSC | 11/28/2016 |

I have not been disbarred or formally censured by a court of record or by a state bar association and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/21/2020          Signature of Applicant: /s/ Heidi Parry Stern

Pro Hac Vice Attorney
Applicant's Name:           Heidi Parry Stern
Bar No./State Bar No.:      Nevada Bar No. 8873
Law Firm Name:              Office of the Nevada Attorney General

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE
NO. 20-CV-3127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| Street Address: | 555 E. Washington Ave., Suite 3900 |
| City, State, Zip: | Las Vegas, NV 89101 |
| Phone number: | (702) 486-3594 |
| Primary Email: | HStern@ag.nv.gov |

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant <u>HEIDI PARRY STERN</u> is unable to be present upon any date assigned by the court.

| | |
|---|---|
| DATE: <u>8/21/2020</u> | Signature of Local Counsel: <u>/s/Kristin Beneski</u> |
| Local Counsel's Name: | Kristin Beneski |
| Bar # / State Bar #: | WSBA #45478 |
| Law Firm Name: | Washington Office of the Attorney General |
| Street Address: | 800 Fifth Avenue, Suite 2000 |
| City, State, Zip: | Seattle, WA 98104 |
| Phone/Facsimile: | 206-464-7459 |
| Primary Email: | Kristin.Beneski@atg.wa.gov |

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE NO. 20-CV-3127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**Electronic Case Filing Agreement**

By submitting this form, the undersigned understands and agrees to the following:

    1.    The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

    2.    The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

    3.    If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the Court. Members of the Court's systems staff will assess the risk and advise you accordingly.

    4.    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil procedure 5(b)(2)(c), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

    5.    You will continue to access court information via the Eastern District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the Court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

    6.    By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

/s/ Heidi Parry Stern                    08/21/20
Signature                                          Date Signed

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE
NO. 20-CV-3127-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## **DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 23rd day of August, 2020, at Tumwater, Washington.

*/s/ Jennifer D. Williams*
JENNIFER D. WILLIAMS
Paralegal

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE
NO. 20-CV-3127-SAB

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744