1  ROBERT W. FERGUSON
   *Attorney General*
2  NOAH GUZZO PURCELL, WSBA #43492
   *Solicitor General*
3  NATHAN K. BAYS, WSBA #43025
   KRISTIN BENESKI, WSBA #45478
4  ANDREW R.W. HUGHES, WSBA #49515
   CRISTINA SEPE, WSBA #53609
5    (*application for admission forthcoming*)
   *Assistant Attorneys General*
6  EMMA GRUNBERG, WSBA #54659
   TERA M. HEINTZ, WSBA #54921
7    (*application for admission forthcoming*)
   KARL D. SMITH, WSBA #41988
8    (*application for admission forthcoming*)
   *Deputy Solicitors General*
9  800 Fifth Avenue, Suite 2000
   Seattle, WA  98104
10 (206) 464-7744

11

12              **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF WASHINGTON**
13                        **AT YAKIMA**

14 | STATE OF WASHINGTON, et al., | NO.  1:20-cv-03127-SAB |

15                         Plaintiffs,          NOTICE OF ERRATA

16       v.

17 DONALD J. TRUMP, et al.,

18                         Defendants.

19        Plaintiffs hereby submit a Notice of Errata for Appendix A (Dkt. No. 14-

20 1) filed in support of Plaintiffs' Motion for Expedited Discovery (Dkt. No. 14),

21 filed August 21, 2020. Appendix A referenced an Exhibit that was inadvertently

22 omitted from the filed version of Appendix A.

1    Plaintiffs submit as an attachment to this Errata Notice a true and correct

2    copy of Exhibit 1. The attached Exhibit is hereby incorporated by reference into

3    the original August 21, 2020 filing.

4    DATED this 24th day of August, 2020.

5    ROBERT W. FERGUSON
     Attorney General

6
     */s/ Kristin Beneski*

7    KRISTIN BENESKI, WSBA #45478
     Assistant Attorney General

8    NOAH GUZZO PURCELL, WSBA #43492
     *Solicitor General*

9    NATHAN K. BAYS, WSBA #43025
     ANDREW R.W. HUGHES, WSBA #49515

10   CRISTINA SEPE, WSBA #53609
     (*application for admission forthcoming*)

11   *Assistant Attorneys General*
     EMMA GRUNBERG, WSBA #54659

12   TERA M. HEINTZ, WSBA #54921
     (*application for admission forthcoming*)

13   KARL D. SMITH, WSBA #41988
     (*application for admission forthcoming*)

14   *Deputy Solicitors General*
     800 Fifth Avenue, Suite 2000

15   Seattle, WA  98104
     (206) 464-7744

16   noah.purcell@atg.wa.gov
     nathan.bays@atg.wa.gov

17   kristin.beneski@atg.wa.gov
     andrew.hughes@atg.wa.gov

18   cristina.sepe@atg.wa.gov
     emma.grunberg@atg.wa.gov

19   tera.heintz@atg.wa.gov
     karl.smith@atg.wa.gov

20   *Attorneys for Plaintiff State of Washington*

21

22

NOTICE OF ERRATA
1:20-cv-03127-SAB

1       **<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on August 23, 2020, I electronically filed the foregoing

3     with the Clerk of the Court using the CM/ECF System, which in turn

4     automatically generated a Notice of Electronic Filing (NEF) to all parties in the

5     case who are registered users of the CM/ECF system. The NEF for the foregoing

6     specifically identifies recipients of electronic notice.

7       I hereby certify that I have caused to be mailed by United States Postal

8     Service the document to the following non-CM/ECF participants: (1) Donald J.

9     Trump, in his official capacity as President of the United States of America, (2)

10    United States of America; (3) Louis DeJoy, in his official capacity as Postmaster

11    General; and (4) United States Postal Service. The document will also be sent by

12    email to William D. Hyslop, U.S. Attorney for the Eastern District of

13    Washington, at bill.hyslop@usdoj.gov.

14       DATED this 24th day of August, 2020, at Tumwater, Washington.

15

16         */s/Jennifer D. Williams*
               Jennifer D. Williams, Paralegal

17

18

19

20

21

22

NOTICE OF ERRATA
1:20-cv-03127-SAB

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# Exhibit 1





PACIFIC



# Service Review



# First-Class Letters / Flats Composite



**AREAS INSPIRING MAIL**



AIM PACIFIC

# Marketing Mail





PACIFIC

# Periodicals



# VOTE-BY-MAIL POLICY BY STATE





# Election Mail Delivery Standards



✓ First-Class Mail for all Outgoing Election Mail Ballots
  ❖ USPS Marketing Mail is subject to existing delivery standards outlined below
  ❖ Election Mail sent as Marketing Mail is not upgraded to First Class service

✓ Provide advance notification of Election Mailings over 25,000 pieces

| Class of Mail | Speed of Service* | Free Forwarding and Return | Secure Destruction | Extra Services | Presort Discounts | Single Piece | IMb |
|---|---|---|---|---|---|---|---|
| First-Class Mail | 2–5 days | Yes | Yes | Yes | Yes | Yes | Yes |
| USPS Marketing Mail | 3–10 days | No | No | Only for Parcels | Yes | No | Yes |
| Nonprofit USPS Marketing Mail | 3–10 days | No | No | Only for Parcels | Yes | No | Yes |

8



# Election Mail – USPS Recommendations



## USPS Recommendations for Election Mail Ballots

✓ **Utilize** Intelligent Mail Barcode (IMb)

✓ **Submit** Outgoing and Return Election Mail Ballot Envelope Samples to Mailpiece Design Analysts for Review

✓ **Identify** Election Mail in Electronic Documentation (eDOC)

✓ **Apply Tag 191** On Official Election Mail

9







**Cameron Bradley**
Product Manager

&

**Steve Wolffis**
Vice President

**250 + ELECTIONS**
RAN ACROSS ALL COUNTIES & CITIES

**50 MILLION +**
BALLOTS TRACKED

**28 MILLION +**
REGISTERED VOTERS IN OUR PLATFORM

# Track Your Ballot at wheresmyballot.sos.ca.gov



*Mail Ballot Locator & Notification System*

BallotTrax tracks mail ballots and absentee ballots through the postal stream and proactively pushes status notifications and reminders to voters, thus increasing election visibility, turn-out and vendor accountability. Bring voter confidence back to the democratic process with this proprietary, patent-pending solution, proven effective for over 10 years of extensive election testing.

## Voter Alert Features

★ Mail Ballot Status

★ Election Reminders

★ Cure Notices

★ Drop Box Locations

★ Customizable Email / Text / Voice

★ Multiple Languages

★ Year-Round Citizen Communications

# For more information visit
# wheresmyballot.sos.ca.gov or ballottrax.com



California





Tracking your ballot - when it is mailed, received, and counted - has never been easier.

## GET STARTED

*Note: This system does not change or update your voter registration.*

*https://california.ballottrax.net/voter/faq*

**FIRST NAME**

e.g. 'John'

*First name required exactly as it appears on your voter registration.*

**LAST NAME**

e.g. 'Adams'

**DATE OF BIRTH**

e.g. '12-09-1986'

**ZIP CODE**

e.g. '80238'

REGISTER / LOG IN

 If you have any problems using BallotTrax, or with the information provided, please contact California by phone at (800) 345-8683 or by email at elections@sos.ca.gov

© 2020 by i3logix, inc. All rights reserved.  |  Voter FAQ  |  Your Privacy & Security

