FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVEADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>　　　Defendants. | No. 1:20-CV-03127-SAB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE** |

**ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE** ~ 1

Before the Court is Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for Expedited Discovery, ECF No. 16. The motion was heard without oral argument and on an expedited basis.[1]

On August 18, 2020, Plaintiffs filed this lawsuit challenging recent activities taken by the Postmaster General that affect postal services nationwide. Plaintiffs assert these changes undermined the United States Postal Service's provision of constituent and timely mail service and threaten to disenfranchise American voters in the upcoming election. ECF No. 1. On August 21, 2020, Plaintiffs filed a Motion for Expedited Discovery, ECF No. 14. In that motion, Plaintiffs seek expedited discovery to obtain and preserve evidence concerning the Postmaster General's implementation of changes to the nature of postal services.

In the current motion before the Court, Plaintiffs ask the Court to expedite any necessary briefing and the consideration of Plaintiffs' Motion for Expedited Discovery. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for Expedited Discovery, ECF No. 16, is **GRANTED**.

2. A video conference hearing on Plaintiff's Motion to Expedite Discovery, ECF No. 14, is **set** for **August 27, 2020**, at **1:00 p.m**. before Chief Judge Stanley Bastian. Counsel shall appear by video conference. Case participants will be provided with separate call-in details by email from the Court's staff. Due to the Court's General Orders 20-101-8 and 20-101-9 limiting public access to the courthouse, members of the public and press may listen to the proceedings by using the following conference all line, 888-204-5984, access code: 6790153, no

---

[1] Although no counsel for Defendants have appeared in this case, Plaintiffs contacted U.S. Attorney William D. Hyslop by telephone and email to notify him of the pending motions.

**ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE ~ 2**

security code, five minutes before the scheduled conference time. Non-parties on the call MUST MUTE YOUR PHONES. Hearing content provided via videoconference or teleconference dial-in access MUST NOT be recorded or rebroadcast.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 24th day of August 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE** ~ 3