AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| State of Washington, et al., )<br>*Plaintiff* )<br>v. )<br>Donald J. Trump, et al., )<br>*Defendant* ) | Case No. 1:20-cv-03127-SAB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington                                                                                        .

Date:   08/25/2020

s/Cristina Sepe
*Attorney's signature*

Cristina Sepe, WSBA 53609
*Printed name and bar number*

800 Fifth Avenue
Suite 2000
Seattle, WA 98104
*Address*

Cristina.Sepe@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

(360) 664-2963
*FAX number*