AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| State of Washington, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03127-SAB |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington   .

Date:   08/20/2020

s/ Andrew R.W. Hughes
*Attorney's signature*

Andrew R.W. Hughes, WSBA 49515
*Printed name and bar number*

800 Fifth Avenue
Suite 2000
Seattle, WA 98104
*Address*

Andrew.Hughes@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

*FAX number*