# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| State of Washington, et al.<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:20-cv-03127-SAB<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 08/25/2020

s/Alexis J. Echols
*Attorney's signature*

Alexis J. Echols, DC 975699
*Printed name and bar number*

1100 L Street NW
Room 11304
Washington DC 20005
*Address*

alexis.j.echols@usdoj.gov
*E-mail address*

(202)305-8613
*Telephone number*

(202)616-8460
*FAX number*