ETHAN P. DAVIS
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch
JOSEPH E. BORSON
Trial Attorney, Federal Programs Branch
Virginia Bar No. 85519
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
joseph.borson@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>        Defendants. | NO. 1:20-cv-03127-SAB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE: Defendants, by and through the Acting Assistant Attorney General for the Civil Division, Ethan P. Davis, and the undersigned Trial Attorney, Joseph E. Borson, hereby enters a Notice of Appearance.

Service of all further papers/pleadings, except service of process, may be served upon the undersigned counsel, in accordance with the Federal Rules of Civil Procedure and Local Civil Rules, at the address stated above.

Dated:  August 25, 2020             Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON
Virginia Bar No. 85519
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, I electronically filed the foregoing Notice of Appearance with the Clerk by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  August 25, 2020

                            By: */s/ Joseph E. Borson*
                                 Joseph E. Borson
                                 Counsel for Defendants