AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| State of Washington, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03127-SAB |
| Donald J. Trump, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Oregon                                                                                                                    .

Date:    08/26/2020

s/James S. Smith
*Attorney's signature*

James S. Smith, WSBA 14761
*Printed name and bar number*

100 SW Market Street
Portland, OR 97201
*Address*

james.s.smith@doj.state.or.us
*E-mail address*

(971) 673-3891
*Telephone number*

(971) 673-5000
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that on August __26__, 2020, I served the foregoing NOTICE OF APPEARANCE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Alexis J. Echols | ___ HAND DELIVERY |
| Joseph E. Borson | ___ MAIL DELIVERY |
| Ethan P. Davis | ___ OVERNIGHT MAIL |
| Eric R. Womack | _X_ E-MAIL |
| 1100 L Street NW | |
| Room 11304 | |
| Washington DC, 20005 | |
| *Of Attorneys for Plaintiff* | |

    *s/ James S. Smith*
JAMES S. SMITH #840932
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.state.or.us
Of Attorneys for Plaintiff State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
    JSS/jl9/10411917