# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>-vs-<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; and UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No.   1:20-CV-3127-SAB<br><br>CIVIL MINUTES<br><br>DATE:   AUGUST 27, 2020<br><br><br>**VIDEO/ TELEPHONIC MOTION HEARING** |

| | | |
|---|---|---|
| | **Chief Judge Stanley A. Bastian** | |
| Michelle Fox | 01 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Kristen Beneski – video<br>Cristina Sepa, State of Washington, by telephone<br>Jeffrey Dunlap, State of Maryland, by telephone<br>Angela Behrens, State of Minnesota, by telephone<br>James Smith, State of Oregon, by telephone<br>Carol Lewis, Commonwealth of Virginia, by telephone | | Joseph Borson - video |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** |

[ ] Open Court        [ ] Chambers        [ X ] Telecon/Video

# [ X ]  ORDER FORTHCOMING

| Convened:  1:00 p.m. | Adjourned:  1:53 p.m. | Time: 53 min. | Calendared  [ X ] |
|---|---|---|---|

Court addresses counsel.

Motion for Expedited Discovery, ECF No. 14

K. Beneski presents argument on Motion for Expedited Discovery and ask to have defendants respond within 10 days.

J. Borson presents argument against Motion for Expedited Discovery.

K. Beneski presents reply argument.

Court addresses counsel regarding motions that may be filed. Good Cause for expedited discovery. 10 interrogatories and 2 requests for productions. Answers will be provided in 10 days. Set hearing on September 17, 2020 in person or by video. Counsel shall confer and determine motion deadlines. Report to the Court by Monday with deadlines and confirm that September 17, 2020 will work.