1  ROBERT W. FERGUSON
   *Attorney General*
2  NOAH GUZZO PURCELL, WSBA #43492
   *Solicitor General*
3  NATHAN K. BAYS, WSBA #43025
   KRISTIN BENESKI, WSBA #45478
4  ANDREW R.W. HUGHES, WSBA #49515
   CRISTINA SEPE, WSBA #53609
5  *Assistant Attorneys General*
   EMMA S. GRUNBERG, WSBA #54659
6  TERA M. HEINTZ, WSBA #54921
   (*application for admission forthcoming*)
7  KARL D. SMITH, WSBA #41988
   (*application for admission forthcoming*)
8  *Deputy Solicitors General*
   800 Fifth Avenue, Suite 2000
9  Seattle, WA  98104
   (206) 464-7744
10

11              **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF WASHINGTON**
12                      **AT YAKIMA**

13  STATE OF WASHINGTON, et al.,          NO. 20-03127-SAB

14              Plaintiffs,               STIPULATED SCHEDULING
                                          ORDER REGARDING
15      v.                                DISCOVERY RESPONSES AND
                                          THE PLAINTIFF STATES'
16  DONALD J. TRUMP, et al.,              ANTICIPATED MOTION FOR
                                          PRELIMINARY INJUNCTION
17              Defendants.

18

19                  **I.    STIPULATION**

20      The parties, through undersigned counsel, have conferred and reached the

21  following  agreements  regarding  Defendants'  discovery  responses  and  the

22  Plaintiff States' anticipated Motion for Preliminary Injunction.  They respectfully

STIPULATED SCHEDULING            1

1    request that the Court approve both the schedule and word limit expansions set

2    forth below.

3        1. Defendants USPS and Louis DeJoy shall serve their responses to Plaintiff

4           States' First Interrogatories and Requests for Production of Documents on

5           or before Sunday, September 6, 2020;

6        2.  Plaintiff States shall file their Motion for Preliminary Injunction on or

7           before Wednesday, September 9, 2020;

8        3. All briefs of amici curiae shall be filed by Friday, September 11, 2020;

9        4. Defendants shall file their response to Plaintiff States' Motion for

10          Preliminary Injunction on or before 9 a.m. PDT on Tuesday,

11          September 15, 2020;

12       5. Plaintiff States may file a reply in support of their Motion for Preliminary

13          Injunction on or before Wednesday, September 16, 2020;

14       6. Plaintiffs' Motion and Defendants' Response shall not exceed 60 pages.

15          Plaintiffs' Reply shall not exceed 30 pages; and

16       7. The hearing on Plaintiffs' Motion for Preliminary Injunction shall be at

17          _____ a.m./p.m. on September 17, 2020, in Yakima, Washington.

18    ///

19    ///

20    ///

21

22

STIPULATED SCHEDULING                    2         ATTORNEY GENERAL OF WASHINGTON
ORDER                                                      Complex Litigation Division
                                                           800 Fifth Avenue, Suite 2000
NO. 20-03127-SAB                                              Seattle, WA  98104
                                                               (206) 464-7744

1      It is SO AGREED this 31st day of August 2020.

2    ROBERT W. FERGUSON              ETHAN P. DAVIS
     Attorney General               Acting Assistant Attorney General
3
     */s/ Andrew R.W. Hughes*        ERIC R. WOMACK
4    NOAH GUZZO PURCELL,             Assistant Director, Federal Programs
     WSBA #43492                     Branch
5    *Solicitor General*
     NATHAN K. BAYS, WSBA #43025     */s/ Joseph E. Borson*
6    KRISTIN BENESKI, WSBA #45478    JOSEPH E. BORSON,
     ANDREW R.W. HUGHES,            VA Bar #85519
7    WSBA #49515                     ALEXIS H. ECHOLS, DC #975699
     CRISTINA SEPE, WSBA #53609      *Trial Attorneys*
8    *Assistant Attorneys General*   U.S. Department of Justice
     EMMA GRUNBERG,                  Civil Division, Federal Programs
9    WSBA #54659                     Branch
     TERA M. HEINTZ, WSBA #54921     1100 L Street, N.W.
10   *(application for admission*    Washington, DC  20005
     *forthcoming)*                  (202) 514-1944
11   KARL D. SMITH, WSBA #41988      (202) 305-8613
     *(application for admission*    (202) 616-8460 (FAX)
12   *forthcoming)*                  joseph.borson@usdoj.gov
     *Deputy Solicitors General*     alexis.j.echols@usdoj.gov
13   800 Fifth Avenue, Suite 2000    *Attorneys for Defendants*
     Seattle, WA  98104
14   (206) 464-7744
     noah.purcell@atg.wa.gov
15   nathan.bays@atg.wa.gov
     kristin.beneski@atg.wa.gov
16   andrew.hughes@atg.wa.gov
     cristina.sepe@atg.wa.gov
17   emma.grunberg@atg.wa.gov
     tera.heintz@atg.wa.gov
18   karl.smith@atg.wa.gov
     *Attorneys for Plaintiff State of*
19   *Washington*

20

21

22

STIPULATED SCHEDULING              3

1                              **ORDER**

2          It is SO ORDERED.

3

4     DATED: _____, 2020.    By: _____

5                                          Honorable Stanley A. Bastian
                                           Chief United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATED SCHEDULING                4          ATTORNEY GENERAL OF WASHINGTON
ORDER                                               Complex Litigation Division
NO. 20-03127-SAB                                    800 Fifth Avenue, Suite 2000
                                                       Seattle, WA 98104
                                                        (206) 464-7744

1    **<u>DECLARATION OF SERVICE</u>**

2    I hereby declare that on this day I caused the foregoing document to be

3    electronically filed with the Clerk of the Court using the Court's CM/ECF

4    System, which will serve a copy of this document upon all counsel of record.

5    DATED this 31st day of August 2020, at Seattle, Washington.

6

7    */s/ Andrew R.W. Hughes*
     ANDREW R.W. HUGHES, WSBA #49515
     Assistant Attorney General
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATED SCHEDULING          5