AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| State of Washington, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03127-SAB |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington                                                                              .

Date:   09/01/2020                                                s/Karl D. Smith
                                                                                    *Attorney's signature*

                                                                         Karl D. Smith, WSBA 41988
                                                                           *Printed name and bar number*

                                                                                800 Fifth Avenue
                                                                                  Suite 2000
                                                                              Seattle, WA 98104
                                                                                      *Address*

                                                                           Karl.Smith@atg.wa.gov
                                                                                 *E-mail address*

                                                                                (360) 664-2510
                                                                              *Telephone number*

                                                                                (360) 664-2963
                                                                                  *FAX number*