FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 1:20-CV-03127-SAB<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ~ 1**

On August 31, 2020, the parties submitted a Stipulated Scheduling Order Regarding Discovery Responses and the Plaintiff States' Anticipated Motion for Preliminary Junction, ECF No. 45.

The parties ask the Court to approve the proposed schedule and permit the parties to file additional pages. Good cause exists to grant the parties' request.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court accepts and approves the parties' Stipulated Scheduling Order, ECF No. 45.

2. The Court sets the following Schedule:

    a. Defendants USPS and Louis DeJoy shall serve their responses to Plaintiff States' First Interrogatories and Requests for Production of Documents on or before Sunday, **September 6, 2020**;

    b. Plaintiff States shall file their Motion for Preliminary Injunction on or before Wednesday**, September 9, 2020**;

    c. All briefs of amici curiae shall be filed by Friday, **September 11, 2020**;

    d. Defendants shall file their response to Plaintiff States' Motion for Preliminary Injunction on or before 9 a.m. PDT on Tuesday, **September 15, 2020**;

    e. Plaintiff States may file a reply in support of their Motion for Preliminary Injunction on or before Wednesday, **September 16, 2020**;

    f. Plaintiffs' Motion and Defendants' Response shall not exceed 60 pages. Plaintiffs' Reply shall not exceed 30 pages; and

    g. The hearing on Plaintiffs' Motion for Preliminary Injunction is set for **September 17, 2020**, at **10:00 a.m**., in **Yakima**, Washington.

    h. The parties are granted permission to appear by videoconference. If a party intends to appear by videoconference, the party shall notify the Court at least 48 hours in advance of the hearing. Due to the Court's

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ~ 2**

General Orders 20-101-9 limiting public access to the courthouse, members of the public and press may listen to the proceedings by using the following conference call line, 888-204-5984, access code: 6790153, five minutes before the scheduled conference time. Non-parties on the call **MUST MUTE YOUR PHONES**. Hearing content provided via videoconference or teleconference dial-in access **MUST NOT** be recorded or rebroadcast.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 1st day of September 2020.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ~ 3**