# Table of Contents

# Declarations in Support of Plaintiffs' Motion for Preliminary Injunction

| Exhibit | Declarant | Page Range |
|---|---|---|
| 1 | Nikki Anthonasin, Clerk Craft Director of Manual and Mechanization, American Postal Workers Union | 1-8 |
| 2 | Jessica Arndt, Minnesota resident | 9-12 |
| 3 | Mary Bartolomucci, Interim IV-D Administrator, Division of Child Support Services, Illinois Department of Healthcare and Family Services | 13-22 |
| 4 | Jocelyn Benson, Secretary of State, State of Michigan | 23-28 |
| 5 | Anne Bipes, Minnesota resident | 29-32 |
| 6 | Elisa Cafferata, Acting Director, Nevada Department of Employment, Training, and Rehabilitation | 33-36 |
| 7 | Joseph Cogan, President, Portland Oregon Area Local American Postal Workers Union | 37-42 |
| 8 | Keith Combs, Local President, Detroit District Area Local American Postal Workers Union | 43-46 |
| 9 | Leslie Cully, Associate Director, Division of Family and Community Services, Illinois Department of Human Services | 47-51 |
| 10 | Chris Czubakowski, Vice President and Legislative Director, Milwaukee Area Local American Postal Workers Union | 52-57 |
| 11 | David Dart, Washington resident | 58-62 |
| 12 | Nicole Davidson, Virginia resident | 63-69 |
| 13 | Steve H. Fisher, Administrator for Division of Welfare and Supportive Services, Nevada Department of Health and Human Services | 70-73 |
| 14 | Nathan Geissel, Oregon resident | 74-78 |
| 15 | Ruth Y. Goldway, Former Commissioner, Postal Regulatory Commission | 79-104 |
| 16 | Lance Gough, Executive Director, Chicago Board of Elections | 105-119 |
| 17 | Jena Griswold, Secretary of State, State of Colorado | 120-129 |
| 18 | Samantha Hartwig, President, Branch 9 of the National Association of Letter Carriers | 130-134 |

| Exhibit | Declarant | Page Range |
|---|---|---|
| 19 | Stuart Harvey, Elections Director, Frederick County, Maryland | 135-139 |
| 20 | Timothy Hermes, Minnesota resident | 140-144 |
| 21 | Daniel Huff, Assistant Commissioner for Health Protection, Minnesota Department of Health | 145-149 |
| 22 | Joan Levy, President, Greater Connecticut Area Local No. 237 of the American Postal Workers Union | 150-176 |
| 23 | Haley Livermore, Colorado resident | 177-180 |
| 24 | Markham McIntyre, Executive Vice President, Seattle Metropolitan Chamber of Commerce | 181-184 |
| 25 | Denise Merrill, Secretary of State, State of Connecticut | 185-192 |
| 26 | Steve Mitchell, Co-owner, Scuppernong Books | 193-197 |
| 27 | Esther Okanlawon, Colorado resident | 198-201 |
| 28 | Carolyn Olsen, Washington resident | 202-206 |
| 29 | Amy Peterson, Human Resources Supervisor, Minnesota Department of Administration | 207-212 |
| 30 | Christopher Piper, Commissioner, Virginia Department of Elections | 213-222 |
| 31 | Amy Puhalski, Local President, Western Michigan Area Local American Postal Workers Union | 223-227 |
| 32 | Kristin Richards, Acting Director, Illinois Department of Employment Security | 228-232 |
| 33 | Robert Rock, Director of Elections, Rhode Island Department of State | 233-241 |
| 34 | Randall Rosenbaum, Rhode Island resident | 242-245 |
| 35 | Kathie Rumbley, Maryland resident | 246-249 |
| 36 | Steve Simon, Secretary of State, State of Minnesota | 250-256 |
| 37 | Wade Stembridge, Owner, Coco Gusto Chocolates | 257-260 |
| 38 | Elice Sturdivant, Maryland resident | 261-264 |
| 39 | Lynne Thomas, Deputy Administrator for Eligibility Policy, Division of Medical Programs, Illinois Department of Healthcare and Family Services | 265-270 |
| 40 | Robin Thomas, Washington resident | 271-277 |
| 41 | Nicole Tousignant, Senior Policy and Operations Manager, Vermont Department for Children and Families, Economic Services Division | 278-281 |
| 42 | Mynor Urizar-Hunter, Information Technology Consultant | 282-295 |

| Exhibit | Declarant | Page Range |
|---|---|---|
| 43 | Amanda White, Colorado resident | 296-298 |
| 44 | Margaret Whitney, Business Agent of Minneapolis Area Local American Postal Workers Union | 299-304 |
| 45 | Margaret Whitney, Business Agent of Minneapolis Area Local American Postal Workers Union (Second) | 305-308 |
| 46 | Zoë Williams, Colorado resident | 309-312 |
| 47 | Christopher Winters, Deputy Secretary of State, State of Vermont | 313-318 |
| 48 | Maribeth Witzel-Behl, City Clerk, Madison Wisconsin | 319-323 |
| 49 | David Yao, Vice Presdient, Greater Seattle Area Local of the American Postal Workers Union | 324-328 |
| 50 | Karen Yarbrough, Clerk, Cook County, Illinois | 329-342 |