1  ROBERT W. FERGUSON
   *Attorney General*
2  NOAH GUZZO PURCELL, WSBA #43492
   *Solicitor General*
3  NATHAN K. BAYS, WSBA #43025
4  KRISTIN BENESKI, WSBA #45478
   ANDREW R.W. HUGHES, WSBA #49515
5  CRISTINA SEPE, WSBA #53609
   *Assistant Attorneys General*
6  EMMA GRUNBERG, WSBA #54659
7  TERA M. HEINTZ, WSBA #54921
     (*application for admission forthcoming*)
8  KARL D. SMITH, WSBA #41988
   *Deputy Solicitors General*
9  800 Fifth Avenue, Suite 2000
10 Seattle, WA 98104
   (206) 464-7744
11

12          **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF WASHINGTON**
13                      **AT YAKIMA**

14 STATE OF WASHINGTON, et al.,          NO. 1:20-cv-03127-SAB

15                        Plaintiffs,    ORDER GRANTING
                                         PLAINTIFF STATES' MOTION
16        v.                             FOR PRELIMINARY
                                         INJUNCTION
17 DONALD J. TRUMP, et al.,
                                         [PROPOSED]
18
                         Defendants.
19

20          This matter came before the Court on the Plaintiff States' Motion for

21 Preliminary Injunction. The Court has considered the Plaintiffs' Motion,

22 Defendants' Opposition, Plaintiffs' Reply, the briefs of amici curiae, and the

23 supporting declarations filed therewith, and is fully apprised of the matter.

24          The Court finds that Plaintiff States have established a likelihood of success

25 on the merits of their claims that the United States Postal Service and the

26

ORDER GRANTING PLAINTIFFS'            1      ATTORNEY GENERAL OF WASHINGTON
MOTION FOR PRELIMINARY                              Complex Litigation Division
INJUNCTION                                          800 Fifth Avenue, Suite 2000
[PROPOSED]                                              Seattle, WA 98104
NO. 1:20-CV-03127-SAB                                     (206) 464-7744

Postmaster General (collectively, the USPS Defendants) violated 39 U.S.C. § 3661(b) and infringed on the States' constitutional authority to regulate elections and the people's right to vote, that Plaintiff States would suffer irreparable harm absent preliminary injunctive relief, and that the balance of equities and the public interest weigh in favor of a preliminary injunction.

The Court therefore ORDERS that Plaintiff States' Motion for Preliminary Injunction is GRANTED.

The USPS Defendants, and all their respective officers, agents, servants, employees and attorneys, and persons in active concert or participation with them are hereby ENJOINED from the following until the Court resolves the merits of this case:

a.    continued implementation or enforcement of policy changes announced in July 2020 that have slowed mail delivery, including:

   i.    instructing mail carriers to leave mail behind for processing or delivery at a later date;

   ii.    requiring mail carriers or delivery trucks to leave at set times regardless of whether the mail is actually ready;

   iii.    prohibiting or unreasonably restricting return trips to distribution centers if necessary to complete timely mail delivery; and

   iv.    taking any actions to implement or enforce the operational changes outlined in the USPS's "Mandatory Stand-Up Talk: All Employees" dated July 10, 2020;

b.    deviating from the USPS's long-standing policy of treating election mail in accordance with First Class Mail delivery standards, regardless of the paid class;

ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

2

c.    taking any actions in violation of the commitments made in the "Postmaster General Louis DeJoy Statement," dated August 18, 2020, such as removal or decommissioning of any mail sorting machines, reducing hours at post offices, or closing mail processing facilities; and

d.    implementing or enforcing any "change in the nature of postal services which will generally affect service on a nationwide or substantially nationwide basis," absent a duly issued advisory opinion of the Postal Regulatory Commission, 39 U.S.C. § 3661(b).

IT IS FURTHER ORDERED that if any post office, distribution center, or other postal facility will be unable to process election mail for the November 2020 election in accordance with First Class delivery standards because of the Postal Service's recent removal and decommissioning of equipment, such equipment will be replaced, reassembled, or reconnected to ensure that the Postal Service can comply with its prior policy of delivering election mail in accordance with First Class delivery standards, and that if any post office or distribution center has requested, or in the future requests, to reconnect or replace any decommissioned or removed sorting machine(s), any such request must be presented to this Court within three days of this Order or within three days of the date of the request, whichever is later, unless the Postal Service has already approved the request. If the Postal Service has denied the request or has not responded, the Court will determine whether granting the request is likely necessary to ensure that election mail is processed according to First Class delivery standards or otherwise to protect the constitutional right to vote, and if the Court so finds it shall order that the request be approved by USPS Defendants.

ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    IT IS FURTHER ORDERED that the USPS Defendants shall notify their

2  officers, agents, representatives, servants, employees, attorneys, and all persons in

3  active concert or participation with them of the requirements herein.

4    IT IS FURTHER ORDERED that the Plaintiff States' motion to compel is

5  GRANTED. The USPS Defendants shall provide a complete response to

6  Interrogatory No. 1 within three days of the date of this order.

7    The Court deems no security bond is required under Federal Rule of Civil

8  Procedure 65(c).

9    This injunction shall remain in effect until a final judgment is entered or

10  until further order of the Court.

11    It is SO ORDERED.

12    ISSUED this _____ day of _____, 2020.

13

14    _____

15    THE HONORABLE STANLEY A. BASTIAN

16  Presented by:

17  ROBERT W. FERGUSON
    Attorney General of Washington
18

19  */s/ Noah Guzzo Purcell*
    NOAH GUZZO PURCELL, WSBA #43492
20  *Solicitor General*
    NATHAN K. BAYS, WSBA #43025
21  KRISTIN BENESKI, WSBA #45478
    ANDREW R.W. HUGHES, WSBA #49515
22  CRISTINA SEPE, WSBA #53609
    *Assistant Attorneys General*
23  EMMA GRUNBERG, WSBA #54659
    TERA M. HEINTZ, WSBA #54921
24  *(application for admission forthcoming)*
    KARL D. SMITH, WSBA #41988
25  *Deputy Solicitors General*
26

ORDER GRANTING PLAINTIFFS'          4          ATTORNEY GENERAL OF WASHINGTON
MOTION FOR PRELIMINARY                             Complex Litigation Division
INJUNCTION                                         800 Fifth Avenue, Suite 2000
[PROPOSED]                                           Seattle, WA 98104
NO. 1:20-CV-03127-SAB                                 (206) 464-7744

1  800 Fifth Avenue, Suite 2000
   Seattle, WA  98104
2  (206) 464-7744
3  noah.purcell@atg.wa.gov
   nathan.bays@atg.wa.gov
4  kristin.beneski@atg.wa.gov
   andrew.hughes@atg.wa.gov
5  cristina.sepe@atg.wa.gov
6  emma.grunberg@atg.wa.gov
   tera.heintz@atg.wa.gov
7  karl.smith@atg.wa.gov
         *Attorneys for Plaintiff State of Washington*

8

9  PHIL WEISER
10 Attorney General of Colorado

11 */s/ Eric R. Olson*
   ERIC R. OLSON, CO #36414
12 Solicitor General
   Office of the Attorney General
13 Colorado Department of Law
14 1300 Broadway, 10th Floor
   Denver, CO 80203
15 (720) 508 6548
   Eric.Olson@coag.gov
16       *Attorneys for Plaintiff State of Colorado*

17

18 WILLIAM TONG
   Attorney General
19 State of Connecticut

20
   *s/ Joshua Perry*
21 JOSHUA PERRY, #439166
   Special Counsel for Civil Rights
22 Office of the Attorney General
   165 Capitol Avenue
23 Hartford, CT  06106
24 (860) 808-5372
   joshua.perry@ct.gov
25       *Attorneys for Plaintiff State of Connecticut*

26
   ORDER GRANTING PLAINTIFFS'          5
   MOTION FOR PRELIMINARY
   INJUNCTION
   [PROPOSED]
   NO. 1:20-CV-03127-SAB

1  KWAME RAOUL
   Attorney General State of Illinois
2

3  *s/ Christopher G. Wells*
   CHRISTOPHER G. WELLS
4  (ARDC #6304265)
   Chief, Public Interest Division
5  Office of the Illinois Attorney General
   100 West Randolph Street, 12th Floor
6  Chicago, IL  60601
   (312) 814-1134
7  cwells@atg.state.il.us
8       *Attorneys for Plaintiff State of Illinois*

9

10 BRIAN E. FROSH
   Attorney General of Maryland
11
   *s/ Jeffrey P. Dunlap*
12 JEFFREY P. DUNLAP
   D. Md. #20846, Md. Bar #181210004
13 *Assistant Attorney General*
14 200 St. Paul Place
   Baltimore, MD 21202
15 T: (410) 576-7906
   F: (410) 576-6955
16 jdunlap@oag.state.md.us
17      *Attorneys for Plaintiff State of Maryland*

18

19 DANA NESSEL
   Michigan Attorney General
20
   *s/ Christina Grossi*
21 CHRISTINA GROSSI (P67482)
   Chief of Operations
22 Michigan Department of Attorney General
   525 W. Ottawa Street
23 Lansing, MI 48933
24      *Attorneys for Plaintiff State of Michigan*

