ROBERT W. FERGUSON
*Attorney General*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
   (*application for admission forthcoming*)
KARL D. SMITH, WSBA #41988
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | NO. 1:20-cv-03127-SAB<br><br>DECLARATION OF ANDREW R.W. HUGHES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTED FOR: September 17, 2020 at 10:00 a.m.<br>*With Oral Argument* |

DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 1:20-CV-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

I, ANDREW R.W. HUGHES, declare and affirm:

1. I am an Assistant Attorney General with the Washington State Office of the Attorney General. I have personal knowledge of the matters stated herein, and if called as a witness, I would testify competently to this information.

2. Attached as Exhibit A is a true and correct copy of an internal USPS document titled *Mandatory Stand-Up Talk: All Employees,* dated July 10, 2020.

3. Attached as Exhibit B is a true and correct copy of an internal USPS presentation titled *PMGs Expectations and Plan*.

4. Attached as Exhibit C is a true and correct copy of a report from the USPS Office of the Inspector General titled *U.S. Postal Service's Processing Network Optimization and Service Impacts*, dated June 16, 2020, available at https://bit.ly/32f4RoB.

5. Attached as Exhibit D is a true and correct copy of a USPS document titled *Postmaster General Louis DeJoy Statement* dated August 18, 2020, available at https://bit.ly/320luE4.

6. Attached as Exhibit E is a true and correct copy of a memo from Postmaster General Louis DeJoy titled *Path forward*, dated August, 13, 2020, available at https://link.usps.com/2020/08/13/path-forward-2/.

7. Attached as Exhibit F is a true and correct copy of publicly available excerpts of a USPS presentation titled *Service Performance Measurement: PMG Briefing*, dated August 12, 2020, available at https://bit.ly/359uKb5.

8. Attached as Exhibit G is a true and correct copy of a USPS presentation titled *Congressional Briefing: Transportation & Service Performance Updates,* dated August 31, 2020, available at https://bit.ly/3lYmCjQ.

DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

9. Attached hereto as Exhibit H is a true and correct copy of the Letter from Louis DeJoy to Senators Johnson and Peters and Representatives Maloney and Comer, dated August 31, 2020, available at https://bit.ly/3btr319.

10. Attached hereto as Exhibit I is a true and correct copy of a report from the USPS Office of the Inspector General titled *Service Performance of Election and Political Mail During the 2018 Midterm and Special Elections*, dated November 4, 2019, available at https://bit.ly/3bxYm2R.

11. Attached as Exhibit J is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, dated September 6, 2020.

12. Attached hereto as Exhibit K is a true and correct copy of a USPS document titled *State and Local Election Mail – User's Guide*, dated January 2020, available at https://bit.ly/2QWUEX4.

13. Attached hereto as Exhibit L are true and correct copies of letters from USPS General Counsel Thomas J. Marshall to State election officials, dated July 2020, available at https://wapo.st/2Feeqe3.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from Thomas J. Marshall to Washington Secretary of State Kim Wyman, dated July 31, 2020.

15. Attached hereto as Exhibit N is a true and correct copy of screenshots of the webpage *Election Mail* on USPS.com, available at https://about.usps.com/what/government-services/election-mail/. These screenshots were taken by my office on September 6, 2020.

DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

16. Attached hereto as Exhibit O is a true and correct copy of a USPS document titled *AIM Pacific Area Virtual Meeting*, dated August 13, 2020, available at https://bit.ly/3lvTS1A.

17. Attached hereto as Exhibit P is a true and correct copy of a letter, including enclosures, from Rickey R. Dean, Contract Administrator of the American Postal Workers Union, to APWU President Mark Dimondstein, dated June 17, 2020, available at https://bit.ly/3m04UMD.

18. Attached hereto as Exhibit Q is a true and correct copy of a USPS document titled *USPS Equipment Reduction*, dated May 15, 2020, available at https://bit.ly/3m3YyMu.

19. Attached hereto as Exhibit R is a true and correct copy of a September 7–8, 2020, email thread between my colleague, Kristin Beneski and Defendants' counsel, Joseph Borson, on which I was copied.

20. Attached hereto as Exhibit S is a true and correct copy of an excerpt of the transcript from the August 27, 2020 Hearing on Plaintiffs' Motion for Expedited Discovery.

21. Attached hereto as Exhibit T is a true and correct copy of a letter from 31 U.S. Senators to Louis DeJoy, dated August 13, 2020.

22. Attached hereto as Exhibit U is a true and correct copy of a letter from Sen. Gary Peters to Hal J. Roesch II, Commander-in-Chief of the Veterans of Foreign Wars, dated August 13, 2020.

23. Attached hereto as Exhibit V is a true and correct copy of a letter from USPS General Counsel Thomas J. Marshall to Reps. Maloney, Connolly, Lynch, and Lawrence, dated July 22, 2020.

DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
NO. 1:20-CV-03127-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

24. Attached hereto as Exhibit W is a true and correct copy of a letter from Thomas J. Marshall to Sen. Peters, dated July 22, 2020.

25. Attached hereto as Exhibit X is a true and correct copy of a report from the USPS Office of the Inspector General titled *Processing Readiness of Election and Political Mail During the 2020 General Elections*, dated August 31, 2020, available at https://bit.ly/2F0r6pv.

26. Attached hereto as Exhibit Y is a true and correct copy of a Request of the United States Postal Service for an Advisory Opinion on Changes in the Nature of Postal Services, Docket No. N2012-1, submitted December 5, 2011, available at https://bit.ly/35fBlRq.

27. Attached hereto as Exhibit Z is a true and correct copy of a Request of the United States Postal Service for an Advisory Opinion on Changes in the Nature of Postal Services, Docket No. N2014-1, submitted December 27, 2013, available at https://bit.ly/2ZgUiiV.

28. Attached hereto as Exhibit AA are true and correct screenshots of tweets by Donald J. Trump (@realDonaldTrump), dated Apr. 8, 2020, 5:20 AM; May 24, 2020, 7:08 AM; May 28, 2020, 6:00 PM; May 27, 2020, 4:11 AM; and July 30, 2020, 1:22 PM.

29. Attached hereto as Exhibit BB is a true and correct copy of the *Official Election Mail* Postal Bulletin, dated July 26, 2012, available at https://bit.ly/2RiePzf.

30. Attached hereto as Exhibit CC is a true and correct copy of *Your 2016 Official Election Mail Communications Plan* Postal Bulletin, dated September 1, 2016, available at https://bit.ly/3imYMMt.

DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I declare under penalty of perjury of the laws of Washington that the foregoing is true and correct.

DATED this 9th day of September, 2020.

*s/Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General
Complex Litigation Division
Attorney General's Office of Washington State

DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 9th day of September, 2020, at Tumwater, Washington.

*/s/ Jennifer D. Williams*
JENNIFER D. WILLIAMS
Paralegal

DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744