## Table of Contents
## Exhibits to Declaration of Andrew R.W. Hughes

| Exhibit | Document | Page Range |
|---|---|---|
| A | Mandatory Stand-Up Talk: All Employees, July 10, 2020 | 1-3 |
| B | PMGs Expectations and Plan | 4-10 |
| C | U.S. Postal Service's Processing Network Optimization and Service Impacts, USPS Office of the Inspector General, June 16, 2020 | 11-44 |
| D | Postmaster General Louis DeJoy Statement, Aug. 18, 2020 | 45-47 |
| E | Path Forward, LINK, Aug. 13, 2020 | 48-51 |
| F | Service Performance Measurement: PMG Briefing, Aug. 12, 2020 | 52-56 |
| G | Congressional Briefing: Transportation & Service Performance Updates, Aug. 31, 2020 | 57-69 |
| H | Letter from Louis DeJoy to Chairman Johnson et al., Aug. 31, 2020 | 70-72 |
| I | Service Performance of Election and Political Mail During the 2018 Midterm and Special Elections, USPS Office of the Inspector General, Nov. 4, 2019 | 73-90 |
| J | Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents | 91-117 |
| K | State and Local Election Mail – User's Guide, USPS, Jan 2020 | 118-138 |
| L | Letters from Thomas J. Marshall to States, July 2020 | 139-253 |
| M | Letter from Thomas J. Marshall to Washington Secretary of State Kim Wyman, July 31, 2020 | 254-257 |
| N | Election Mail, USPS.com | 258-266 |
| O | AIM Pacific Area Virtual Meeting, USPS, Aug. 13, 2020 | 267-352 |
| P | Letter from Rickey R. Dean to Mark Dimondstein, June 17, 2020 | 353-372 |
| Q | Equipment Reduction, May 15, 2020 | 373-385 |
| R | September 8, 2020 Joseph Borson email Re: Washington v. Trump, No. cv-3127 (E.D. Wash.) – Responses to 1st Rogs and RFPs | 386-389 |
| S | August 27, 2020 Hearing Transcript Excerpts | 390-393 |
| T | Letter from Senator Tester, et al. to DeJoy, Aug. 13, 2020 | 394-398 |

| Exhibit | Document | Page Range |
|---|---|---|
| U | Letter from Senator Peters to Hal J. Roesch II, Aug. 13, 2020 | 399-400 |
| V | Letter from Thomas J. Marshall to Representative Maloney, July 22, 2020 | 401-404 |
| W | Letter from Thomas J. Marshall to Senator Peters, July 22, 2020 | 405-407 |
| X | Processing Readiness of Election and Political Mail During the 2020 General Elections, USPS Office of the Inspector General, Aug. 31, 2020 | 408-441 |
| Y | Mail Processing Network Rationalization Service Changes 2012 USPS Opinion Request, Dkt. No. N2012-1 | 442-457 |
| Z | DSCF Standard Mail Load Leveling USPS Opinion Request, Dkt. No. N2014-1 | 458-468 |
| AA | Donald J. Trump (@realDonaldTrump), Twitter: Apr. 8, 2020, 5:20 AM; May 24, 2020, 7:08 AM; May 28, 2020, 6:00 PM; May 27, 2020, 4:11 AM; and July 30, 2020, 1:22 PM | 469-472 |
| BB | USPS Postal Bulletin 22342, July 26, 2012 | 473-553 |
| CC | USPS Postal Bulletin 22449, Sept. 1, 2016 | 554-614 |