**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No. 1:20-CV-03127<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in this case for amicus curiae the United States House of Representatives.

                                                */s/ Douglas N. Letter*
                                      Douglas N. Letter (D.C. Bar No. 253492)
                                        *General Counsel*
                                      Office of General Counsel
                                      U.S. House Of Representatives
                                      219 Cannon House Office Building
                                      Washington, D.C. 20515
                                      (202) 225-9700 (telephone)

**NOTICE OF APPEARANCE**

(202) 226-360 (facsimile)
douglas.letter@mail.house.gov

*Counsel for Amicus Curiae the U.S. House of Representatives*[*]

September 11, 2020

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives and "any counsel specially retained by the Office of General Counsel" are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571.

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of September, I electronically filed the foregoing Notice of Appearance with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 11, 2020        */s/ Douglas N. Letter*
                                                    Douglas N. Letter