# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendants. | Case No. 1:20-CV-03127<br><br>**[PROPOSED] ORDER** |

Upon consideration of the motion of the U.S. House of Representatives for leave to file an amicus curiae brief in support of Plaintiffs, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the House's amicus brief on the docket in this matter.

Dated: _____        _____
　　　　　　　　　　　　Hon. Stanley A. Bastian
　　　　　　　　　　　　UNITED STATES DISTRICT COURT CHIEF JUDGE

**[PROPOSED] ORDER**