AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| State of Washington, et al.  ) | |
| *Plaintiff*  ) | |
| v.  ) | Case No. 1:20-cv-03127 |
| Donald J. Trump, et al.  ) | |
| *Defendant*  ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Seattle                                                                                                          .

Date:   09/11/2020                                             /s/Ghazal Sharifi
*Attorney's signature*

Ghazal Sharifi, WSBA#47750
*Printed name and bar number*

Seattle City Attorney's Office
701 5th Avenue, Suite 2050
Seattle, WA  98104-7095

*Address*

ghazal.sharifi@seattle.gov
*E-mail address*

(206) 684-8217
*Telephone number*

(206) 684-8284
*FAX number*