AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| STATE OF WASHINGTON, et al.,<br>*Plaintiff*<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:20-cv-3127-SAB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed *Amici Curiae* Members of Congress                                            .

Date:   09/11/2020

/s/ Emily Dodds Powell
*Attorney's signature*

Emily Dodds Powell, WSBA No. 49351
*Printed name and bar number*

Calfo Eakes LLP
1301 Second Ave., Suite 2800
Seattle, WA 98101
*Address*

emilyp@calfoeakes.com
*E-mail address*

(206) 407-2200
*Telephone number*

(206) 407-2224
*FAX number*