AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | | |
|---|---|---|
| STATE OF WASHINGTON, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-3127-SAB |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed *Amici Curiae* Members of Congress   .

Date:   09/11/2020

/s/ Anna F. Cavnar
*Attorney's signature*

Anna F. Cavnar, WSBA No. 54413
*Printed name and bar number*

Calfo Eakes LLP
1301 Second Ave., Suite 2800
Seattle, WA 98101
*Address*

annac@calfoeakes.com
*E-mail address*

(206) 407-2200
*Telephone number*

(206) 407-2224
*FAX number*