1  Emily Dodds Powell
   Anna F. Cavnar
2  CALFO EAKES LLP
   1301 Second Avenue, Suite 2800
3  Seattle, WA 98101
   Phone: (206) 407-2210
4  Fax: (206) 407-2224
   Email: emilyp@calfoeakes.com
5        annac@calfoeakes.com

6  Elizabeth B. Wydra (*pro hac vice* pending)
   Brianne J. Gorod (*pro hac vice* pending)
7  Dayna J. Zolle (*pro hac vice* pending)
   CONSTITUTIONAL ACCOUNTABILITY CENTER
8  1200 18th Street NW, Suite 501
   Washington, D.C. 20036
9  (202) 296-6889
   Email: elizabeth@theusconstitution.org
10         brianne@theusconstitution.org
           dayna@theusconstitution.org
11
   *Counsel for Proposed Amici Curiae Members of Congress*
12
                UNITED STATES DISTRICT COURT
13           FOR THE EASTERN DISTRICT OF WASHINGTON
                          AT YAKIMA
14

15 | STATE OF WASHINGTON, et al.,    | Case No. 1:20-cv-3127-SAB
   |
16 |         *Plaintiff*s,           | MOTION FOR LEAVE
   |                                 | TO APPEAR *PRO HAC VICE*
17 |    v.                           | FOR BRIANNE J. GOROD
   |
18 | DONALD J. TRUMP, in his official|
   | capacity as President of the United|
19 | States of America, et al.,      |
   |
20 |         *Defendants*.           |

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR BRIANNE J. GOROD
(Case No. 1:20-cv-3127-SAB) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224

Pursuant to Local Rule 83.2(c) of the United States District Court for the Eastern District of Washington, Brianne J. Gorod of the Constitutional Accountability Center hereby seeks permission to appear and participate as counsel in the above-entitled action for certain members of Congress, who are proposed *Amici Curiae* in this matter. Her contact information is:

> Brianne J. Gorod
> CONSTITUTIONAL ACCOUNTABILITY CENTER
> 1200 18th Street NW, Suite 501
> Washington, D.C. 20036
> Phone:  (202) 296-6889
> Email:  brianne@theusconstitution.org

Ms. Gorod is appearing on behalf of proposed *Amici Curiae* in this matter, and the particular need for her appearance and participation is to ensure adequate representation of the interests of *Amici Curiae*. Ms. Gorod has not been disbarred or formally disciplined by any court or state bar association. She is a member in good standing in the following courts:

| Name of Court | Admission Date |
| --- | --- |
| U.S. Supreme Court | 05/18/2009 |
| U.S. Court of Appeals, Second Circuit | 06/12/2018 |
| U.S. Court of Appeals, Sixth Circuit | 08/23/2011 |
| U.S. Court of Appeals, Eighth Circuit | 01/08/2013 |
| U.S. Court of Appeals, D.C. Circuit | 07/31/2019 |

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR BRIANNE J. GOROD
(Case No. 1:20-cv-3127-SAB) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| | | |
|---|---|---|
| 1 | U.S. District Court, D.C. | 04/24/2017 |
| 2 | New York | 01/24/2006 |
| 3 | D.C. | 07/11/2008 |

Emily Dodds Powell and Anna F. Cavnar will act as associated counsel for Ms. Gorod in this matter. Contact information for associated counsel is set out below.

Respectfully submitted this 11th day of September, 2020.

CALFO EAKES LLP

By   /s/ Emily Dodds Powell
Emily Dodds Powell, WSBA# 49351
Anna F. Cavnar, WSBA# 54413
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email: emilyp@calfoeakes.com
annac@calfoeakes.com

CONSTITUTIONAL ACCOUNTABILITY CENTER

By   /s/ Brianne J. Gorod
Brianne J. Gorod
1200 18th Street NW, Suite 501
Washington, D.C. 20036
Phone: (202) 296-6889
Email: brianne@theusconstitution.org

*Counsel for Proposed Amici Curiae Members of Congress*

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR BRIANNE J. GOROD
(Case No. 1:20-cv-3127-SAB) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: September 11, 2020.

                                            */s/ Erica Knerr*
                                            Erica Knerr

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR BRIANNE J. GOROD
(Case No. 1:20-cv-3127-SAB) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224