Emily Dodds Powell
Anna F. Cavnar
CALFO EAKES LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 407-2210
Fax: (206) 407-2224
Email: emilyp@calfoeakes.com
         annac@calfoeakes.com

Elizabeth B. Wydra (*pro hac vice* pending)
Brianne J. Gorod (*pro hac vice* pending)
Dayna J. Zolle (*pro hac vice* pending)
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
Email: elizabeth@theusconstitution.org
         brianne@theusconstitution.org
         dayna@theusconstitution.org

*Counsel for Proposed Amici Curiae Members of Congress*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> *Plaintiff*s, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 1:20-cv-3127-SAB <br><br> MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ELIZABETH B. WYDRA |

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR ELIZABETH B. WYDRA
(Case No. 1:20-cv-3127-SAB) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Pursuant to Local Rule 83.2(c) of the United States District Court for the Eastern District of Washington, Elizabeth B. Wydra of the Constitutional Accountability Center hereby seeks permission to appear and participate as counsel in the above-entitled action for certain members of Congress, who are proposed *Amici Curiae* in this matter. Her contact information is:

> Elizabeth B. Wydra
> CONSTITUTIONAL ACCOUNTABILITY CENTER
> 1200 18th Street NW, Suite 501
> Washington, D.C. 20036
> Phone:   (202) 296-6889
> Email:   elizabeth@theusconstitution.org

Ms. Wydra is appearing on behalf of proposed *Amici Curiae* in this matter, and the particular need for her appearance and participation is to ensure adequate representation of the interests of *Amici Curiae*. Ms. Wydra has not been disbarred or formally disciplined by any court or state bar association. She is a member in good standing in the following courts:

| Name of Court | Admission Date |
| --- | --- |
| U.S. Supreme Court | 10/31/2005 |
| U.S. Court of Appeals, Second Circuit | 01/14/2020 |
| U.S. Court of Appeals, Fourth Circuit | 12/23/2003 |
| U.S. Court of Appeals, Fifth Circuit | 07/17/2014 |
| U.S. Court of Appeals, Seventh Circuit | 01/30/2009 |

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR ELIZABETH B. WYDRA
(Case No. 1:20-cv-3127-SAB) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

| | | |
|---|---|---|
| 1 | U.S. Court of Appeals, Ninth Circuit | 08/14/2003 |
| 2 | U.S. Court of Appeals, Tenth Circuit | 01/31/2014 |
| 3 | U.S. Court of Appeals, D.C. Circuit | 11/06/2003 |
| 4 | U.S. Court of Appeals, Federal Circuit | 06/09/2008 |
| 5 | U.S. District Court, N.D. California | 11/14/2005 |
| 6 | U.S. District Court, D.C. | 09/10/2012 |
| 7 | California | 12/17/2001 |
| 8 | D.C. | 09/08/2003 |

9  Emily Dodds Powell and Anna F. Cavnar will act as associated counsel for

10 Ms. Wydra in this matter.  Contact information for associated counsel is set out

11 below.

12      //

13

14      //

15

16      //

17

18      //

19

20      //

MOTION FOR LEAVE
TO APPEAR PRO HAC VICE
FOR ELIZABETH B. WYDRA
(Case No. 1:20-cv-3127-SAB) - 3

LAW OFFICES
CALFO EAKES LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

Respectfully submitted this 11th day of September, 2020.

        CALFO EAKES LLP

        By  */s/ Emily Dodds Powell*
           Emily Dodds Powell, WSBA# 49351
           Anna F. Cavnar, WSBA# 54413
           1301 Second Avenue, Suite 2800
           Seattle, WA 98101
           Phone:  (206) 407-2210
           Fax:  (206) 407-2224
           Email:  emilyp@calfoeakes.com
                  annac@calfoeakes.com

        CONSTITUTIONAL ACCOUNTABILITY CENTER

        By  */s/ Elizabeth B. Wydra*
           Elizabeth B. Wydra
           1200 18th Street NW, Suite 501
           Washington, D.C. 20036
           Phone:  (202) 296-6889
           Email:  elizabeth@theusconstitution.org

*Counsel for Proposed Amici Curiae Members of Congress*

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR ELIZABETH B. WYDRA
(Case No. 1:20-cv-3127-SAB) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

DATED: September 11, 2020.

                                             /s/ Erica Knerr
                                              Erica Knerr

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR ELIZABETH B. WYDRA
(Case No. 1:20-cv-3127-SAB) - 5

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224