1

The Honorable Stanley A. Bastian

2 PETER S. HOLMES (WSBA #15787)
Seattle City Attorney
3 By: Ghazal Sharifi (WSBA #47750)
Assistant City Attorney
4 Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
5 Seattle, WA 98104-7095
Tel.: 206-684-8217
6 ghazal.sharifi@seattle.gov

7 *Attorneys for Amicus Curiae City of Seattle*

8
**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
9 AT YAKIMA**

10

STATE OF WASHINGTON, et al.,        No. 1:20-cv-03127-SAB
11
        Plaintiffs,        **UNOPPOSED MOTION FOR
12                                LEAVE TO FILE BRIEF AS *AMICI
v.                               CURIAE* IN SUPPORT OF
13                                PLAINTIFFS' MOTION FOR
DONALD J. TRUMP,** *in his official*   **PRELIMINARY INJUNCTION BY
*capacity as President of the United*   THE COUNTY OF SANTA CLARA,
14 *States,* et al.,                    THE CITY OF COLUMBUS, AND
                                THIRTY-EIGHT LOCAL AND
15         Defendants.        TRIBAL GOVERNMENTS AND
                                FOR LEAVE TO FILE BRIEF IN
16                                EXCESS OF PAGE LIMIT**

17                                **Noted for:  September 17, 2020**

18

19

20

21

**INTRODUCTION**

The County of Santa Clara and the City of Columbus, together with thirty-eight local and tribal governments (collectively, "*amici*")[1], respectfully seek leave of the Court to submit the attached *amici curiae* brief in support of Plaintiffs' motion for a preliminary injunction. *Amici* further request permission to file their *amici curiae* brief in excess of the page limit. All parties have consented to the filing of the proposed brief, and the parties have stipulated that all briefs of *amici curiae* shall be filed by Friday, September 11, 2020.[2] All parties have further consented to an enlargement of the page limit for the proposed brief to up to 35 pages.

*Amici* are local and tribal governments that administer elections and provide a wide range of essential services that enable residents to live healthy, stable, and productive lives. The reliable and efficient operation of the United States Postal Service (the "USPS" or "Postal Service") is integral to both functions. Every day, *amici* send and receive millions of pieces of mail: citations, prescription medications, documents for legal process, pension checks, and, now, time-sensitive election

---

[1] A full list of *amici* local and tribal governments is attached.

[2] *See* Docket Entry No. 45 (Aug. 31, 2020).

1   materials. USPS's operational and policy changes will delay those mailings.[3] And the

2   timing of the changes—during a global pandemic and a mere two months before the

3   presidential general election—heightens the harms inflicted on *amici*. COVID-19 has

4   increased *amici*'s reliance on remote interactions to carry out core functions. Many

5   *amici* are mailing ballots to all eligible voters or otherwise are encouraging voters to

6   avail themselves of vote-by-mail options to mitigate the challenges of conducting a

7   high-turnout election during a global pandemic. Defendants' actions jeopardize

8   *amici*'s critical functions, sow public doubt about mail's reliability as a means to

9   transact with their governments, and undermine the ability of *amici*, and government

10  at every level, to serve their constituents. *Amici* therefore have a substantial interest in

11  the outcome of this litigation.

12                                  **<u>ARGUMENT</u>**

13      "[A]ssisting in a case of general public interest" is a "classic role of amicus

14  curiae." *Miller-Wohl Co., Inc. v. Comm'r of Labor & Indus*., 694 F.2d 203, 204 (9th

15  Cir. 1982). Courts have broad discretion to permit the appearance of amici curiae.

16  _____

17  [3] Those changes include, *inter alia*, reducing the use of extra trips, removing

18  mailboxes and mail sorting machines, and prohibiting the use of overtime. *See, e.g.*,

19  Catie Edmondson*, DeJoy Defends Postal Changes as Trump Continues to Attack*

20  *Voting by Mail*, N.Y. Times (Aug 24, 2020), https://perma.cc/WH38-G4KZ.

21

UNOPPOSED MOT. FOR LEAVE TO FILE AMICUS CURIAE BRIEF & EXCEED PAGE LIMIT
CASE NO. 1:20-cv-03127-SAB

1   *Pakootas v. Teck Cominco Metals, Ltd.*, 2011 WL 13238552, at *1 (E.D. Wash. Aug.

2   25, 2011). The Court "may grant or refuse leave to the extent it deems the proffered

3   information timely, useful or otherwise." *Id.* Courts should permit an amicus brief

4   when "the amicus has unique information or perspective that can help the court

5   beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for*

6   *Restoration of Env't v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash.

