# LIST OF *AMICI CURIAE* LOCAL AND TRIBAL GOVERNMENTS

*County of Santa Clara, California*

*City of Columbus, Ohio*

*City of Alameda, California*

*City of Atlanta, Georgia*

*City of Austin, Texas*

*City of Berkeley, California*

*City of Boston, Massachusetts*

*City of Cambridge, Massachusetts*

*City of Chicago, Illinois*

*City of Cincinnati, Ohio*

*City of Dayton, Ohio*

*City and County of Denver, Colorado and its Clerk and Recorder*

*City of Detroit, Michigan*

*City of East Palo Alto, California*

*City of Flint, Michigan*

*City of Gary, Indiana*

*City of Houston, Texas*

*City of Los Angeles, California*

*City of Madison, Wisconsin*

*City of Oakland, California*

*City of Philadelphia, Pennsylvania*

*City of Pittsburgh, Pennsylvania*

*City of Portland, Oregon*

*City of Providence, Rhode Island*

*City of Sacramento, California*

*City of Saint Paul, Minnesota*

*City of Santa Cruz, California*

*City of Santa Monica, California*

*City of Seattle, Washington*

*City of Somerville, Massachusetts*

*City of Tucson, Arizona*

*City of West Hollywood, California*

*Cook County, Illinois*

*County of Los Angeles, California*

*County of Monterey, California*

*Harris County, Texas*

*Marin County, California*

*Mayor of the City of Phoenix, Arizona*

*Town of Carrboro, North Carolina*

*Yurok Tribe*