UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>Defendants. | No. 1:20-cv-03127-SAB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION BY THE COUNTY OF SANTA CLARA, THE CITY OF COLUMBUS, AND THIRTY-EIGHT LOCAL AND TRIBAL GOVERNMENTS AND FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT** |

**IT IS HEREBY ORDERED:**

For the reasons stated in the motion filed by the County of Santa Clara, the City of Columbus, and Thirty-Eight Local and Tribal Governments, the Unopposed Motion for Leave to File Brief as Amici Curiae is GRANTED.

**DATED** this _____ day of September, 2020.

_____
Stanley A. Bastian
United States District Judge