| | |
|---|---|
| Theresa M. DeMonte, WSBA No. 43994<br>McNAUL EBEL NAWROT & HELGREN PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>Phone: (206) 467-1816<br>tdemonte@mcnaul.com<br>Attorneys for *Amici Curiae* Brady and Team Enough | Hon. Stanley A. Bastian |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 1:20-cv-03127-SAB<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR *AMICI CURIAE* BRADY AND TEAM ENOUGH<br><br>**(Clerk's Action Required)** |

NOTICE OF APPEARANCE OF COUNSEL FOR *AMICI CURIAE* BRADY AND TEAM ENOUGH

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | |
|---|---|
| 1 | TO: THE CLERK OF THE COURT |
| 2 | AND TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD |

PLEASE TAKE NOTICE that Brady and Team Enough, by and through their counsel of record, Theresa M. DeMonte and McNaul Ebel Nawrot & Helgren PLLC, hereby appears in the above-entitled cause, and hereby requests that all further papers and pleadings herein be served upon her at the address below stated.

DATED this 11th day of September, 2020.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Theresa M. DeMonte
Theresa M. DeMonte, WSBA No. 43994

600 University Street, Suite 2700
Seattle, Washington 98101
P: (206) 467-1816 / F: (206) 624-5128
tdemonte@mcnaul.com

Attorneys for *Amici Curiae*
Brady and Team Enough

NOTICE OF APPEARANCE OF COUNSEL FOR
*AMICI CURIAE* BRADY AND TEAM ENOUGH
(Cause No. 1:20-cv-03127-SAB) – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 11th day of September, 2020.

By: s/Theresa M. DeMonte
Theresa M. DeMonte, WSBA No. 43994

NOTICE OF APPEARANCE OF COUNSEL FOR
*AMICI CURIAE* BRADY AND TEAM ENOUGH
(Cause No. 1:20-cv-03127-SAB) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Brady-TMD ji111w081j 2020-09-11