| | |
|---|---|
| 1 | Emily Dodds Powell |
| | Anna F. Cavnar |
| 2 | CALFO EAKES LLP |
| | 1301 Second Avenue, Suite 2800 |
| 3 | Seattle, WA 98101 |
| | Phone: (206) 407-2210 |
| 4 | Fax: (206) 407-2224 |
| | Email: emilyp@calfoeakes.com |
| 5 |         annac@calfoeakes.com |
| 6 | Elizabeth B. Wydra (*pro hac vice* pending) |
| | Brianne J. Gorod (*pro hac vice* pending) |
| 7 | Dayna J. Zolle (*pro hac vice* pending) |
| | CONSTITUTIONAL ACCOUNTABILITY CENTER |
| 8 | 1200 18th Street NW, Suite 501 |
| | Washington, D.C. 20036 |
| 9 | (202) 296-6889 |
| | Email: elizabeth@theusconstitution.org |
| 10 |         brianne@theusconstitution.org |
| |         dayna@theusconstitution.org |
| 11 | |
| | *Counsel for Proposed Amici Curiae Members of Congress* |
| 12 | |
| | UNITED STATES DISTRICT COURT |
| 13 | FOR THE EASTERN DISTRICT OF WASHINGTON |
| | AT YAKIMA |
| 14 | |

| | | |
|---|---|---|
| 15 | STATE OF WASHINGTON, et al., | Case No. 1:20-cv-3127-SAB |
| | *Plaintiff*s, | |
| 16 | | MOTION FOR LEAVE |
| | v. | TO APPEAR *PRO HAC VICE* |
| 17 | DONALD J. TRUMP, in his official | FOR DAYNA J. ZOLLE |
| | capacity as President of the United | |
| 18 | States of America, et al., | |
| 19 | *Defendants*. | |
| 20 | | |

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR DAYNA J. ZOLLE
(Case No. 1:20-cv-3127-SAB) - 1

1   Pursuant to Local Rule 83.2(c) of the United States District Court for the
2   Eastern District of Washington, Dayna J. Zolle of the Constitutional Accountability
3   Center hereby seeks permission to appear and participate as counsel in the above-
4   entitled action for certain members of Congress, who are proposed *Amici Curiae* in
5   this matter.  Her contact information is:

6   Dayna J. Zolle
    CONSTITUTIONAL ACCOUNTABILITY CENTER
7   1200 18th Street NW, Suite 501
    Washington, D.C. 20036
8   Phone:    (202) 296-6889
    Email:    dayna@theusconstitution.org
9

10  Ms. Zolle is appearing on behalf of proposed *Amici Curiae* in this matter, and
11  the particular need for her appearance and participation is to ensure adequate
12  representation of the interests of *Amici Curiae*.  Ms. Zolle has not been disbarred or
13  formally disciplined by any court or state bar association.  She is a member in good
14  standing in the following courts:

15  | Name of Court | Admission Date |
    | --- | --- |
16  | U.S. Court of Appeals, First Circuit | 11/23/2016 |
17  | U.S. Court of Appeals, Second Circuit | 05/03/2018 |
18  | U.S. Court of Appeals, Fourth Circuit | 05/10/2016 |
19  | U.S. Court of Appeals, Fifth Circuit | 11/23/2016 |
20  | U.S. Court of Appeals, Tenth Circuit | 11/23/2016 |

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR DAYNA J. ZOLLE
(Case No. 1:20-cv-3127-SAB) - 2

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

1     U.S. District Court, Dist. Maryland             06/23/2016

2     Colorado             11/03/2014

3     D.C.             06/16/2020

Emily Dodds Powell and Anna F. Cavnar will act as associated counsel for Ms. Zolle in this matter. Contact information for associated counsel is set out below.

Respectfully submitted this 11th day of September, 2020.

        CALFO EAKES LLP

        By    */s/ Emily Dodds Powell*
            Emily Dodds Powell, WSBA# 49351
            Anna F. Cavnar, WSBA# 54413
            1301 Second Avenue, Suite 2800
            Seattle, WA 98101
            Phone: (206) 407-2210
            Fax: (206) 407-2224
            Email: emilyp@calfoeakes.com
                      annac@calfoeakes.com

        CONSTITUTIONAL ACCOUNTABILITY CENTER

        By    */s/ Dayna J. Zolle*
            Dayna J. Zolle
            1200 18th Street NW, Suite 501
            Washington, D.C. 20036
             Phone: (202) 296-6889
             Email: dayna@theusconstitution.org

        *Counsel for Proposed Amici Curiae Members of Congress*

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR DAYNA J. ZOLLE
(Case No. 1:20-cv-3127-SAB) - 3

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200  FAX (206) 407-2224

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, the foregoing document was filed with the Clerk of the Court, using the CM/ECF system, causing it to be served on all counsel of record.

Dated: September 11, 2020.

                                                  */s/ Erica Knerr*
                                                  Erica Knerr

MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE*
FOR DAYNA J. ZOLLE
(Case No. 1:20-cv-3127-SAB) - 4

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224