Theresa M. DeMonte, WSBA No. 43994
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Phone: (206) 467-1816
tdemonte@mcnaul.com

*Attorneys for Amici Curiae* Brady and Team Enough

Hon. Stanley A. Bastian

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE, <br><br>Defendants. | No. 1:20-cv-03127-SAB <br><br>BRADY AND TEAM ENOUGH'S MOTION FOR LEAVE TO FILE AMIUCS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br>Noted: September 17, 2020 |

BRADY'S MOT. FOR LEAVE TO FILE AMIUCS
BRIEF ISO PLS.' MOT. FOR PRELIM. INJ.
Case No. 1:20-cv-03127-SAB

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Brady and Team ENOUGH (collectively, "*Amici*"), respectfully move this Honorable Court for leave to file the attached brief, as *amici curiae*, in support of Plaintiffs' motion for a preliminary injunction.  *See* ECF Doc. 45, 54.

Plaintiffs have consented to *Amici* filing the attached brief; Defendants have not.

For over 40 years, *amicus curiae* Brady has been one of the nation's largest non-partisan, non-profit organizations dedicated to reducing gun violence through education, research, legal advocacy and political action. Brady has filed numerous briefs as *amicus curiae* in cases involving state and federal firearms laws.

*Amicus curiae* Team ENOUGH is a youth-led, Brady-sponsored initiative that educates and mobilizes young people in the fight to end gun violence.  Team ENOUGH is committed to bringing a fresh perspective and a common-sense approach to America's gun policy.

A "district court has broad discretion to appoint *amici curiae*." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).  The Court's discretion may be informed by Federal Rule of Appellate Procedure 29, which requires

BRADY'S MOT. FOR LEAVE TO FILE AMIUCS
BRIEF ISO PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

explanation of "why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3)(B).

The "classic role" of *amici curiae* is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co.* v. *Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). "District courts frequently welcome *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Chong Yim* v. *City of Seattle*, No. C18-0736-JCC, 2018 WL 5825965, at *1 (W.D. Wash. Nov. 7, 2018) (internal quotation marks and citation omitted).

*Amici* seek to file a brief in this case because they have significant interest in the issues involved. Ensuring that Americans are able to safely vote in the midst of the coronavirus pandemic is critical to *Amici*'s mission. Americans must be able to vote and elect representatives who will truly advance their views on gun violence prevention, allowing those candidates to prevail over those representatives who have failed to promote sensible and necessary gun violence prevention policies that an overwhelming majority of

BRADY'S MOT. FOR LEAVE TO FILE AMIUCS
BRIEF ISO PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Americans support. This fact not only provides *Amici* with a special interest in the outcome of this case, but also makes their participation particularly desirable.

*Amici* are able to provide this court with a "unique . . . perspective" and data that clearly illustrate how Defendants' actions undermine our democracy and violate the Constitution so as to help contextualize and resolve the issues before the court. *Id.* Further, *Amici*'s participation may also help the Court address the questions at bar because *Amici* provide supplemental authority and argument beyond that advanced by the Plaintiffs.

DATED this 11th day of September, 2020.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Theresa M. DeMonte
Theresa M. DeMonte, WSBA No. 43994

600 University Street, Suite 2700
Seattle, Washington 98101
P: (206) 467-1816 / F: (206) 624-5128
tdemonte@mcnaul.com

Attorneys for *Amici Curiae*
Brady and Team Enough

BRADY'S MOT. FOR LEAVE TO FILE AMIUCS BRIEF ISO PLS.' MOT. FOR PRELIM. INJ. (Cause No. 1:20-cv-03127-SAB) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 11th day of September, 2020.

By: s/Theresa M. DeMonte
Theresa M. DeMonte, WSBA No. 43994

BRADY'S MOT. FOR LEAVE TO FILE AMIUCS BRIEF ISO PLS.' MOT. FOR PRELIM. INJ. (Cause No. 1:20-cv-03127-SAB) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Brady-TMD ji10e8080m 2020-09-11