|   |   |   |
|---|---|---|
| 1 | Theresa M. DeMonte, WSBA No. 43994 | Hon. Stanley A. Bastian |
| 2 | McNAUL EBEL NAWROT & HELGREN PLLC | |
| 3 | 600 University Street, Suite 2700 Seattle, WA 98101 | |
| 4 | Phone: (206) 467-1816 tdemonte@mcnaul.com | |
| 5 | Attorneys for *Amici Curiae* Brady and Team Enough | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, | No. 1:20-cv-03127-SAB<br><br>BRIEF OF *AMICI CURIAE* BRADY AND TEAM ENOUGH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
|---|---|
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................. 1

STATEMENTS OF INTERESTS OF *AMICI* ................................................... 2

ARGUMENT ........................................................................................................ 3

    A.    Defendants' Voter Suppression Efforts in Context ...................... 3

    B.    Voter Suppression Plays a Key Role in Preventing Gun Violence Prevention Measures Becoming Law ........................................... 6

    C.    Supplemental Legal Authority ...................................................... 8

        1.    Defendants' Actions Violate the Guarantee Clause .......... 8

        2.    The Federalist System of Dual Sovereigns is Guaranteed by the Tenth Amendment .................................................. 9

CONCLUSION .................................................................................................. 10

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page i

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# TABLE OF AUTHORITIES

**Cases**

*Bond v. United States*,
   572 U.S. 844 (2014) .................................................................................. 9

*Gregory v. Ashcroft*,
   501 U.S. 452 (1991) ............................................................................... 8, 9

*In re Duncan*,
   139 U.S. 449 (1891) .................................................................................. 8

*Matter of Application of Cesar Adrian Vargas
   for Admission to the Bar of the State of New York*,
   131 A.D.3d 4 (N.Y. App. Div. 2015) ........................................................ 9

*New York v. United States*,
   505 U.S. 144 (1992) .................................................................................. 8

**Statutes**

18 U.S.C. § 922 .............................................................................................. 6

**Other Authorities**

Brady, Team ENOUGH, and March For Our Lives,
   *Voting Access Saves Lives: State Actions* ............................................... 3

Domenico Montanaro, *Americans Largely Support Gun Restrictions to
   'Do Something' About Gun Violence*, NPR (Aug. 10, 2019) ................... 6

Dr. Ashwini R. Sehgal, *Lifetime Risk of Death from Firearm Injuries,
   Drug Overdoses and Motor Vehicle Accidents in the United States*,
   AM. J. OF MED. (2020) .............................................................................. 1

Edith Honan, *Poll Finds Gun Owners, Even NRA Members,
   Back Some Restrictions*, REUTERS (Jul. 24, 2012) .................................. 7

Everytown for Gun Safety,
   *Fact Sheet: Extreme Risk Laws Save Lives* ............................................. 7

Graham Kates, *Homicide Charges Announced Against Kyle Rittenhouse,
   Accused of Killing 2 at Kenosha Protests,* CBS NEWS (Aug. 30, 2020) ....... 6

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page ii

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

KEY STATISTICS, Bradyunited.org ....................................................................... 1

Maria Godoy, *What Do Coronavirus Racial Disparities Look Like State By State?*, NPR (May 30, 2020) ...................................................... 5

Mark Niesse, Maya T. Prabhu and Jacquelyn Elias, *Voting Precincts Closed Across Georgia Since Election Oversight Lifted,* ATLANTA J. CONST. (Sep. 4, 2018) ................................................................. 4

Matthew Harwood, *Explainer: Why a Vote-by Mail Option Is Necessary*, Brennan Ctr. (Apr. 7, 2020) ........................................................................ 5

Richard V. Reeves and Sarah E. Holmes, *Guns and Race: The Different Worlds of Black and White Americans*, Brookings Inst. (Dec. 15, 2015) ................................................................. 4

The Bipartisan Background Checks Act of 2019, 116th Cong. (2019) .................................................................................... 7

