Hon. Stanley A. Bastian

Theresa M. DeMonte, WSBA No. 43994
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101
Phone: (206) 467-1816
tdemonte@mcnaul.com

Attorneys for *Amici Curiae* Brady and Team Enough

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 1:20-cv-03127-SAB<br><br>ORDER GRANTING BRADY AND TEAM ENOUGH'S MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>[PROPOSED] |

ORDER GRANTING BRADY'S MOT. FOR LEAVE TO FILE
AMIUCS BRIEF ISO PLS.' MOT. FOR PRELIM. INJ.
(Cause No. 1:20-cv-03127-SAB)

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

On September 11, 2020, Brady and Team Enough filed a Motion for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction. Having considered the pleadings and papers filed in connection therewith, and all other matters presented to the Court, and good cause having been shown:

It is hereby ORDERED that the Motion for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction is GRANTED. The *Amicus* Brief lodged is deemed filed and served.

DATED this _____ day of September, 2020.

                                        Hon. Stanley A. Bastian
                                        United States District Court Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By:  s/Theresa M. DeMonte
      Theresa M. DeMonte, WSBA No. 43994

600 University Street, Suite 2700
Seattle, Washington 98101
P: (206) 467-1816 / F: (206) 624-5128
tdemonte@mcnaul.com
Attorneys for *Amici Curiae* Brady and Team Enough

ORDER GRANTING BRADY'S MOT. FOR LEAVE TO FILE AMIUCS BRIEF ISO PLS.' MOT. FOR PRELIM. INJ. (Cause No. 1:20-cv-03127-SAB) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Brady-TMD ji10fc08fk 2020-09-11