1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General
2  ERIC R. WOMACK
   Assistant Director, Federal Programs Branch
3  JOSEPH E. BORSON
   KUNTAL CHOLERA
4  ALEXIS ECHOLS
   DENA M. ROTH
5  Trial Attorney, Federal Programs Branch
   Virginia Bar No. 85519
6  1100 L Street, NW
   Washington, D.C. 20005
7  (202) 514-1944
   joseph.borson@usdoj.gov
8
   *Attorneys for Defendants*
9

10 **UNITED STATES DISTRICT COURT**

11 **EASTERN DISTRICT OF WASHINGTON**

12 **AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE, <br><br> Defendants. | NO. 1:20-cv-03127-SAB <br><br> **NOTICE OF SUPPLEMENTAL DECLARATION** |

Defendants respectfully provide notice of the supplemental declaration of Robert Cintron, to be filed in *Jones v. USPS*, No. 20-cv-6516 (VM) (S.D.N.Y.). The declaration provides additional context about the July 10, 2020 "Stand-Up Talk" referenced in footnote 6 of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction. *See* Defs.' Opp'n to Mot. for Preliminary Inj, at 18 n.6, ECF No. 76.

Dated: September 15, 2020    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

NOTICE OF SUPPLEMENTAL DECLARATION

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, I electronically filed the foregoing Notice of Appearance with the Clerk by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  September 15, 2020

By: */s/ Joseph E. Borson*
     Joseph E. Borson
     Counsel for Defendants