# Exhibit 51

| | |
|---|---|
| 1 | ROBERT W. FERGUSON |
|   | *Attorney General* |
| 2 | NOAH GUZZO PURCELL, WSBA #43492 |
|   | *Solicitor General* |
| 3 | NATHAN K. BAYS, WSBA #43025 |
|   | KRISTIN BENESKI, WSBA #45478 |
| 4 | ANDREW R.W. HUGHES, WSBA #49515 |
|   | CRISTINA SEPE, WSBA #53609 |
| 5 | *Assistant Attorneys General* |
|   | EMMA GRUNBERG, WSBA #54659 |
| 6 | TERA M. HEINTZ, WSBA #54921 |
|   |    (*application for admission forthcoming*) |
| 7 | KARL D. SMITH, WSBA #41988 |
|   |    *Deputy Solicitors General* |
| 8 | 800 Fifth Avenue, Suite 2000 |
|   | Seattle, WA 98104 |
| 9 | (206) 464-7744 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT YAKIMA**

| STATE OF WASHINGTON, et al., | NO. 1:20-cv-03127-SAB |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF MICHIGAN SECRETARY OF STATE JOCELYN BENSON IN SUPPORT OF PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

DECLARATION OF JOCELYN BENSON

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

I, Jocelyn Benson, declare as follows:

1. I am over the age of 18, am competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the elected Secretary of State for the State of Michigan. *See* Mich. Const. 1963, Art. 5, § 21.

3. By statute, I am Michigan's Chief Election Officer with supervisory control over local election officials in the performance of their duties. *See* Mich. Comp. Laws § 168.21. In that capacity, I also oversee the Bureau of Elections, which is responsible for the integrity of the state's elections by ensuring election laws are followed, training and advising 1,603 clerks, compiling election results for federal and state elections and providing instructional materials.

4. Under Michigan's Constitution, "every citizen of the United States who is an elector qualified to vote in Michigan shall have . . . the right, once registered, to vote an absent voter ballot without giving a reason, during the forty (40) days before an election, and the right to choose whether the absent voter ballot is applied for, received and submitted in person or by mail." Const. 1963, art 2, §4(1)(g).

5. An application for an absent voter ballot may be made by a written request signed by the voter, on an absent voter ballot application form provided by the clerk, or on a federal postcard application. MCL 168.759. The application may be returned by mail or by delivering it in-person. *Id.*

DECLARATION OF JOCELYN BENSON

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

6.     Requests to have an absent voter ballot mailed must be received by the local clerk no later than 5:00 p.m. the Friday before the election. MCL 168.759.

7.     Mailed ballots must reach the clerk before the close of the polls at 8:00 p.m. on election day to be counted. MCL 168.764a; MCL 168.720.

8.     Mailed ballots that reach the clerk after the polls close on election day are rejected and may not be counted, even if they were postmarked before Election Day.

9.     Local clerks in Michigan use both First Class and marketing mail to mail ballots. Historically, the USPS has worked with the state and clerks to ensure that election mail is marked and receives expedited service regardless of the class of mail.

10.    In 2019 and 2020, the state, clerks, and print vendors have expended significant time and money on ensuring absent voter ballot envelopes meet USPS standards for election mail. Since a statewide election in March 2020, the state has allocated more than $2 million for the purchase of absent voter ballot envelopes that meet these standards. The state led this effort largely at the urging of the USPS. The USPS did not request that absent voter ballot envelopes be sent only by First Class mail as part of this process. Rather, the state's expectation was that USPS would continue to provide expedited service for election mail

DECLARATION OF JOCELYN BENSON

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

regardless of class, and that increased statewide compliance with USPS design standards for election mail would facilitate this service.

11. Voters pay First Class to have ballots returned, though some local jurisdictions prepay for postage.

12. On July 29, 2020, Mr. Thomas Marshall, General Counsel for the USPS, sent a letter to me, Michigan Secretary of State Jocelyn Benson, to notify me that "certain deadlines for requesting and casting mail-in ballots [in Michigan] are incongruous with the Postal Service's delivery standards." Accordingly, Mr. Marshall notified me that "this mismatch creates a risk that ballots requested near the deadline under state law will not be returned by mail in time to be counted under your laws as we understand them."

13. Mr. Marshall also advised me that, as a result of the Postal Service's delivery standards, to the extent the mail is used to transmit ballots to and from voters, "there is significant risk that, at least in certain circumstances, ballots may be requested in a manner that is consistent with your election rules and returned promptly, and yet not be returned in time to be counted."

14. The scourge of COVID-19 in Michigan has increased reliance on voting by mail by more than 50 percent. In Michigan's previous statewide election in March, under 40 percent of voters cast ballots by mail. In the August election, 65 percent of votes were cast by mail (a record for a statewide election).

DECLARATION OF JOCELYN BENSON

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

15. The August election set a state record for number of votes by mail (1.6 million) despite having much lower turnout than November presidential elections. Although we have not received statewide empirical data, my department has received reports from several clerks that ballots they put in the mail took several weeks to reach voters.

16. Michigan held its primary on August 4, 2020, and local election officials had to reject at least 8,700 ballots that arrived after election day. Of these ballots, at least 3,000 arrived in the three days following election day. According to records entered by local election clerks, 1,022 arrived one day after election day, 1,217 arrived two days after election day, and 977 arrived three days after election day. These numbers could understate the total received in these three days to the extent clerks did not record ballots delivered during those three days until later dates. With turnout and absentee ballot numbers expected to double or even triple in November, tens of thousands of Michigan citizens could be disenfranchised by mail delays that deliver ballots even just one day or a few days after Election Day.

I declare under penalty of perjury under the laws of the State of Michigan and the United States that the foregoing is true and correct.

DATED this 11th day of September, 2020, at Detroit, Michigan.

*JocelynBenson*
JOCELYN BENSON
Secretary of State

DECLARATION OF JOCELYN BENSON

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744