Exhibit 52

1  ROBERT W. FERGUSON
   *Attorney General*
2  NOAH GUZZO PURCELL, WSBA #43492
   *Solicitor General*
3  NATHAN K. BAYS, WSBA #43025
   KRISTIN BENESKI, WSBA #45478
4  ANDREW R.W. HUGHES, WSBA #49515
   CRISTINA SEPE, WSBA #53609
5  *Assistant Attorneys General*
   EMMA GRUNBERG, WSBA #54659
6  TERA M. HEINTZ, WSBA #54921
   (*application for admission forthcoming*)
7  KARL D. SMITH, WSBA #41988
   *Deputy Solicitors General*
8  800 Fifth Avenue, Suite 2000
   Seattle, WA  98104
9  (206) 464-7744

10

11                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
                          AT YAKIMA
12

13  STATE OF WASHINGTON, et        NO.  1:20-cv-03127-SAB
    al.,
14                                 DECLARATION OF KEN
                  Plaintiffs,      FAJARDO IN SUPPORT OF
15       v.                        PLAINTIFF STATES' MOTION
                                   FOR PRELIMINARY
16  DONALD J. TRUMP, et al.,       INJUNCTION

17                Defendants.

18

19

20

21

22

DECLARATION OF KEN
FAJARDO

1    I, Ken Fajardo, declare as follows:

2    1.    I am over the age of 18, am competent to testify as to the matters

3    herein, and make this declaration based on my personal knowledge.

4    2.    I started my career with the United States Postal Service in 1984 in

5    Las Cruces, NM as a distribution clerk. I transferred to Albuquerque, NM in 1992

6    as a mail processor working on the letter sorting machines or Barcode Sorter

7    (BCS), the precursor to the Delivery Barcode Sorter (DBCS). Throughout my

8    career I have performed duties of SPLSM clerk, registry room clerk, boxing

9    clerk, window clerk, pouch rack clerk, manual distribution and other various

10    assignments. I started my Union advocacy, with the American Postal Workers

11    Union, AFL-CIO, Albuquerque Local 380 in 1993 and have served as steward,

12    step 2 designee, Director of Education/Organization, Assistant Clerk Craft

13    Director, Clerk Craft Director, Executive Vice President and arbitration

14    advocate. I was elected as President in December 2016 and was re-elected in

15    December 2019.

16    3.    As the President of the American Postal Workers Union,

17    Albuquerque Local 380 I represent different bargaining units which include:

18    Clerk craft (mail processors, window clerks, administrative clerks, etc.),

19    Maintenance craft (Electronic Technicians, Mechanics, Custodians, etc.), Motor

20    Vehicle craft (Mechanics, Technicians, Supply Room Clerks, General Clerks,

21    etc.). My jurisdiction is inclusive of the P&DC Albuquerque (Plant), the

22

DECLARATION OF KEN
FAJARDO

1   Auxiliary Sorting Facility (ASF), and all stations and branches throughout

2   Albuquerque and Rio Rancho. I investigate, file and meet on grievances at step 1

3   and step 2, appeal to step 3 or arbitration. I partake in Labor/Management

4   meetings and deal with all levels of management inclusive of supervisors,

5   managers, Plant Managers, Postmasters, Labor Relations, District level officials

6   and the District Manager. I also serve as an arbitration advocate.

7       4.    The United States Postal Service delivers mail in the form of letters

8   (stimulus, social security, tax return, pension and unemployment checks; census

9   bureau inquiries and responses; absentee ballot applications; ballots; etc.); large

10  envelopes (legal documents, tax returns, ballots), and parcels (groceries,

11  medications, etc.) to every address in the country, and the world for that

12  matter, inclusive of residential, business, small communities, rural areas, the

13  military, the homeless via General Delivery, etc. They are not a business for

14  profit but rather a break even Customer Service oriented agency. By statute

15  they are required to provide prompt, reliable and universal service to all citizens

16  and addresses in the United States.

