1  ROBERT W. FERGUSON
   *Attorney General*
2  NOAH GUZZO PURCELL, WSBA #43492
   *Solicitor General*
3  NATHAN K. BAYS, WSBA #43025
4  KRISTIN BENESKI, WSBA #45478
   ANDREW R.W. HUGHES, WSBA #49515
5  CRISTINA SEPE, WSBA #53609
   *Assistant Attorneys General*
6  EMMA GRUNBERG, WSBA #54659
7  TERA M. HEINTZ, WSBA #54921
     (*application for admission forthcoming*)
8  KARL D. SMITH, WSBA #41988
   *Deputy Solicitors General*
9  800 Fifth Avenue, Suite 2000
   Seattle, WA  98104
10 (206) 464-7744

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | NO. 1:20-cv-03127-SAB <br><br> SUPPLEMENTAL DECLARATION OF ANDREW R.W. HUGHES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> NOTED FOR: September 17, 2020 at 10:00 a.m. <br> *With Oral Argument* |

SUPP. DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1  I, ANDREW R.W. HUGHES, declare and affirm:

2  1.  I am an Assistant Attorney General with the Washington State
3  Office of the Attorney General. I have personal knowledge of the matters stated
4  herein, and if called as a witness, I would testify competently to this information.

5  2.  Attached as Exhibit DD is a true and correct copy of a PDF image
6  of the webpage *Service Alerts* on USPS.com, available at
7  https://about.usps.com/newsroom/service-alerts/. This image was captured by
8  my office on September 15, 2020.

9  3.  Attached as Exhibit EE is a true and correct copy of a July 14, 2020
10 email from Robert Cintron, USPS's Vice President of Logistics, which was
11 produced as part of Defendants' discovery responses in this litigation. This email
12 begins at Bates No. USPS00000216.

13 4.  Attached as Exhibit FF is a true and correct copy of the Testimony
14 of S. David Fineman before the House Committee on Oversight and Reform
15 (Sept. 11, 2020), available at https://bit.ly/32Amdfr.

16 5.  Attached as Exhibit GG is a true and correct copy of a PDF version
17 of the Excel spreadsheet of service performance data for market-dominant
18 products for the weeks of January 4, 2020 through August 22, 2020. Defendants
19 produced the native Excel version as part of their discovery responses in this
20 litigation at Bates No. USPS00002260. The attached PDF image of the native file
21 was created by my office on September 16, 2020.

22 6.  Attached as Exhibit HH is a true and correct copy of a USPS
23 document entitled *Quarterly Performance for Single-Piece First Class Mail* for
24 Quarter III, FY2020, available at https://bit.ly/3c6KHjy.

25
26

SUPP. DECLARATION OF
ANDREW R.W. HUGHES ISO
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO. 1:20-CV-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

      I declare under penalty of perjury of the laws of Washington that the foregoing is true and correct.

      DATED this 16th day of September, 2020.

> *s/Andrew R.W. Hughes*
> ANDREW R.W. HUGHES, WSBA #49515
> Assistant Attorney General
> Complex Litigation Division
> Attorney General's Office of Washington State

SUPP. DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 16th day of September, 2020, at Tumwater, Washington.

                */s/ Jennifer D. Williams*
                JENNIFER D. WILLIAMS
                Paralegal

SUPP. DECLARATION OF ANDREW R.W. HUGHES ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB     4     ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744