1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

## AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>Defendants. | NO. 1:20-cv-03127-SAB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION |

- 1 -

ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Clarification, ECF No. __, the Court hereby GRANTS Defendants' Motion and orders that the Preliminary Injunction Order entered by the Court on September 17, 2020, ECF No. 81, be and the same hereby is, clarified as follows:

1. Paragraph 2(a) of the Preliminary Injunction Order is clarified to provide that the Postal Service is not required to delay a trip when the impact of the delay will be an overall degradation in service, *e.g.*, in order to prevent a small amount of mail from being delayed if doing so would cause a larger amount of mail to be delayed.

2. Paragraph 2(b) of the Preliminary Injunction Order is clarified to provide that the Postal Service is not required to move Election Mail sent as Marketing Mail by air.

3. Paragraph 3 of the Preliminary Injunction Order is clarified to provide that, upon the Postal Service's determination that a postal facility will be unable to process Election Mail for the November 2020 election in accordance with First-Class delivery standards because of the Postal Service's recent removal and decommissioning of equipment, the Postal Service will return available processing equipment to service at that facility.  "Available" refers to machines that were disconnected, but not dismantled.

IT IS SO ORDERED.

DATED:_____                       By:_____
                                       Honorable Stanley A. Bastian
                                       Chief United States District Judge