JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorney, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
joseph.borson@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

## AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>                    Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>                    Defendants. | NO. 1:20-cv-03127-SAB<br><br><br>UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION AND TO EXCEED PAGE LIMITS OF DEFENDANTS' MOTION FOR CLARIFICATION<br><br>NOTING DATE: September 24, 2020<br>Without Oral Argument |

- 1 -

1    Pursuant to Federal Rule of Civil Procedure 6(c)(1)(C) and Local Rules 7(f)(5)

2    and 7(i)(2)(C), Defendants respectfully move this Court to expedite any necessary

3    briefing and the consideration of, and allow the enlargement of the applicable page

4    limits for, Defendants' Motion for Clarification.

5    **I.    Motion for Expedited Consideration**

6    Good cause exists for expedited consideration of Defendants' Motion for

7    Clarification.   On September 17, 2020, this Court entered a Preliminary Injunction

8    enjoining the Postal Service from taking a number of actions.  ECF No. 81.  As set

9    forth in Defendants' Motion for Clarification, the Postal Service immediately began

10   taking steps to implement the Court's Injunction, and on Monday, September 21,

11   issued detailed operational guidance regarding how to comply with the Injunction.

12   Defendants now seek clarification of three discrete issues in the Injunction in order to

13   prevent unintended consequences.  The normal time requirements for motions under

14   Local Civil Rules 7(i)(2)(A) and 7(i)(2)(C), would jeopardize — if not completely

15   frustrate — the Postal Service's ability to implement the required actions, specifically,

16   those directed at the processing of election mail for the November 2020 election.

17   Defendants therefore request that the Motion for Clarification and any response and

18   reply be submitted for the Court's consideration by October 1, 2020.

19   **II.    Motion to Exceed Page Limit**

20   Good cause exists to enlarge the page limit of Defendants' Motion for

21   Clarification. Local Rule 7(f)(2) provides that a non-dispositive motion shall not

22   exceed ten (10) pages.  Defendants respectfully request that the Court enlarge the

23   page limit for Defendants' Motion to fifteen (15) pages.  This small amount of

24   additional pages is necessary for Defendants, first, to describe to the Court the

25   relevant portions of the Postal Service's Instructions, relative to the corresponding

26   requirements of the Injunction, and second, to explain to the Court at the necessary

27   level of detail which aspects of the Injunction may cause unintended consequences

28

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION AND TO EXCEED PAGE
LIMITS OF DEFENDANTS' MOTION FOR CLARIFICATION

(some that, assuming they are operationally possible, would frustrate the purpose of the Injunction by delaying mail processing) if not further clarified by the Court.

### III.   Opposing Party's Position

Counsel for Defendants has conferred with counsel for Plaintiffs, who represent that Plaintiffs do not oppose either Defendants' motion for expedited consideration or the motion to exceed the page limits.


Dated:  September 23, 2020          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION AND TO EXCEED PAGE
LIMITS OF DEFENDANTS' MOTION FOR CLARIFICATION

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23d day of September, I electronically filed the foregoing Opposition with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 23, 2020

By: */s/ Joseph E. Borson*
Joseph E. Borson

Counsel for Defendants

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION AND TO EXCEED PAGE
LIMITS OF DEFENDANTS' MOTION FOR CLARIFICATION