**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for Expedited Consideration and to Exceed Page Limits of Defendants' Motion for Clarification, the Court hereby GRANTS the Unopposed Motion, and orders as follows:

1. Plaintiffs shall file a response, if any, to Defendants' Motion for Clarification by September 29, 2020.
2. Defendants shall file a reply, if any, by October 1, 2020.
3. The Court shall thereafter take the Motion under advisement. If, in its discretion, the Court decides that a hearing is warranted, a hearing shall be held on October 2, 2020 at _____ a.m./p.m.

IT IS SO ORDERED.

DATED:_____        By:_____
                            Honorable Stanley A. Bastian
                            Chief United States District Judge

- 1 -

ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION AND TO EXCEED PAGE LIMITS OF DEFENDANTS' MOTION FOR CLARIFICATION