FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 1:20-CV-03127-SAB<br><br>**ORDER DIRECTING PLAINTIFFS TO RESPOND** |

**ORDER DIRECTING PLAINTIFFS TO RESPOND ~ 1**

Before the Court is Defendants' Motion to Clarify the Preliminary Injunction, ECF No. 83, and related Motion to Expedite, ECF No. 84. Defendants ask the Court to provide clarification to its Order granting Plaintiffs' Motion for Preliminary Injunction. Defendants indicate Plaintiffs' counsel represented that they take no position on the motion at this time. The Court finds the interest of justice, however, requires that Plaintiffs respond to the motion prior to the Court ruling on Defendants' motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Within seven (7) days from the date of this Order, Plaintiffs shall file a response to Defendants' Motion to Clarify the Preliminary Injunction.

2. Defendants' Unopposed Motion for Expedited Consideration and to Exceed Page Limits of Defendants' Motion for Clarification, ECF No. 84, is **GRANTED**.

3. The hearing on Defendant's Motion to Clarify the Preliminary Injunction, ECF No. 83, is set for **October 2, 2020**, without oral argument.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 24th day of September 2020.



Stanley A. Bastian
United States District Judge

**ORDER DIRECTING PLAINTIFFS TO RESPOND ~ 2**