JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorney, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
joseph.borson@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>                  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>                  Defendants. | NO. 1:20-cv-03127-SAB<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL MATERIAL |

Defendants hereby provide notice to the Court and the parties that the United States Postal Service has issued the attached two documents that provide further guidance on the implementation of the Clarifying Operating Instructions ("Instructions"), which clarified existing policies and implemented the preliminary injunction entered by this Court. *See* ECF No. 83-1.

On September 24, 2020, the Postal Service deployed the attached Mandatory Stand-Up Talk, which summarizes the Instructions, to all employees. Furthermore, on September 25, 2020, USPS issued the attached Instructions detailing additional resources that would be made available to support the expeditious handling of Election Mail beginning on October 1, 2020. These include: (1) dedicating additional processing resources to Election Mail; (2) using extra transportation resources; (3) authorizing extra delivery and collection trips; (4) authorizing and instructing that overtime is to be used to support these additional resources. The Postal Service also made clear that "the use of extraordinary measures beyond [the Postal Service's] normal course of operations is authorized and expected to be executed by local management between October 26 and November 24, to accelerate the delivery of ballots."

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: September 25, 2020 | Respectfully submitted, |
| 3 |   | JEFFREY BOSSERT CLARK |
| 4 |   | Acting Assistant Attorney General |
| 5 |   | ERIC R. WOMACK<br>Assistant Director, Federal Programs Branch |
| 6 |   | */s/ Joseph E. Borson* |
| 7 |   | JOSEPH E. BORSON (Va. Bar No. 85519)<br>KUNTAL CHOLERA |
| 8 |   | ALEXIS ECHOLS<br>DENA M. ROTH |
| 9 |   | Trial Attorneys<br>U.S. Department of Justice |
| 10 |   | Civil Division, Federal Programs Branch<br>1100 L. Street, NW |
| 11 |   | Washington D.C. 20005<br>(202) 514-1944 |
| 12 |   | Joseph.Borson@usdoj.gov |

- 2 -
DEFENDANTS' NOTICE OF SUPPLEMENTAL MATERIAL

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, I electronically filed the foregoing Notice with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 25, 2020

By: */s/ Joseph E. Borson*
Joseph E. Borson

Counsel for Defendants