ROBERT W. FERGUSON
*Attorney General*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
  (*application for admission forthcoming*)
KARL D. SMITH, WSBA #41988
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | NO. 1:20-cv-03127-SAB <br><br> ORDER RE DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION <br><br> [PROPOSED] |

This matter came before the Court on the Defendants' Motion to Clarify the Preliminary Injunction. The Court has considered the Defendants' Motion and supporting declarations, and Plaintiffs' Response and supporting declarations, and is fully apprised of the matter.

The Court therefore ORDERS that Defendants' Motion to Clarify the Preliminary Injunction is GRANTED IN PART AND DENIED IN PART:

ORDER RE DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION [PROPOSED]
NO. 1:20-CV-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1.  Defendants' proposed clarification to Paragraph 2(a) of the Preliminary Injunction Order is GRANTED IN PART. Paragraph 2(a) is clarified to provide that the Postal Service is not required to delay a trip when the impact of the delay will be an overall degradation in service, e.g., in order to prevent a small amount of mail from being delayed if doing so would cause a larger amount of mail to be delayed, but that the Postal Service shall use extra trips to minimize the effect of such delays and to meet service commitments, except when not feasible. "[E]xtra trips that are reasonably necessary to complete timely mail delivery [are] not to be unreasonably restricted or prohibited," as the Postal Service committed to in its September 21, 2020 memorandum to employees.

2.  Defendants' proposed clarification to Paragraph 2(b) of the Preliminary Injunction Order is GRANTED IN PART. Paragraph 2(b) is clarified to provide that the Postal Service is required to ensure that Election Mail "is generally delivered in line with First-Class Mail delivery standards," as the Postal Service committed to in its September 25, 2020 memorandum to employees, but the Court is not specifying that Election Mail entered as Marketing Mail be shipped by any particular means (such as by air). To facilitate this goal, the Postal Service will, as it has promised, take "extraordinary measures" "between October 26 and November 24, to accelerate the delivery of ballots, when the Postal Service is able to identify the mailpiece as a ballot. These extraordinary measures include, but are not limited to, expedited handling, extra deliveries, and special pickups as used in past elections, to connect blank ballots entered by election officials to voters or completed ballots returned by voters entered close to or on Election Day to their intended destination (e.g., Priority Mail Express, Sunday deliveries, special deliveries, running collected ballots to Boards of Elections on Election Day, etc.)."

ORDER RE DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION [PROPOSED] NO. 1:20-CV-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

3. Defendants' proposed clarification to Paragraph 3 of the Preliminary Injunction Order is DENIED without prejudice to the same arguments being raised again in the future.

It is SO ORDERED.

ISSUED this _____ day of October, 2020.

_____
THE HONORABLE STANLEY A. BASTIAN

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Noah Guzzo Purcell*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
*(application for admission forthcoming)*
KARL D. SMITH, WSBA #41988
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
noah.purcell@atg.wa.gov
nathan.bays@atg.wa.gov
kristin.beneski@atg.wa.gov
andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov
emma.grunberg@atg.wa.gov
tera.heintz@atg.wa.gov
karl.smith@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

ORDER RE DEFENDANTS'
MOTION TO CLARIFY
PRELIMINARY INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

```
 1   PHIL WEISER
 2   Attorney General of Colorado
 3
     /s/ Eric R. Olson
 4   ERIC R. OLSON, CO #36414
     Solicitor General
 5   Office of the Attorney General
     Colorado Department of Law
 6   1300 Broadway, 10th Floor
     Denver, CO 80203
 7   (720) 508 6548
 8   Eric.Olson@coag.gov
             Attorneys for Plaintiff State of Colorado
 9

10
     WILLIAM TONG
11   Attorney General
     State of Connecticut
12
     s/ Joshua Perry
13   JOSHUA PERRY, #439166
14   Special Counsel for Civil Rights
     Office of the Attorney General
15   165 Capitol Avenue
     Hartford, CT 06106
16   (860) 808-5372
17   joshua.perry@ct.gov
             Attorneys for Plaintiff State of Connecticut
18
     KWAME RAOUL
19   Attorney General State of Illinois

20
     s/ Christopher G. Wells
21   CHRISTOPHER G. WELLS
     (ARDC #6304265)
22   Chief, Public Interest Division
     Office of the Illinois Attorney General
23   100 West Randolph Street, 12th Floor
24   Chicago, IL 60601
     (312) 814-1134
25   cwells@atg.state.il.us
             Attorneys for Plaintiff State of Illinois
26
```

| ORDER RE DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION [PROPOSED] NO. 1:20-CV-03127-SAB | 4 | ATTORNEY GENERAL OF WASHINGTON Complex Litigation Division 800 Fifth Avenue, Suite 2000 Seattle, WA 98104 (206) 464-7744 |
|---|---|---|

1
2  BRIAN E. FROSH
3  Attorney General of Maryland

4  *s/ Jeffrey P. Dunlap*
   JEFFREY P. DUNLAP
5  Md. Bar #181210004
   *Assistant Attorney General*
6  200 St. Paul Place
7  Baltimore, MD 21202
   T: (410) 576-7906
8  F: (410) 576-6955
   jdunlap@oag.state.md.us
9      *Attorneys for Plaintiff State of Maryland*
10

