ROBERT W. FERGUSON
*Attorney General*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
  (*application for admission forthcoming*)
KARL D. SMITH, WSBA #41988
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br> DONALD J. TRUMP, et al., <br><br>　　　　　Defendants. | NO. 1:20-cv-03127-SAB <br><br> DECLARATION OF EMMA GRUNBERG IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CLARIFY THE PRELIMINARY INJUNCTION <br><br> NOTED FOR: October 2, 2020 <br> *Without Oral Argument* |

DECLARATION OF EMMA GRUNBERG ISO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION
NO. 1:20-CV-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Emma Grunberg, declare and affirm:

1. I am a Deputy Solicitor General with the Washington State Office of the Attorney General. I have personal knowledge of the matters stated herein, and if called as a witness, I would testify competently to this information.

2. Attached as Exhibit A is a true and correct copy of an Order of the U.S. District Court for the Southern District of New York, entered on September 25, 2020 as Docket No. 57 in *Mondaire Jones et al. v. United States Postal Service et al.*, Case No. 20 Civ. 6516 (VM).

3. Attached as Exhibit B is a true and correct copy of a USPS document entitled *Additional Resources for Election Mail Beginning October 1* and dated September 25, 2020, and available at: https://bit.ly/3iqy8Bz.

4. Attached as Exhibit C is a true and correct copy of a USPS document entitled *Clarifying Operational Instructions* and dated September 21, 2020, and available at https://bit.ly/3jrbdao.

5. On October 1, 2020, counsel for Plaintiffs, including myself, conferred with Joseph Borson, counsel for Defendants, by telephone and email regarding Plaintiffs' proposed order, submitted herewith, and Defendants indicated that they do not oppose Plaintiffs' proposed order.

I declare under penalty of perjury of the laws of Washington that the foregoing is true and correct.

DATED this 1st day of October, 2020.

*s/ Emma Grunberg*
EMMA GRUNBERG, WSBA #54659
Deputy Solicitor General
Attorney General's Office of Washington State

DECLARATION OF EMMA GRUNBERG ISO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION
NO. 1:20-CV-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 1st day of October, 2020, at Tumwater, Washington.

*/s/ Jennifer D. Williams*
JENNIFER D. WILLIAMS
Paralegal

DECLARATION OF EMMA GRUNBERG ISO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION NO. 1:20-CV-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744