FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 1:20-CV-03127-SAB<br><br>**ORDER GRANTING, IN PART, DEFENDANTS' MOTION TO CLARIFY THE PRELIMINARY INJUNCTION** |

**ORDER GRANTING, IN PART, DEFENDANTS' MOTION TO CLARIFY \* 1**

1  Before the Court is Defendants' Motion to Clarify the Preliminary
2  Injunction, ECF No. 83. The motion was heard without oral argument.
3  Defendants move to clarify the Court's preliminary injunction, asserting that
4  some aspects of the Court's order could be interpreted to cause an overall
5  degradation in service or create obligations that cannot be fulfilled. In response,
6  Plaintiffs submitted a proposed Order on which the parties conferred. ECF No. 88-
7  1. Plaintiffs indicate Defendants do not oppose the entry of Plaintiffs' proposed
8  order. ECF No. 88.  Good cause exists to grant Defendants' Motion to Clarify the
9  Preliminary Injunction, incorporating the language set forth in Plaintiffs' proposed
10 order.
11 Accordingly, **IT IS HEREBY ORDERED**:
12 1. Defendants' Motion to Clarify the Preliminary Injunction, ECF No. 83, is
13 **GRANTED** in part, and **DENIED**, in part as follows:
14     a.   Defendants' proposed clarification to Paragraph 2(a) of the
15     Preliminary Injunction Order is **granted**, in part. Paragraph 2(a) is
16     clarified to provide that the Postal Service is not required to delay a trip
17     when the impact of the delay will be an overall degradation in service,
18     *e.g.*, in order to prevent a small amount of mail from being delayed if
19     doing so would cause a larger amount of mail to be delayed, but that the
20     Postal Service shall use extra trips to minimize the effect of such delays
21     and to meet service commitments, except when not feasible. "[E]xtra
22     trips that are reasonably necessary to complete timely mail delivery [are]
23     not to be unreasonably restricted or prohibited," as the Postal Service
24     committed to in its September 21, 2020 memorandum to employees.
25     b.   Defendants' proposed clarification to Paragraph 2(b) of the
26     Preliminary Injunction Order is **granted**, in part. Paragraph 2(b) is
27     clarified to provide that the Postal Service is required to ensure that
28     Election Mail "is generally delivered in line with First-Class Mail

**ORDER GRANTING, IN PART, DEFENDANTS' MOTION TO CLARIFY \* 2**

delivery standards," as the Postal Service committed to in its September 25, 2020 memorandum to employees, but the Court is not specifying that Election Mail entered as Marketing Mail be shipped by any particular means (such as by air). To facilitate this goal, the Postal Service will, as it has promised, take "extraordinary measures" "between October 26 and November 24, to accelerate the delivery of ballots, when the Postal Service is able to identify the mailpiece as a ballot. These extraordinary measures include, but are not limited to, expedited handling, extra deliveries, and special pickups as used in past elections, to connect blank ballots entered by election officials to voters or completed ballots returned by voters entered close to or on Election Day to their intended destination (e.g., Priority Mail Express, Sunday deliveries, special deliveries, running collected ballots to Boards of Elections on Election Day, etc.)."

c.    Defendants' proposed clarification to Paragraph 3 of the Preliminary Injunction Order is **denied,** without prejudice, to the same arguments being raised again in the future.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 2nd day of October 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING, IN PART, DEFENDANTS' MOTION TO CLARIFY * 3**