JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorney, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
joseph.borson@usdoj.gov
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

## AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN, | NO. 1:20-cv-03127-SAB  DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT  NOTING DATE: October 16, 2020 Without Oral Argument |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

1

2

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

3

4

5

6

7

8

9

10

11

12

13

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move the Court to extend Defendants' deadline for answering or moving to dismiss Plaintiffs' Complaint seven days, from October 19, 2020 to October 26, 2020. As this Court is aware, the Postal Service is currently a defendant in numerous lawsuits throughout the country related to its policies for the processing of election mail. These litigations require the dedication of significant resources on multiple tasks, including the implementation of multiple preliminary injunction provisions that include periodic reporting requirements.[1] The Postal Service is also currently subject to an ongoing expedited discovery process.[2] Undersigned counsel have also been informed that another motion for a preliminary injunction will imminently be filed in *1199SEIU v. DeJoy*, No. 20-cv-24069 (S.D. Fla.).

14

15

16

17

The requested extension will not prejudice Plaintiffs because the Court has already issued a preliminary injunction governing Defendants' conduct, as requested by Plaintiffs. Defendants have conferred with Plaintiffs, and Plaintiffs do not object to Defendants' requested extension.

18

19

20

21

_____

22

23

24

25

[1] *See*, *e.g.*, *Pennsylvania v. DeJoy*, 20-cv-4096, ECF No. 63 (E.D. Pa. Sept. 28, 2020), *as modified by* ECF No. 70; *Jones v. USPS*, 20-cv-6516, ECF No. 57 (S.D.N.Y. Sept. 25, 2020), *as modified by* ECF No. 66; *Washington v. Trump*, 20-cv-3127, ECF No. 81 (E.D. Wash. Sept. 17, 2020), *as modified by* ECF No. 90.

26

27

[2] *See Vote Forward v. DeJoy*, 20-cv-2405, Minute Order (D.D.C. Oct. 2, 2020); *New York v. Trump*, 20-cv-2340, Minute Order (D.D.C. Oct. 2, 2020).

28

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT

Dated:  October 16, 2020          Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on this 16th day of October, I electronically filed the

3 foregoing Motion for Extension of Time with the Clerk by using the CM/ECF system.

4 I certify that all participants in the case are registered CM/ECF users and that service

5 will be accomplished by the CM/ECF system.

6
Dated: October 16, 2020
7

8
                              By: */s/ Joseph E. Borson*
9                                  Joseph E. Borson

10                                 Counsel for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT