1

2

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time

3

to Respond to Complaint, the Court hereby GRANTS Defendants' motion and orders

4

that Defendants' deadline to respond to Plaintiffs' Complaint is extended to October

5

26, 2020.

6

7  DATED:    _____          By:_____

8                                                    Honorable Stanley A. Bastian
                                                       Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PROPOSED ORDER