Ms. April Barran

1078 Gwens Trail SW

Lilburn, GA. 30047

678-656-4051

Judge Stanley Bastian

Eastern Washington U.S. District Court

P.O. Box 2706

Yakima, WA. 98907

October 13, 2020

**RECEIVED**

**OCT 2 0 2020**

CLERK, U.S. DISTRICT COURT
YAKIMA, WASHINGTON

Dear Judge Bastian,

My name is April Barran and I have been disenfranchised as a voter for the first time that I know of in the August 2020 Elections in Gwinett County Georgia, which I reported to the Fair Fight Organization founded by Stacey Abrams. Since that time, I learned that you had ordered Postmaster General DeJoy to reverse the actions taken regarding the operations of mail delivery.

I am not sure if you are aware or not, but I do not believe DeJoy followed your court order. I requested my absentee ballot in April 2020 and changed my address in July after relocating to my current address. I called to confirm receipt of my ballot request and was informed that the Election Commission for Gwinett County had in fact received my request. I asked when I could expect to receive my absentee *ballot? The E*lection Commission for Gwinett County informed me that ballots will be sent out beginning on the 18th of September 2020.

I called the Election Commission for Gwinett County once again to find out when I could expect to receive my ballot on the 21st of September. I was informed that my ballot had been sent out on the 18th of September and I would have to contact the Secretary of State for further information. It was the responsibility of the Secretary of State to mail out the ballots, and that I should not worry.

I waited until the 24th of September 2020 to call the Secretary of State to track my absentee ballot. I was asked If I had used the ballot tracker system established by the State of Georgia. I informed the person on the phone that I had, and it had the date of September 24th on it, but I had no idea what the

date meant. I was informed that the ballot was mailed out on the 21st and that they are processed in batches by the post office. The person on the phone stated that my batch must not have been processed yet. He informed me that the ballot should arrive by the 9th of October, which would be three days prior to early voting in person begins. He was very unapologetic about the delay and just told me to wait for the ballot.

The ballots are being mailed in the State of Georgia to residents in the State of Georgia, but I have yet to receive my absentee ballot. I was told it should take 10 days to be delivered and I am at 19 days based on the date of September 18, 2020; 15 days based on the date of September 21, 2020; and 12 days based on the date of September 24, 2020. Since the ballot has exceeded the 10-day timeline I notified the Election Protection Hotline. They informed me that my case would be escalated, and someone would be contacting me. I have not heard from anyone since I called on the 6th of October 2020.

I am writing this information to you in hopes that you will hold DeJoy accountable for the disenfranchisement of disabled voters such as myself. Thank you for taking the time to read my concerns. Be Blessed.

A Voter Losing Faith,

April Barran