Ms. A. Barran
1178 Owens Trail SW
Lilburn, GA 30047

CLERK, U.S. DISTRICT COURT
YAKIMA, WASHINGTON

RECEIVED
OCT 20 2020

9890~270606

ATLANTA METRO 301
13 OCT 2020 PM 11 L

Energy Awareness Month

USA FIRST-CLASS FOREVER

Judge Stanley Bastian
Eastern Washington U.S. District Court
P.O. Box 2706
Yakima, WA 98907