1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General
2  ERIC R. WOMACK
   Assistant Director, Federal Programs Branch
3  JOSEPH E. BORSON (Va. Bar No. 85519)
   KUNTAL CHOLERA
4  ALEXIS ECHOLS
   DENA M. ROTH
5  Trial Attorney, Federal Programs Branch
   1100 L Street, NW
6  Washington, D.C. 20005
   (202) 514-1944
7  joseph.borson@usdoj.gov
   Attorneys for Defendants
8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF WASHINGTON**
10
                              **AT YAKIMA**
11

| | |
|---|---|
| 12  STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>                    Defendants. | NO. 1:20-cv-03127-SAB<br><br>[PROPOSED] ORDER |

PROPOSED ORDER

# [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, the Court hereby GRANTS Defendants' motion and orders that Defendants' deadline to respond to Plaintiffs' Complaint is extended to November 25, 2020.

DATED:  _____        By:_____
                                         Honorable Stanley A. Bastian
                                         Chief United States District Judge