October 15, 2020

Postmaster General Louis DeJoy
475 L'Enfant Plaza SW
Washington, DC. 20260

RECEIVED
OCT 28 2020
CLERK, U.S. DISTRICT COURT
YAKIMA, WASHINGTON

Dear Sir,

I don't know how old you are but some day you will be in our 80's, 90's or maybe 100's and will look forward to getting a card or letter from someone you know. It will make your day.

The one Blue Drop Box I used for 18 years was only one half mile from the Office and the mail would be picked up at 5:30 pm. I got off work at 5:00 pm so that worked out good for me and then the Post Office changed the hours for the mail to be picked up early afternoon.

The Blue Drop Box I use now is two miles from the Office. The mail is picked up at 5:00 pm and I work till 5:00 pm so if I have letters ready I take them during my Lunch Hour and drop them in the Blue Drop Box to be mailed. If I have mail at the Office after work I drive five miles to the Post Office and put the letters in the Blue Drop Box. That mail is picked up at 6:45 pm.

I do not have a Computer or internet at home so I write all my letters to people by hand or use the computer at work . I buy over $100.00 worth of stamps each time when I buy stamps. I like the different choices of stamps you have to offer your customers.

Following are the letters and cards to many people in my LIFE.;
1. Every week I send a card and letter to a cousin that is 92 year old in a Kansas Assistant Living Facility. She thanks me for them every time I talk to her.
2. Once a week a card and letter is sent to a cousin and her husband that live in Texas who are in their late 70's and have some health problems.
3. Two or three times a month I send a letter and card to a friend who is in her 80's in Virginia.
4. A couple in Nebraska are sent a card and letter two or three times a month as they have health problems.
5. A couple who are Friends in their late 80's live in Iowa and I send them a card and letter once or twice a month.
6. A friend in her 90's that use to live across the street from me who moved closer to her daughters but still in Kansas. Write to her about once a month.
7. A friend in her 50's in Nebraska I write and send a card two or three times a month.
8. My niece and her husband who live in Texas I write and send cards once a month or more.
9. My sister and her husband I write and send cards twice a month.
10. One of my nephew's is in the Army in the State of Washington and send him a letter once a month.
11. Another nephew and his wife and two daughters live in Kansas I send cards and letters to them two or three times a month.
12. My great nephew and his Mother who live in Oregon get a letter and card from me two times a month.

13. A friend in Kansas I write and send a card to every week.
14. A cousin and her husband live in Colorado are sent a card and letter every so often.
15. Another friend and her husband live in Kansas and are sent a card and letter three or four times a year.
16. My sister-in-law and my brother live in Kansas and I write and send a card to them every so often.
17. A friend's husband is in a Nursing Home so I send him a card and note every two weeks and my friend a card and note every so often to encourage her. It has been very hard for her since he is in a Nursing Home.
18. A friend in Kansas who was going thru tough times I was sending her encouraging cards and notes once a week and she had put them in her bible and now I send one about once a month.
19. A couple that live in Kansas who I have been friends with since 1964 and are in their 70's have some health problems so I send a card and letter once a week.

All the above and other people I send Birthday cards to. Then comes the Holidays. Valentines, St. Patrick Day, 4th of July, Halloween, and Thanksgiving and I send out 14 or more cards each Holiday to people. Christmas I send 75 cards but don't receive that many back. It is the thought that counts and I am thinking of them.

PLEASE DO NOT TAKE AWAY any more BLUE MAIL DROP BOXES as they are handy for me to mail all my cards and letters.

Sincerely,

*Sharon Soukup*

Sharon Soukup
15 East 27th Ave.
Hutchinson, KS 67502

CC: Bob Ferguson – Attorney General of State of Washington
    Judge Stanley Bastian
    Justice Dept. Attorney Joseph Borson
    Postal Regulatory Commission