1    ROBERT W. FERGUSON
     *Attorney General*
2    NOAH GUZZO PURCELL, WSBA #43492
     *Solicitor General*
3    NATHAN K. BAYS, WSBA #43025
     KRISTIN BENESKI, WSBA #45478
4    ANDREW R.W. HUGHES, WSBA #49515
     CRISTINA SEPE, WSBA #53609
5    *Assistant Attorneys General*
     EMMA S. GRUNBERG, WSBA #54659
6    TERA M. HEINTZ, WSBA #54921
     (*application for admission forthcoming*)
7    KARL D. SMITH, WSBA #41988
     *Deputy Solicitors General*
8    800 Fifth Avenue, Suite 2000
     Seattle, WA 98104
9    (206) 464-7744

10

11                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF WASHINGTON**
12                           **AT YAKIMA**

13    STATE OF WASHINGTON, et al.,        NO. 20-03127-SAB

14              Plaintiffs,               PLAINTIFFS' STATUS REPORT
                                          AND REQUEST FOR STATUS
15       v.                               CONFERENCE

16    DONALD J. TRUMP, et al.,

17              Defendants.

18

19

20

21

22

PLAINTIFFS' STATUS                    1        ATTORNEY GENERAL OF WASHINGTON
REPORT AND REQUEST                                    Complex Litigation Division
                                                      800 Fifth Avenue, Suite 2000
FOR STATUS CONFERENCE                                     Seattle, WA  98104
NO. 20-03127-SAB                                            (206) 464-7744

1          The Plaintiff States respectfully submit this status report and request a

2    telephonic status conference on Friday, October 30, to provide the Court with an

3    update regarding USPS's consistently poor Election Mail performance data in

4    certain regions and to ensure compliance with the Court's preliminary injunction,

5    including obtaining any additional relief that may be necessary so that

6    Defendants deliver outstanding ballots to voters and timely deliver completed

7    ballots to elections officials.

8          On October 29, Defendants produced service-performance data reflecting

9    unacceptably low rates of on-time delivery of First Class Mail, and ballots

10   specifically, in multiple parts of the country. *See* Exhibits A-2, and A-3. Taking

11   the Detroit District as an example, the processing score for inbound ballots[1]—

12   ballots that are sent by voters to elections offices—has ranged from 57% to 84%

13   in the past week. *See* Exhibit A-3. By comparison, the national processing score

14   has been 93% or higher. The processing score metric is a measure of timeliness:

15   it reflects the percentage of ballots that met the applicable service performance

16   standard (e.g., 1-3 days for Election Mail in the continental United States), as

17   _____

18          [1] The Postal Service states that it is unable to calculate the processing score

19   for all ballots it processes, and that it is only capable of providing a performance

20   score for ballots with an Intelligent Mail Barcode or ballots bearing a service type

21   ID code that specifically identifies the ballot as outgoing to voters or incoming

22   from voters. *See* Exhibit A.

PLAINTIFFS' STATUS
REPORT AND REQUEST
FOR STATUS CONFERENCE
NO. 20-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    measured by when a ballot is first scanned at a processing facility to when it is

2    last scanned at a processing facility. The Detroit District's processing score for

3    outbound ballots—ballots that are sent to voters—has been below 60% this past

4    week, whereas the national score has not dipped below 91%. *See* Exhibit A-3.

5          The parties conferred regarding the ballot performance data the same day,

6    Thursday, October 29. Defendants' counsel stated that one reason for the low on-

7    time delivery rates was that the volume of data may be too small to be statistically

8    valid. But Defendants have provided processing score percentages for the Detroit

9    District to the hundredth decimal, indicating that each individual percentage

10   figure represents at least a thousand ballots.[2] Defendants also stated that these

11   figures are not representative of all ballots. But the reported data still show that

12   the Postal Service is failing to timely deliver a significant number of trackable

13   ballots, and that such ballots remain undelivered to voters or will not be delivered

14   to elections officials in time to be counted. In short, the data reflect persistently

15   low rates of on-time delivery of a significant number of ballots in certain regions.

16   Meanwhile, service performance as to ballots not reflected in Defendants'

17   produced data is unknown.

