1  ROBERT W. FERGUSON
   *Attorney General*
2  NOAH GUZZO PURCELL, WSBA #43492
   *Solicitor General*
3  NATHAN K. BAYS, WSBA #43025
   KRISTIN BENESKI, WSBA #45478
4  ANDREW R.W. HUGHES, WSBA #49515
   CRISTINA SEPE, WSBA #53609
5  *Assistant Attorneys General*
   EMMA S. GRUNBERG, WSBA #54659
6  TERA M. HEINTZ, WSBA #54921
   (*application for admission forthcoming*)
7  KARL D. SMITH, WSBA #41988
   *Deputy Solicitors General*
8  800 Fifth Avenue, Suite 2000
   Seattle, WA 98104
9  (206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 20-03127-SAB |
| Plaintiffs, | NOTICE |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

NOTICE
NO. 20-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

The Plaintiff States sent proposed language to Defendants at 1pm Pacific today. The parties conferred and appeared close to agreement. Defense counsel, however, have been in a hearing in the D.D.C. since 2pm Pacific, and the hearing is ongoing. The parties hope to file a stipulated order very shortly after the D.D.C. hearing ends.

DATED this 30th day of October, 2020.

ROBERT W. FERGUSON
Attorney General

/s/ Noah Guzzo Purcell
NOAH GUZZO PURCELL, WSBA #43492
  *Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
  *Assistant Attorneys General*
EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
  *(application for admission forthcoming)*
KARL D. SMITH, WSBA #41988
  *Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
noah.purcell@atg.wa.gov
nathan.bays@atg.wa.gov
kristin.beneski@atg.wa.gov
andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov
emma.grunberg@atg.wa.gov
tera.heintz@atg.wa.gov
karl.smith@atg.wa.gov
  *Attorneys for Plaintiff State of Washington*

NOTICE
NO. 20-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 30th day of October, 2020, at Tumwater, Washington.

/s/ Sara Cearley
SARA CEARLEY
Paralegal

NOTICE
NO. 20-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744