FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 1:20-CV-03127-SAB<br><br>**ORDER REGARDING ELECTION MAIL** |

**ORDER REGARDING ELECTION MAIL \* 1**

Whereas, postal facilities already conduct daily "all clears" to identify all Election Mail in the facility and ensure that it is processed in a timely way,

Whereas, USPS collects reports from facilities regarding daily "all clear" activity,

It is **ORDERED** that:

1. Starting November 1, 2020 and continuing through November 10, 2020, each day by 10:00 AM Pacific Time, USPS shall report to the Court the prior day's "all clear" status for each facility and processing center in the Detroit and Lakeland Districts;

2. By 1:00 PM Pacific Time each day, USPS shall provide an explanation for any facility that fails to report or that reports non-compliance;

3. If USPS identifies any incoming ballots in its "all clear" processes in these facilities from the date of this order through Election Day, it shall make every effort to deliver those ballots by 8:00 PM local time on Election Day as required by Michigan and Wisconsin law, including by using Priority Mail Express and/or other extraordinary measures;

4. If USPS identifies any outgoing ballots in its "all clear" processes in these facilities between the date of this order and November 1, 2020, it shall make every effort to deliver those ballots to voters on or before November 2, 2020, including by using Priority Mail Express or other extraordinary measures.

//
//
//
//
//
//
//
//

5. Counsel for Plaintiffs shall have reasonable access to USPS facilities to monitor compliance with the Court's orders. The parties' counsel shall attempt to reach agreement on any inspection requests. If they cannot reach agreement, the parties may bring requests to the Court.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 30th day of October 2020.



Stanley A. Bastian
Chief United States District Judge

ORDER REGARDING ELECTION MAIL * 3