JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorney, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
joseph.borson@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

# AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>Defendants. | NO. 1:20-cv-03127-SAB<br><br>DEFENDANTS' NOTICE OF DATA IN RESPONSE TO THE COURT'S OCTOBER 30, 2020 ORDER |

**NOTICE OF DATA**

Pursuant to the Court's October 30, 2020 order (ECF No. 103), Defendants hereby respectfully provide the Court with explanations for six United States Postal Service facilities in the Detroit and Lakeland areas that reported non-compliance with respect to conducting daily "all clears" for October 31, 2020. The explanations are provided in the attached responses to USPS's daily compliance survey of Delivery/Retail Units regarding Political Mail and Election Mail "all clear" procedures. The Court will note that the last Delivery/Retail Unit reporting did not complete the free form field to provide an explanation concerning its compliance. Counsel for Defendants is presently following up with this Delivery/Retail Unit and will update the Court and the parties accordingly.

| | |
|---|---|
| Dated: November 1, 2020 | Respectfully submitted,<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>ERIC R. WOMACK<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Joseph E. Borson*<br>JOSEPH E. BORSON (Va. Bar No. 85519)<br>KUNTAL CHOLERA<br>ALEXIS J. ECHOLS<br>DENA M. ROTH<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. Street, NW<br>Washington D.C. 20005<br>(202) 514-1944<br>Joseph.Borson@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, I electronically filed the foregoing Notice of Data in Response to the Court's October 30, 2020 Order with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 1, 2020

By: */s/Alexis J. Echols*
ALEXIS J. ECHOLS
Counsel for Defendants