| Area | District | MPOO or ZIP | Facility Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|---|---|
| WESTERN | Westshore | 53154 | Milwaukee Priority Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 53203 | Milwaukee P&DCf | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 53714 | Madison P&DC | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 54303 | Green Bay | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 54474 | Wausau | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 54903 | Oshkosh Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60007 | Chicago Metro Priority Hub | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60095 | Palatine | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60130 | Chicago NDC | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60199 | Carol Stream | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60499 | Bedford Park P&DC | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60599 | Fox Valley | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60688 | JT Weeker ISC | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 60699 | Chicago | 1 | 0 | 0 | 0 | 1 | 100.00 |
| WESTERN | Westshore | 61601 | Peoria, Il P&DF | 1 | 0 | 0 | 0 | 1 | 100.00 |
| EASTERN | Lakeshores | 48101 | Detroit NDC | 1 | 0 | 0 | 0 | 1 | 100.00 |
| EASTERN | Lakeshores | 48233 | Detroit | 1 | 0 | 0 | 0 | 1 | 100.00 |