25

26
   ORDER GRANTING PLAINTIFFS'          6
   MOTION FOR PRELIMINARY
   INJUNCTION
   [PROPOSED]
   NO. 1:20-CV-03127-SAB

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1   KEITH ELLISON
    Attorney General of Minnesota
2

3   *s/ Angela Behrens*
    ANGELA BEHRENS, MN 0351076
4   Assistant Attorney General
    445 Minnesota Street, Suite 1400
5   St. Paul, MN 55101-2131
    (651) 757-1204 (Voice)
6   angela.behrens@ag.state.mn.us
7       *Attorneys for Plaintiff State of Minnesota*

8

9   AARON D. FORD
    Attorney General
10

11  *s/ Heidi Parry Stern*
    Heidi Parry Stern (Bar. No. 8873)
12  Solicitor General
    Office of the Nevada Attorney General
13  555 E. Washington Avenue, Suite 3900
14  Las Vegas, NV 89101
    hstern@ag.nv.gov
15      *Attorneys for Plaintiff State of Nevada*

16

17  HECTOR BALDERAS
    Attorney General
18

19  *s/ Nicholas M. Sydow*
    Nicholas M. Sydow
20  Civil Appellate Chief
    Office of the New Mexico Attorney General
21  201 Third Street NW, Suite 300
    Albuquerque, NM  87102
22  (505) 717-3571
    nsydow@nmag.gov
23      *Attorneys for Plaintiff State of New Mexico*

24

25

26

ORDER GRANTING PLAINTIFFS'              7              ATTORNEY GENERAL OF WASHINGTON
MOTION FOR PRELIMINARY                                      Complex Litigation Division
INJUNCTION                                               800 Fifth Avenue, Suite 2000
[PROPOSED]                                                  Seattle, WA  98104
NO. 1:20-CV-03127-SAB                                          (206) 464-7744

1  ELLEN F. ROSENBLUM
   Attorney General of the State of Oregon
2

3  *s/ James S. Smith*
   JAMES S. SMITH, WSBA #14761
4  MICHAEL C. KRON
   Special Counsel
5  Oregon Department of Justice
   100 SW Market Street
6  Portland, OR 97201
   Phone: (971) 673-3891
7  james.s.smith @doj.state.or.us
   michael.c.kron@doj.state.or.us
8      *Attorneys for Plaintiff State of Oregon*
9

10 PETER F. NERONHA
   Attorney General of Rhode Island
11

12 *s/ Keith Hoffmann*
   KEITH HOFFMANN, #9874
13 Special Assistant Attorney General
   Rhode Island Office of the Attorney General
14 150 South Main Street
   Providence, RI  02903
15 Tel: (401) 274-4400, Extension 1882
   khoffmann@riag.ri.gov
16     *Attorneys for Plaintiff State of Rhode Island*
17

18 THOMAS J. DONOVAN, JR.
   Attorney General
19

20 *s/ Eleanor Spottswood*
   JOSHUA DIAMOND
21 Deputy Attorney General
   ELEANOR SPOTTSWOOD*
22 Assistant Attorney General
   Office of the Attorney General
23 109 State Street
   Montpelier, VT 05609-1001
24 (802) 828-3178
   joshua.diamond@vermont.gov
25     *Attorneys for Plaintiff State of Vermont*
26

   ORDER GRANTING PLAINTIFFS'         8
   MOTION FOR PRELIMINARY
   INJUNCTION
   [PROPOSED]
   NO. 1:20-CV-03127-SAB

1  MARK R. HERRING
   Attorney General of Virginia
2

3  *s/ Michelle S. Kallen*
   MICHELLE S. KALLEN, VSB #94542
4  CAROL L. LEWIS, VSB #92362
   Office of the Attorney General
5  202 North Ninth Street
   Richmond, VA  23219
6  (804) 786-7240
7  mkallen@oag.state.va.us
          *Attorneys for Plaintiff Commonwealth of Virginia*
8

9  JOSHUA L. KAUL
   *Attorney General of Wisconsin*
10

11 *s/ Colin T. Roth*
   COLIN T. ROTH, #1103985
12 *Assistant Attorney General*
   Wisconsin Department of Justice
13 P. O. Box 7857
   Madison, WI  53707-7857
14 (608) 264-6219
15 rothct@doj.state.wi.us
       *Attorneys for Plaintiff State of Wisconsin*
16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFFS'            9
MOTION FOR PRELIMINARY
INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

## <u>DECLARATION OF SERVICE</u>

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 9th day of September, 2020, at Tumwater, Washington.


*/s/ Jennifer D. Williams*
JENNIFER D. WILLIAMS
Paralegal

ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744