7   1999); *Feature Realty, Inc. v. City of Spokane*, 2001 WL 36136186, at *18 (E.D.

8   Wash. Aug. 30, 2001).

9       *Amici*'s unopposed motion seeking leave to file should be granted. Without

10  question, this is a case of monumental public interest. *See Miller-Wohl Co., Inc.*, 694

11  F.2d at 204. Plaintiffs challenge revisions to policies affecting the delivery of mail—a

12  function of the federal government dating back to the founding of the republic.

13  Reports of problems with USPS mail delivery have climbed in recent weeks, and mail

14  delays are having profound consequences for the residents who live in *amici*'s

15  communities and for *amici* themselves.[4]

16  _____

17  [4] *See, e.g.*, Megan Leonhardt, *Here's Who May Be Impacted by the Post Office Slow*

18  *Down*, CNBC.com (Aug. 17, 2020), https://perma.cc/TJ97-TC63; Todd C. Frankel,

19  *Postal Problems Could Continue Despite Suspension of Policies Blamed for Mail*

20  *Delays*, Wash. Post (Aug. 19, 2020), https://perma.cc/L2E2-S8QB.

21

UNOPPOSED MOT. FOR LEAVE TO FILE AMICUS CURIAE BRIEF & EXCEED PAGE LIMIT
CASE NO. 1:20-cv-03127-SAB

1    *Amici*'s proposed brief is submitted within two days of the Plaintiffs' filing of

2    their motion for preliminary injunction and is therefore also "timely."[5] *See Pakootas*,

3    2011 WL 13238552, at *1. Further, the proposed submission will amplify the

4    presentation of issues before the Court, *see Cmty. Ass'n for Restoration of Env't*, 54 F.

5    Supp. 2d at 975, due to *amici*'s role as election administrators and providers of safety-

6    net services.[6] Both functions give *amici* a deep and distinctive understanding of the

7    effects of the USPS's policy changes, which is useful to the disposition of this case.

8        With respect to the election, the changes will make it more difficult and costly

9    for *amici* to administer the presidential general election this fall and may undermine

10   the certainty of election results. Because more citizens than previously expected may

11   _____

12   [5] Under Federal Rule of Appellate Procedure 29(a), parties have seven days from the

13   date that an appellate brief is filed to submit an amicus brief in support of the party

14   filing that brief. Although the Federal Rules of Appellate Procedure do not expressly

15   govern the district court, it is instructive here. *See, e.g.*, *Ctr. For Biological Diversity*

16   *v. EPA*, 90 F. Supp. 3d 1177 (W.D. Wash. 2015) (looking to the Federal Rules of

17   Appellate Procedure for guidance because the Western District of Washington's Local

18   Rules do not address briefs submitted by amicus curiae).

19   [6] *See generally* Nat'l Conf. of State Legislatures, *Election Administration at State and*

20   *Local Levels* (Feb. 3, 2020), https://perma.cc/8XN7-D2V9.

21

1  now opt to vote in-person due to fears and uncertainty caused by the USPS, *amici*

2  must change plans and mobilize resources to ensure voters can safely exercise their

3  fundamental rights. USPS's changes also magnify the challenge posed by the COVID-

4  19 pandemic to *amici*'s election administration. The proposed amicus brief provides

5  details from jurisdictions across the county—including many jurisdictions that are not

6  contained within Plaintiffs' grouping of state and local governments—about these

7  USPS-caused challenges and their effects on local planning for the election. As a

8  result, *amici* respectfully seek leave from this Court to exceed the page limit in order

9  to ensure the Court has the benefit of the breadth of information provided.

10      To that end, an estimated 83 percent of American voters will be eligible to vote

11  by mail in November.[7] However, USPS's changes have blunted the push to vote by

12  mail, injecting uncertainty into the planning stages of election administration and

13  shaking the electorate's confidence in mail-in ballots.[8] With less than two months

14  until the election, it is *amici* who must now rapidly implement other measures to

15  _____

16  [7] Kate Rabinowitz & Brittany R. Mayes, *At Least 83% of American Voters Can Cast*

17  *Ballots by Mail in the Fall*, Wash. Post (Aug. 20, 2020), https://perma.cc/C6RX-9CSJ.

18  [8] Jacob Pramuk, *Fewer Voters Say They're Voting by Mail Amid Uproar Over USPS*

19  *Changes, CNBC/Change Research Polls Find*, CNBC (Aug. 26, 2020),

20  https://perma.cc/TCJ3-WBYG.