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page iii

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# INTRODUCTION

The fundamental promise of an American "government of the people, by the people, for the people" relies on Americans voting to choose their representatives. Democracy becomes unrepresentative – dysfunctional – when the right to vote is obstructed. The failure of American government to effectively address our gun violence epidemic is a particularly egregious consequence of dysfunctional democracy. Every day in the United States, more than 300 people are shot; over 100 of these individuals do not survive their wounds.[1] Gun violence impacts Black and Brown communities disproportionately: one recent study estimates that if current death rates hold, one in 38 Black men will be killed by gunfire.[2] Most Americans support common-sense legislation to prevent gun violence, but such legislation is not

---

[1] KEY STATISTICS, Bradyunited.org, https://www.bradyunited.org/key-statistics.

[2] Dr. Ashwini R. Sehgal, *Lifetime Risk of Death from Firearm Injuries, Drug Overdoses and Motor Vehicle Accidents in the United States,* AM. J. OF MED. (2020), available at https://www.amjmed.com/article/S0002-9343(20)30363-6/pdf.

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

the law.  Protecting the ability of Americans to vote is critical for protecting American lives from gun violence.

Today there is unprecedented momentum and support for gun violence prevention policies.  But the coronavirus pandemic, and the real threat of armed intimidation at the polls, may keep many Americans from voting – unless they are able to vote by mail.  State and local officials and individual citizens have, justifiably, come to rely upon an effective United States Postal Service ("USPS") in planning how to administer and participate in federal, state, and local elections.  Voting by mail has never been more important.

Knowing the importance of voting by mail in the November 2020 elections, Defendants have sought to diminish USPS services to make voting harder.  If they succeed, it is likely that the gun lobby, not the American people, will decide much of our gun policy, and that our gun violence epidemic will continue unabated.  *Amici* write to support Plaintiffs' effort to stop Defendants' illegal, unconstitutional and undemocratic activities.

## STATEMENTS OF INTERESTS OF *AMICI*

A leader in gun violence prevention for over 40 years, *amicus curiae* Brady is one of the nation's oldest and largest non-partisan, non-profit organizations dedicated to reducing gun violence through education, research,

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

legal advocacy and political action. Brady has filed numerous briefs as *amicus curiae* in cases involving state and federal firearms laws.

*Amicus curiae* Team ENOUGH is a youth-led, Brady-sponsored initiative that educates and mobilizes young people in the fight to end gun violence. Team ENOUGH is committed to bringing a fresh perspective and a common-sense approach to America's gun policy, and has an interest in promoting laws that seek to help end gun violence.

*Amici* have dedicated significant effort to ensure that every American is able to vote in a safe manner in the November 2020 elections, including launching the "Voting Access Saves Lives" ("VASL") campaign, which, among other things, provides a state action toolkit that identifies state voting laws and information.[3]

## ARGUMENT

### A. Defendants' Voter Suppression Efforts in Context

Voter suppression has taken on a variety of insidious forms, including reducing the number of polling places to make it harder for individuals

---

[3] Brady, Team ENOUGH, and March For Our Lives, *Voting Access Saves Lives: State Actions*, available at https://www.bradyunited.org/program/democracy (last visited Sep. 8, 2020).

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

(particularly individuals from communities of color) to vote.[4]  Poor and marginalized communities most likely to be targeted by voter suppression efforts are those most disproportionately impacted by gun violence.[5]  Defendants' actions preventing voting by mail exacerbates voter suppression trends on a national scale.  As a result, individuals may be forced to choose between not voting at all, or risking their lives through exposure to a deadly virus or violence at the hands of armed agitators in order to vote in person.

Voting by mail is for many the best, if not only, mechanism by which they can vote in 2020 without risking their lives.  Congregating in enclosed,

---

[4] *See, e.g.,* Mark Niesse, Maya T. Prabhu and Jacquelyn Elias, *Voting Precincts Closed Across Georgia Since Election Oversight Lifted,* ATLANTA J. CONST. (Sep. 4, 2018), available at https://www.ajc.com/news/state--regional-govt--politics/voting-precincts-closed-across-georgia-since-election-oversight-lifted/bBkHxptlim0Gp9pKu7dfrN/.