17      5.    As recently as 7 years ago the Albuquerque, NM Processing and

18  Distribution Center (P&DC), located at 1135 Broadway Blvd NE, Albuquerque

19  NM 87101, processed **all** mail for New Mexico. Shortly after the USPS

20  pulled mail for Las Cruces, Roswell, Alamogordo, Clovis and surrounding areas

21  and sent out of state to El Paso and Lubbock, TX. At that time Albuquerque had

22

DECLARATION OF KEN
FAJARDO

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    over 20 letter sorting machines which they began removing. As a result the

2    Albuquerque USPS lost many good career jobs.

3         6.    I'm sure you are aware of President Trump's complaints about

4    potential problems with mail-in voting. This will be the biggest mail-in voting in

5    the history of the United States. What the President fails to mention is that the

6    new Postmaster General (PMG) Louis Dejoy is implementing policies

7    throughout the country that will create delays and problems with political

8    mailings and mail-in ballots.

9         7.    We know that is the case because here in Albuquerque they are on

10    the fast-track to remove mail processing machines. Within the last three weeks

11    they removed 1 Delivery Bar Code Sorter (DBCS), which is an automated letter

12    sorting machine, and are in the process of removing 2 more. These machines

13    process hundreds of thousands of letters daily/nightly for carrier delivery.

14    Granted, the mail volume is down because of the COVID-19 crisis and summer

15    break. With elections coming up, the economy reopening, school returning and

16    Christmas shortly after, we expect mail volume to increase exponentially. The

17    removal of these machines will be devastating to timely delivery of mails,

18    stimulus checks, political mailings, absentee voter applications and ballots. To

19    lockout these machines for the interim would be more sensible until such time

20    the volume of mail returns. To remove them is Customer Service suicide. It

21    appears there is a concerted effort between the PMG and the President of the

22

DECLARATION OF KEN
FAJARDO

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

United States to sabotage the elections and bring the President's concerns to fruition. In addition, they are removing an Automated Facer Canceller Sorter (AFCS) machine which cancels stamped mail and prepares it for the letter sorting machines. This will further delay the delivery of mails and ballots.

8.      Furthermore, the USPS has implemented a new pilot program here in Albuquerque at the 5-Points station in the South Valley. The basis of the program is to force Carriers onto the streets earlier. The problem is that there is first and second class mail left behind inclusive of checks and newspapers. In the near future this will include political mailings, absentee ballots and applications. The Union feels it is not a coincidence that demographically 5-Points stations has the highest percentage of Hispanic population within the city. This misguided policy also impedes on 5-Points station Customers' rights to prompt, reliable and universal service in accordance with statute.

9.      Finally, Management has implemented a new Standard Operating Procedure (SOP) which renders late trips, extra trips, and diversion of mails illegal with respect to the trucks that transport mails to all stations/branches and Post Offices in New Mexico. Because of that trucks are being dispatched not to capacity and sometimes empty, employees are being investigated for dispatching 1 minute late and mails are being delayed. Everything from letters (unemployment, social security, stimulus, tax return and pension checks; absentee ballot requests, ballots, etc.), large envelopes (legal documents, ballots,

DECLARATION OF KEN
FAJARDO

1    etc.), parcels (medications, groceries, etc.). The alleged intent of the SOP is to

2    reduce costs but it's at the expense of Customer Service in the form of delayed

3    mail.

4              10.    On August 18, 2020 PMG Dejoy pulled back, **temporarily,** on

5    these misguided policies until after the elections, however; the damage is done.

6    Albuquerque removed one letter sorting machine which will never return.

7    Another letter sorting machine was unplugged as well as an AFCS (canceler

8    machine) in order to remove. They plugged these machines back in but they are

9    non-functional due to printers being removed, ink jets drying up, and having to

10   order parts to replace. There is no firm date when these machines will be

11   functional and if this will take place prior to the elections. As stated above this

12   pull back is temporary. Make no mistake, the USPS will continue with these

13   degrading policies immediately after the elections.

14            I declare under penalty of perjury under the laws of the State of

15   Washington and the United States that the foregoing is true and correct.

16            DATED this ___9___ day of September, 2020, at Albuquerque, NM.

17

18                                             _____
                                               KEN FAJARDO
19                                             President
                                               American Postal Workers Union, AFL-CIO,
20                                             Albuquerque Local 380

21

22

DECLARATION OF KEN
FAJARDO

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744