11 DANA NESSEL
   Michigan Attorney General
12

13 *s/ Christina Grossi*
   CHRISTINA GROSSI (P67482)
14 Chief of Operations
   Michigan Department of Attorney General
15 525 W. Ottawa Street
   Lansing, MI 48933
16     *Attorneys for Plaintiff State of Michigan*

17

18 KEITH ELLISON
   Attorney General of Minnesota
19

20 *s/ Angela Behrens*
   ANGELA BEHRENS, MN 0351076
21 Assistant Attorney General
   445 Minnesota Street, Suite 1400
22 St. Paul, MN 55101-2131
   (651) 757-1204 (Voice)
23 angela.behrens@ag.state.mn.us
24     *Attorneys for Plaintiff State of Minnesota*

25

26

ORDER RE DEFENDANTS'       5
MOTION TO CLARIFY
PRELIMINARY INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

| | |
|---|---|
| 1 | |
| 2 | AARON D. FORD<br>Attorney General |
| 3 | |
| 4 | *s/ Heidi Parry Stern* |
| 5 | Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General |
| 6 | Office of the Nevada Attorney General<br>555 E. Washington Avenue, Suite 3900 |
| 7 | Las Vegas, NV 89101<br>hstern@ag.nv.gov |
| 8 |    *Attorneys for Plaintiff State of Nevada* |
| 9 | |
| 10 | HECTOR BALDERAS<br>Attorney General |
| 11 | |
| 12 | *s/ Nicholas M. Sydow*<br>Nicholas M. Sydow |
| 13 | Civil Appellate Chief<br>Office of the New Mexico Attorney General |
| 14 | 201 Third Street NW, Suite 300<br>Albuquerque, NM 87102 |
| 15 | (505) 717-3571<br>nsydow@nmag.gov |
| 16 |    *Attorneys for Plaintiff State of New Mexico* |
| 17 | |
| 18 | ELLEN F. ROSENBLUM<br>Attorney General of the State of Oregon |
| 19 | |
| 20 | *s/ James S. Smith*<br>JAMES S. SMITH, WSBA #14761 |
| 21 | MICHAEL C. KRON<br>Special Counsel |
| 22 | Oregon Department of Justice |
| 23 | 100 SW Market Street<br>Portland, OR 97201 |
| 24 | Phone: (971) 673-3891 |
| 25 | james.s.smith @doj.state.or.us<br>michael.c.kron@doj.state.or.us |
| 26 |    *Attorneys for Plaintiff State of Oregon* |

ORDER RE DEFENDANTS'
MOTION TO CLARIFY
PRELIMINARY INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | PETER F. NERONHA |
| | Attorney General of Rhode Island |
| 2 | |
| 3 | s/ *Keith Hoffmann* |
| | KEITH HOFFMANN, #9874 |
| 4 | Special Assistant Attorney General |
| | Rhode Island Office of the Attorney General |
| 5 | 150 South Main Street |
| | Providence, RI  02903 |
| 6 | Tel: (401) 274-4400, Extension 1882 |
| 7 | khoffmann@riag.ri.gov |
| | *Attorneys for Plaintiff State of Rhode Island* |
| 8 | |
| 9 | |
| | THOMAS J. DONOVAN, JR. |
| 10 | Attorney General |
| 11 | s/ *Eleanor Spottswood* |
| | JOSHUA DIAMOND |
| 12 | Deputy Attorney General |
| | ELEANOR SPOTTSWOOD* |
| 13 | Assistant Attorney General |
| 14 | Office of the Attorney General |
| | 109 State Street |
| 15 | Montpelier, VT 05609-1001 |
| | (802) 828-3178 |
| 16 | joshua.diamond@vermont.gov |
| 17 | *Attorneys for Plaintiff State of Vermont* |
| 18 | |
| 19 | MARK R. HERRING |
| | Attorney General of Virginia |
| 20 | |
| 21 | s/ *Michelle S. Kallen* |
| | MICHELLE S. KALLEN, VSB #94542 |
| 22 | CAROL L. LEWIS, VSB #92362 |
| | Office of the Attorney General |
| 23 | 202 North Ninth Street |
| | Richmond, VA  23219 |
| 24 | (804) 786-7240 |
| | mkallen@oag.state.va.us |
| 25 | *Attorneys for Plaintiff Commonwealth of Virginia* |
| 26 | |

ORDER RE DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION [PROPOSED]
NO. 1:20-CV-03127-SAB

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1
2  JOSHUA L. KAUL
   *Attorney General of Wisconsin*
3
   *s/ Colin T. Roth*
4  COLIN T. ROTH, #1103985
   *Assistant Attorney General*
5  Wisconsin Department of Justice
   P. O. Box 7857
6  Madison, WI  53707-7857
7  (608) 264-6219
   rothct@doj.state.wi.us
8      *Attorneys for Plaintiff State of Wisconsin*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER RE DEFENDANTS'
MOTION TO CLARIFY
PRELIMINARY INJUNCTION
[PROPOSED]
NO. 1:20-CV-03127-SAB

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 1st day of October, 2020, at Tumwater, Washington.

/s/ Jennifer D. Williams
JENNIFER D. WILLIAMS
Paralegal

ORDER RE DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION [PROPOSED]
NO. 1:20-CV-03127-SAB

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744