18         The Plaintiff States initially raised concerns about ballot delays in

19   Michigan on Monday, October 26, and have provided Defendants with

20   _____

21         [2] The smallest fraction for 84.24%, the inbound ballot processing score on

22   October 28, is 1053/1250.

PLAINTIFFS' STATUS
REPORT AND REQUEST
FOR STATUS CONFERENCE
NO. 20-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    information supporting these concerns. The Plaintiff States sought information

2    about the scope of and reasons for such delays throughout the week, but have yet

3    to receive a satisfactory response. Plaintiffs believe that the ballot delays are, at

4    least in part, the result of Defendants' failure to take "extraordinary measures" to

5    accelerate the delivery of ballots, as required by the injunction. ECF No. 90 at 3.

6    And as shown by the disparity in processing scores between districts such as

7    Detroit and the nation, and the persistence of poor processing scores, Defendants

8    are not generally delivering ballots in line with First-Class Mail delivery

9    standards as required by the Court's injunction. *Id.* at 2–3. Plaintiffs therefore

10   request a status conference to present the information above to the Court; to offer

11   Defendants an opportunity to provide additional information or explanation, if

12   any; and to seek further relief as necessary so that Defendants take additional

13   measures to "accelerate the delivery of ballots" to ensure that all duly cast votes

14   are counted. *Id.* at 3.

15

16

17

18

19

20

21

22

PLAINTIFFS' STATUS
REPORT AND REQUEST
FOR STATUS CONFERENCE
NO. 20-03127-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1     DATED this 29th day of October, 2020.

2                                                    ROBERT W. FERGUSON
                                                     Attorney General

3
                                                     */s/ Noah Guzzo Purcell*
4                                                    NOAH GUZZO PURCELL, WSBA #43492
                                                         *Solicitor General*
5                                                    NATHAN K. BAYS, WSBA #43025
                                                     KRISTIN BENESKI, WSBA #45478
6                                                    ANDREW R.W. HUGHES, WSBA #49515
                                                     CRISTINA SEPE, WSBA #53609
7                                                        *Assistant Attorneys General*
                                                     EMMA GRUNBERG, WSBA #54659
8                                                    TERA M. HEINTZ, WSBA #54921
                                                         *(application for admission forthcoming)*
9                                                    KARL D. SMITH, WSBA #41988
                                                         *Deputy Solicitors General*
10                                                   800 Fifth Avenue, Suite 2000
                                                     Seattle, WA  98104
11                                                   (206) 464-7744
                                                     noah.purcell@atg.wa.gov
12                                                   nathan.bays@atg.wa.gov
                                                     kristin.beneski@atg.wa.gov
13                                                   andrew.hughes@atg.wa.gov
                                                     cristina.sepe@atg.wa.gov
14                                                   emma.grunberg@atg.wa.gov
                                                     tera.heintz@atg.wa.gov
15                                                   karl.smith@atg.wa.gov
                                                         *Attorneys for Plaintiff State of*
16                                                       *Washington*

17

18

19

20

21

22

PLAINTIFFS' STATUS                    5              ATTORNEY GENERAL OF WASHINGTON
REPORT AND REQUEST                                        Complex Litigation Division
FOR STATUS CONFERENCE                                     800 Fifth Avenue, Suite 2000
                                                              Seattle, WA  98104
NO. 20-03127-SAB                                               (206) 464-7744

1

## **DECLARATION OF SERVICE**

2         I hereby declare that on this day I caused the foregoing document to be

3    electronically filed with the Clerk of the Court using the Court's CM/ECF System

4    which will serve a copy of this document upon all counsel of record.

5         DATED this 29th day of October, 2020, at Tumwater, Washington.

6

7                              */s/ Jennifer D. Williams*
                              JENNIFER D. WILLIAMS
8                              Paralegal

9

10

11

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFFS' STATUS                    6                ATTORNEY GENERAL OF WASHINGTON
REPORT AND REQUEST                                           Complex Litigation Division
FOR STATUS CONFERENCE                                        800 Fifth Avenue, Suite 2000
NO. 20-03127-SAB                                                 Seattle, WA  98104
                                                                   (206) 464-7744