21

UNOPPOSED MOT. FOR LEAVE TO FILE AMICUS CURIAE BRIEF & EXCEED PAGE LIMIT
CASE NO. 1:20-cv-03127-SAB

account for the possibility that fewer qualified electors will vote by mail than previously expected. These include measures aimed at ensuring a safe and orderly operation of in-person voting on Election Day.[9]

The proposed brief also amplifies the presentation of the scope of harms, as the USPS's operational changes have affected *amici*'s provision of safety-net services. Local governments collect billions of dollars in parking tickets, tax payments, fines, and user fees through the mail, all of which fund essential services for residents. Many cities and counties enforce public-safety ordinances through mailed notice violations. Additionally, local public health agencies provide life-saving prescriptions to their patients each month through the mail. Policy-induced delays to these operations come at a huge cost to both *amici* and their residents.

In sum, *amici*'s perspective as local and tribal governments offer useful and timely assistance to the Court. The proposed brief amplifies the presentation made by Plaintiffs to set out the full scope of effects that emanate from the USPS's operational changes as this Court considers Plaintiffs' motion for a preliminary injunction. From the need to abruptly change plans for election administration, to the weakened ability to provide services to their residents, *amici*'s experiences speak to the significant

---

[9] *See* U.S. Ctrs. for Disease Control & Prevention, *Considerations for Election Polling Locations and Voters* (June 22, 2020), https://perma.cc/3HNL-RQPP.

public interest that would be served by an injunction while the merits of this case are litigated. *See*, *e.g.*, *Trump v. Int'l Refugee Assistance Project*, 137 S. Ct. 2080, 2087 (2017) (citing *Winter v. Natural Res. Def. Council, Inc*., 555 U.S. 7, 26 (2008)).

## **<u>CONCLUSION</u>**

For the foregoing reasons, *amici* request that they be granted leave to file their proposed brief. While they request that the Court permit their proposed brief to be filed in excess of the page limit, they will promptly amend the brief should the Court order it filed without excess pages.

UNOPPOSED MOT. FOR LEAVE TO FILE AMICUS CURIAE BRIEF & EXCEED PAGE LIMIT
CASE NO. 1:20-cv-03127-SAB

1

Respectfully submitted,

2

PETER S. HOLMES
CITY ATTORNEY

3

*/s/ Ghazal Sharifi*

4

By: Ghazal Sharifi
Assistant City Attorney

5

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050

6

Seattle, WA 98104-7095
Tel.: 206-684-8217

7

ghazal.sharifi@seattle.gov

8

*Attorneys for City of Seattle*

9

ZACK KLEIN
CITY ATTORNEY

10

Richard N. Coglianese

11

City Solicitor General
77 South Front Street, 4th Floor

12

Columbus, Ohio 43215

13

Jonathan B. Miller, Legal Director
LiJia Gong, Counsel

14

Sophia TonNu, Legal Fellow
Victoria Stilwell, Staff Attorney

15

PUBLIC RIGHTS PROJECT
4096 Piedmont Avenue #149

16

Oakland, California 94611

17

*Attorneys for the City of Columbus,
Ohio*

18

19

September 11, 2020

20

21

JAMES R. WILLIAMS
COUNTY COUNSEL

Greta S. Hansen, Chief Assistant
County Counsel
Tony LoPresti, Asst. County Counsel
Laura S. Trice, Lead Dep. County
Counsel
Julia B. Spiegel, Dep. County Counsel
Mary E. Hanna-Weir, Dep. County
Counsel
70 West Hedding Street,
East Wing, Ninth Floor
San José, California 95110-1770

*Attorneys for the County of
Santa Clara, California*

Jessica M. Scheller
Chief; Advice, Business & Complex
Litigation Division
Lauren E. Miller
Special Assistant State's Attorney
Civil Actions Bureau - Affirmative &
Impact Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

*Attorneys for Cook County, Illinois*

UNOPPOSED MOT. FOR LEAVE TO FILE AMICUS CURIAE BRIEF & EXCEED PAGE LIMIT
CASE NO. 1:20-cv-03127-SAB

1

## **CERTIFICATION OF SERVICE**

2

3

4

    I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

5

6

                                         */s/ Ghazal Sharifi*
                                      Ghazal Sharifi, WSBA # 47750

7

Dated:        September 11, 2020

8

9

10

11

12

13

14

15

16

17

18

19

20

21

UNOPPOSED MOT. FOR LEAVE TO FILE AMICUS CURIAE BRIEF & EXCEED PAGE LIMIT
CASE NO. 1:20-cv-03127-SAB