[5] *See, e.g.,* Richard V. Reeves and Sarah E. Holmes, *Guns and Race: The Different Worlds of Black and White Americans*, Brookings Inst. (Dec. 15, 2015), available at https://www.brookings.edu/blog/social-mobility-memos/2015/12/15/guns-and-race-the-different-worlds-of-black-and-white-americans/ (compiling CDC data between 2011-2013).

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

crowded spaces for extended periods (such as a busy polling station with long lines) is particularly likely to enhance the risk of the transmission of COVID-19; individuals from communities of color are most likely to face these dangerous conditions if forced to vote in person.[6] COVID-19 has already had a disproportionately devastating impact on these communities.[7] Americans also face a real, credible fear of armed intimidation at the polls, including racially motivated intimidators carrying firearms at or near polling places.[8]

---

[6] *See* Matthew Harwood, *Explainer: Why a Vote-by Mail Option Is Necessary*, Brennan Ctr. (Apr. 7, 2020), available at https://www.brennancenter.org/our-work/research-reports/why-vote-mail-option-necessary.

[7] *See* Maria Godoy, *What Do Coronavirus Racial Disparities Look Like State By State?,* NPR (May 30, 2020), available at https://www.npr.org/sections/health-shots/2020/05/30/865413079/what-do-coronavirus-racial-disparities-look-like-state-by-state.

[8] *See, e.g.,* Graham Kates, *Homicide Charges Announced Against Kyle Rittenhouse, Accused of Killing 2 at Kenosha Protests,* CBS NEWS (Aug. 30, 2020), available at https://www.cbsnews.com/news/kyle-rittenhouse-

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 5

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

The significant dual threats of coronavirus and armed intimidation make it critical that USPS service effectively enables mail-in voting.

B. **Voter Suppression Plays a Key Role in Preventing Gun Violence Prevention Measures Becoming Law**

Gun violence prevention measures that Brady and Team ENOUGH have campaigned for enjoy overwhelming support among Americans. For example, requiring background checks for all gun sales – rather than only sales at federally licensed gun dealers, as federal law currently requires (*see* 18 U.S.C. § 922(t)) – has consistently enjoyed around 90 percent support from the American populace as whole,[9] including most gun owners.[10] Extreme Risk Protection Order ("ERPO") laws also enjoy overwhelming support.[11]

---

homicide-charges-kenosha-shooting-first-degree-homicide-jacob-blake-protest-wisconsin/.

[9] *See, e.g.,* Domenico Montanaro, *Americans Largely Support Gun Restrictions to 'Do Something' About Gun Violence*, NPR (Aug. 10, 2019), available at https://www.npr.org/2019/08/10/749792493/americans-largely-support-gun-restrictions-to-do-something-about-gun-violence (citing 89% support in a July 2019 poll).

[10] *See, e.g.,* Edith Honan, *Poll Finds Gun Owners, Even NRA Members, Back Some Restrictions*, REUTERS (Jul. 24, 2012), available at

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 6

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

In a functional representative democracy, measures supported by such huge majorities would be law. But voter suppression has played a critical role in preventing enactment of such popular gun violence prevention laws. H.R. 8 – a universal background check bill which was passed by the House of Representative's as one of its first legislative priorities in 2019 – provides a compelling example.[12] This bill has languished for well over a year without Senate Majority Leader McConnell even allowing Senators to vote on it. When Senators know that the groups most affected by and enraged about the

---

https://www.reuters.com/article/us-usa-shooting-denver-guns/poll-finds-gun-owners-even-nra-members-back-some-restrictions-idUSBRE86O02O20120725 (showing 74% of current or former NRA members and 87% of other gun owners supported universal background checks).

[11] Everytown for Gun Safety, *Fact Sheet: Extreme Risk Laws Save Lives,* available at https://everytownresearch.org/report/extreme-risk-laws-save-lives/ (last visited Sep. 8 2020) (reflecting 85% support for a federal ERPO law).

[12] The Bipartisan Background Checks Act of 2019, H.R. 8, 116th Cong. (2019).

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 7

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

gun violence epidemic will be unable to hold them accountable at the polls, they feel emboldened to cater to the National Rifle Association and the billion-dollar gun industry it represents rather than voters. *Amici* join Plaintiffs in demanding that the federal government cease its efforts to further reduce its accountability to the will of the people through voter suppression efforts because these efforts will pose significant obstacles to ending widespread gun violence in the United States.

### C. Supplemental Legal Authority

*Amici* agree with Plaintiffs' analysis of how Defendants have violated various constitutional and statutory provisions. *See* Complaint (ECF No. 1). Here *amici* raise two additional points in support of Plaintiffs' motion.

#### 1. Defendants' Actions Violate the Guarantee Clause

Changes to the USPS affect states' ability to effectively conduct their own elections. *See, e.g.*, Complaint at 41- 43. This violates the Guarantee Clause's requirement that "[t]he United States shall guarantee to every State in this Union a Republican Form of Government." U.S. Const., art. IV, § 4. *See also In re Duncan*, 139 U.S. 449, 461 (1891); *Gregory v. Ashcroft*, 501 U.S. 452, 463 (1991). Although Guarantee Clause claims have been considered nonjusticiable, the Supreme Court has questioned this rule. *See New York v. United States,* 505 U.S. 144, 184-185 (1992); *cf. Gregory*, 501

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 8

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

U.S. at 463. This is precisely the extraordinary case where the Guarantee Clause should serve as an additional constraint on the power of the federal government to undermine state sovereignty.

### 2. The Federalist System of Dual Sovereigns is Guaranteed by the Tenth Amendment

The Supreme Court (and other courts) have repeatedly stressed the critical importance of preserving "the constitutional balance between the National Government and the States." *Bond v. United States*, 572 U.S. 844, 866 (2014) (quoting prior decision in the *Bond* case) (internal quotation omitted); *see also, e.g., Matter of Application of Cesar Adrian Vargas for Admission to the Bar of the State of New York*, 131 A.D.3d 4, 24 (N.Y. App. Div. 2015) ("The ability, indeed the right, of the states to structure their governmental [] processes as they see fit is essential to the sovereignty protected by the Tenth Amendment"). In *Bond*, the Court re-emphasized that "[b]y denying any one government complete jurisdiction over all the concerns of public life, federalism protects the liberty of the individual from arbitrary power." 572 U.S. at 863. *Bond* and *Gregory* demonstrate that the integrity of the federalist system is a necessary check on federal interference with state sovereignty – here, protecting states' administration of their own elections.

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 9

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Beyond the Guarantee Clause and the Tenth Amendment, the Defendants' actions also violate a number of constitutional provisions not expressly addressed by Plaintiffs – including, but not limited to, the equal protection component of the Due Process Clause of the Fifth Amendment and Art. II, § 1.

## CONCLUSION

The public health crisis of gun violence plaguing America can only be solved if the federal government is responsive to the will of citizens. Defendants' efforts to eliminate or curtail voting by mail at a time when in-person voting may be life-threatening are unconstitutional, illegal and undemocratic measures that would prevent Americans from being truly represented and obtaining the gun violence prevention polices they want and need.

DATED this 11th day of September, 2020.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Theresa M. DeMonte
Theresa M. DeMonte, WSBA No. 43994

600 University Street, Suite 2700
Seattle, Washington 98101
P: (206) 467-1816 / F: (206) 624-5128
tdemonte@mcnaul.com

Attorneys for *Amici Curiae*
Brady and Team Enough

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 10

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 11th day of September, 2020.

By: s/Theresa M. DeMonte
Theresa M. DeMonte, WSBA No. 43994

BRIEF OF *AMICI CURIAE* BRADY ISO
PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB) – Page 11

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Brady-TMD ji10ej08cb 2020-09-11