| Non-Compliant | CENTRAL | Detroit | MPOO 0 | Northwestern Station | 2020-11-02 |
|---|---|---|---|---|---|
| Non-Compliant | CENTRAL | Detroit | MPOO 0 | River Rouge Branch Post Office | 2020-11-02 |
| Non-Compliant | CENTRAL | Detroit | MPOO 0 | Strathmoor Station | 2020-11-02 |
| Non-Compliant | CENTRAL | Detroit | MPOO 3 | Walled Lake | 2020-11-02 |
| Non-Compliant | CENTRAL | Detroit | MPOO 4 | West Bloomfield Branch | 2020-11-02 |

## Political and Election Mail -- "All Clear" Checklist for Delivery/Retail Units          Du

**NOTE: All questions must be answered in order for this certificate to be marked as co**

**NOTE: The following section defines all AM questions to be answered BEFORE 2pm**

### CERTIFICATION:

Is your facility using the official logs from **POMO-07-2020** as required, not your own customized log? *

- ● Yes
- ○ No
- ○ N/A

I certify that this facility has been validated and is clear of ALL committed POLITICAL

- ○ Yes
- ● No
- ○ N/A

---

**BACK OFFICE:**

Does the Delivery Unit maintain a HQ-approved Political/Election Mail log and is it cu
sample photocopies? *

🔵 Yes
⚪ No
⚪ N/A

What is the recorded date of the last entry in the log?

2020-10-31 📅

Is the Delivery Unit familiar with the required service talks? Are they posted on the w

Does the Delivery Unit know how to handle military, overseas, and absentee ballots?

- ● Yes
- ○ No
- ○ N/A

Does the Delivery Unit have a contingency plan to deliver late arriving or missent Pol
Mail? *

- ● Yes
- ○ No
- ○ N/A

Is the Delivery Unit clear of Business Reply Mail (BRM) today? *

- ● Yes
- ○ No
- ○ N/A

Does the Delivery Unit have the 2020 Business Reply Mail (BRM) and Short Paid Ball
posted near the area where the BRM is worked? *

- ● Yes
- ○ No
- ○ N/A

**Is the Delivery Unit free of delayed and curtailed Political/Election Mail?**
**(i.e. distribution case, RFS location, PO box section and supervisor's desk)** \*

○ Yes

⦿ No

○ N/A

**If there was delayed/curtailed Political/Election Mail, was it properly reported in Cus**
**Daily Reporting System (CSDRS), identified on your HQ-approved political log, and y**
**coordinator notified?** \*

⦿ Yes

○ No

○ N/A

**Is the Political/Election Mail "All Clear" certification being completed daily?** \*

⦿ Yes

○ No

○ N/A

**CARRIER CASES:**

**Are carrier cases clear of Political/Election Mail? Are carriers aware of the policy to**
**recipient mail for ten days before returning to sender?** \*

⦿ Yes

Has management verified that non-forwardable Political/Election Mail is not co-min
Undeliverable Bulk Business Mail? Non-forwardable include: unendorsed: non-profit
marketing mail. Address Service Requested (ASR), Change Service Requested (CSR
Service Requested (ESR), Forwarding Service Requested (FSR), Return Service Requ
Temp-Return Service Requested (TRSR). *

🔘 Yes
⚪ No
⚪ N/A

Is Undeliverable As Addressed and Undeliverable Bulk Business Mail (reference DMI
properly recorded on the HQ-approved Destination Delivery Unit log? *

🔘 Yes
⚪ No
⚪ N/A

**ADDITIONAL PROCESS CHECKS:**

Is Undeliverable Bulk Business Mail (carrier cases and P.O. Box section) being work
daily? *

🔘 Yes
⚪ No
⚪ N/A

If the Delivery Unit has an on-site Bulk Mail Entry Unit, is an HQ-approved Political/Election Mail/Official Election Mail is present and current with sample photocopies? *

○ Yes
○ No
○ N/A

**Are RED tag 57 and/or GREEN tag 191 being used in the Delivery Unit to identify Political/Election Mail/Official Election Mail/Official Election Mail? Tag 57 is the RED tag used to identify containers with Po... Tag 191 is the GREEN tag used to identify Ballot Mail; this tag is only used on trays o...**

○ Yes
○ No
○ N/A

**NOTE: The following section defines all PM questions to be answered AFTER 2pm**

**RETAIL COUNTER:**

Has the retail area been cleared of all outgoing mail and dispatched? *

○ Yes
○ No
○ N/A

Has all election mail been consolidated with outgoing collection mail and not held ou
trayed? Check retail counter (on top and under), collection prep area, PO Box section
area, supervisor desk, mPOS cart (if applicable), distribution cases, hotcase, throwba
lobby drop boxes. *

● Yes
○ No
○ N/A

## ADDITIONAL PROCESS CHECKS:

Is all available mail being dispatched on earliest possible transportation? *

● Yes
○ No
○ N/A

Are back door audits and satchel checks being conducted to ensure all election mail
dispatched? Check all empty MTE prior to dispatching: check trays and tubs and turn
out. *

● Yes
○ No
○ N/A

Are all delivery vehicles and collection vehicles checked in the PM verified to be free

Daily certification of this "All Clear" checklist is scheduled to end on Tuesday, Novem

Completed By: Sparks, Christopher

Political and Election Mail -- "All Clear" Checklist for Delivery/Retail Units                                D

NOTE: All questions must be answered in order for this certificate to be marked as c

NOTE: The following section defines all AM questions to be answered BEFORE 2pr

**CERTIFICATION:**

Is your facility using the official logs from **POMO-07-2020** as required, not your ow
customized log? *

● Yes
○ No
○ N/A

I certify that this facility has been validated and is clear of ALL committed POLITICAI

● Yes
○ No
○ N/A

If "No" was selected for any question above, please provide an explanation here:

**BACK OFFICE:**

Does the Delivery Unit maintain a HQ-approved Political/Election Mail log and is it cu
sample photocopies? *

🔘 Yes
⚪ No
⚪ N/A

What is the recorded date of the last entry in the log?

| 2020-11-02 | 📅 |

Is the Delivery Unit familiar with the required service talks? Are they posted on the w

**Does the Delivery Unit know how to handle military, overseas, and absentee ballots?** *

- ● Yes
- ○ No
- ○ N/A

**Does the Delivery Unit have a contingency plan to deliver late arriving or missent Poli Mail?** *

- ● Yes
- ○ No
- ○ N/A

**Is the Delivery Unit clear of Business Reply Mail (BRM) today?** *

- ● Yes
- ○ No
- ○ N/A

**Does the Delivery Unit have the 2020 Business Reply Mail (BRM) and Short Paid Ballo posted near the area where the BRM is worked?** *

- ● Yes
- ○ No
- ○ N/A

Is the Delivery Unit free of delayed and curtailed Political/Election Mail?
(i.e. distribution case, RFS location, PO box section and supervisor's desk) *

- ( ) Yes
- (●) No
- ( ) N/A


If there was delayed/curtailed Political/Election Mail, was it properly reported in Cust
Daily Reporting System (CSDRS), identified on your HQ-approved political log, and yo
coordinator notified? *

- (●) Yes
- ( ) No
- ( ) N/A


Is the Political/Election Mail "All Clear" certification being completed daily? *

- (●) Yes
- ( ) No
- ( ) N/A


## CARRIER CASES:

Are carrier cases clear of Political/Election Mail? Are carriers aware of the policy to h
recipient mail for ten days before returning to sender? *

- (●) Yes

Has management verified that non-forwardable Political Election Mail is not co-mingled with Undeliverable Bulk Business Mail? Non-forwardable include: unendorsed: non-profit, marketing mail. Address Service Requested (ASR), Change Service Requested (CSR), Service Requested (ESR), Forwarding Service Requested (FSR), Return Service Reque, Temp-Return Service Requested (TRSR). *

- ⬤ Yes
- ◯ No
- ◯ N/A

Is Undeliverable As Addressed and Undeliverable Bulk Business Mail (reference DMM properly recorded on the HQ-approved Destination Delivery Unit log? *

- ⬤ Yes
- ◯ No
- ◯ N/A

**ADDITIONAL PROCESS CHECKS:**

Is Undeliverable Bulk Business Mail (carrier cases and P.O. Box section) being worked daily? *

- ⬤ Yes
- ◯ No
- ◯ N/A

If the Delivery Unit has an on-site Bulk Mail Entry Unit, is an HQ-approved Political/Ele
present and current with sample photocopies? *

🔘 Yes
⚪ No
⚪ N/A


Are RED tag 57 and/or GREEN tag 191 being used in the Delivery Unit to identify Politi
Mail/Official Election Mail? Tag 57 is the RED tag used to identify containers with Poli
Tag 191 is the GREEN tag used to identify Ballot Mail; this tag is only used on trays or

🔘 Yes
⚪ No
⚪ N/A


**NOTE: The following section defines all PM questions to be answered AFTER 2pm l**

**RETAIL COUNTER:**

Has the retail area been cleared of all outgoing mail and dispatched? *

🔘 Yes
⚪ No
⚪ N/A

Has all election mail been consolidated with ongoing collection mail and not held out
trayed? Check retail counter (on top and under), collection prep area, PO Box section
area, supervisor desk, mPOS cart (if applicable), distribution cases, hotcase, throwba
lobby drop boxes. *

○ **Yes**
○ No
○ N/A

## ADDITIONAL PROCESS CHECKS:

Is all available mail being dispatched on earliest possible transportation? *

○ **Yes**
○ No
○ N/A

Are back door audits and satchel checks being conducted to ensure all election mail
dispatched? Check all empty MTE prior to dispatching: check trays and tubs and tur
out. *

○ **Yes**
○ No
○ N/A

Contract Postal Units, Village Post Offices, Community Post Offices -- cleared of all
and dispatched? *

○ **Yes**
○ No
○ N/A

Daily certification of this "All Clear" checklist is scheduled to end on Tuesday, Novem

**Political and Election Mail** - "All Clear" Checklist for Delivery/Retail Units                D

NOTE: All questions must be answered in order for this certificate to be marked as c

NOTE: The following section defines all AM questions to be answered BEFORE 2pr

**CERTIFICATION:**

Is your facility using the official logs from **POMO-07-2020** as required, not your ow
customized log? *

🔘 Yes
⚪ No
⚪ N/A

I certify that this facility has been validated and is clear of ALL committed POLITICA

⚪ Yes
🔘 No
⚪ N/A

If "No" was selected for any question above, please provide an explanation here:

PM casing on Political mail.

**BACK OFFICE:**

Does the Delivery Unit maintain a HQ-approved Political/Election Mail log and is it cur
sample photocopies? *

● Yes
○ No
○ N/A

What is the recorded date of the last entry in the log?

2020-11-02 📅

**Does the Delivery Unit know how to handle military, overseas, and absentee ballots?**

- ● Yes
- ○ No
- ○ N/A

**Does the Delivery Unit have a contingency plan to deliver late arriving or missent Poli Mail? ***

- ● Yes
- ○ No
- ○ N/A

**Is the Delivery Unit clear of Business Reply Mail (BRM) today? ***

- ● Yes
- ○ No
- ○ N/A

**Does the Delivery Unit have the 2020 Business Reply Mail (BRM) and Short Paid Ball posted near the area where the BRM is worked? ***

- ● Yes
- ○ No
- ○ N/A

Is the Delivery Unit free of delayed and curtailed Political/Election Mail?
(i.e. distribution case, RFS location, PO box section and supervisor's desk) *

○ Yes

● No

○ N/A

If there was delayed/curtailed Political/Election Mail, was it properly reported in Cus
Daily Reporting System (CSDRS), identified on your HQ-approved political log, and y
coordinator notified? *

● Yes

○ No

○ N/A

Is the Political/Election Mail "All Clear" certification being completed daily? *

● Yes

○ No

○ N/A

CARRIER CASES:

Are carrier cases clear of Political/Election Mail? Are carriers aware of the policy to
recipient mail for ten days before returning to sender? *

○ Yes

Has management verified that non-forwardable Political/Election Mail is not co-min
Undeliverable Bulk Business Mail? Non-forwardable include: unendorsed: non-profit
marketing mail. Address Service Requested (ASR), Change Service Requested (CSR
Service Requested (ESR), Forwarding Service Requested (FSR), Return Service Requ
Temp-Return Service Requested (TRSR). *

- 🔘 Yes
- ⚪ No
- ⚪ N/A

Is Undeliverable As Addressed and Undeliverable Bulk Business Mail (reference DM
properly recorded on the HQ-approved Destination Delivery Unit log? *

- 🔘 Yes
- ⚪ No
- ⚪ N/A

**ADDITIONAL PROCESS CHECKS:**

Is Undeliverable Bulk Business Mail (carrier cases and P.O. Box section) being work
daily? *

- 🔘 Yes
- ⚪ No
- ⚪ N/A

If the Delivery Unit has an on-site Bulk Mail Entry Unit, is an HQ-approved Political/El[...] present and current with sample photocopies? *

○ Yes

○ No

● N/A

Are RED tag 57 and/or GREEN tag 191 being used in the Delivery Unit to identify Polit[...] Mail/Official Election Mail? Tag 57 is the RED tag used to identify containers with Po[...] Tag 191 is the GREEN tag used to identify Ballot Mail; this tag is only used on trays o[...]

● Yes

○ No

○ N/A

**NOTE: The following section defines all PM questions to be answered AFTER 2pm**

**RETAIL COUNTER:**

Has the retail area been cleared of all outgoing mail and dispatched? *

● Yes

○ No

○ N/A

Has all election mail been consolidated with outgoing collection mail and not held out trayed? Check retail counter (on top and under), collection prep area, PO Box section area, supervisor desk, mPOS cart (if applicable), distribution cases, hotcase, throwba lobby drop boxes. *

○ Yes
● No
○ N/A

## ADDITIONAL PROCESS CHECKS:

Is all available mail being dispatched on earliest possible transportation? *

● Yes
○ No
○ N/A

Are back door audits and satchel checks being conducted to ensure all election mail dispatched? Check all empty MTE prior to dispatching: check trays and tubs and turn out. *

● Yes
○ No
○ N/A

Contract Postal Units, Village Post Offices, Community Post Offices -- cleared of all and dispatched? *

○ Yes
○ No
● N/A

Daily certification of this "All Clear" checklist is scheduled to end on Tuesday, Novem

Case 1:20-cv-03127-SAB   ECF No. 108-4   filed 11/03/20   PageID.3105   Page 22 of 35

**NOTE: All questions must be answered in order for this certificate to be marked as c**

**NOTE: The following section defines all AM questions to be answered BEFORE 2pm**

**CERTIFICATION:**

Is your facility using the official logs from **POMO-07-2020** as required, not your own customized log? *

- ● Yes
- ○ No
- ○ N/A

I certify that this facility has been validated and is clear of ALL committed POLITICAL

- ○ Yes
- ● No
- ○ N/A

If "No" was selected for any question above, please provide an explanation here:

**BACK OFFICE:**

Does the Delivery Unit maintain a HQ-approved Political/Election Mail log and is it cu
sample photocopies? *

🔘 Yes
⭕ No
⭕ N/A

What is the recorded date of the last entry in the log?

2020-11-02

**Does the Delivery Unit know how to handle military, overseas, and absentee ballots?**

● Yes

○ No

○ N/A

**Does the Delivery Unit have a contingency plan to deliver late arriving or missent Pol Mail? ***

● Yes

○ No

○ N/A

**Is the Delivery Unit clear of Business Reply Mail (BRM) today? ***

● Yes

○ No

○ N/A

**Does the Delivery Unit have the 2020 Business Reply Mail (BRM) and Short Paid Ball posted near the area where the BRM is worked? ***

● Yes

○ No

○ N/A

Is the Delivery Unit free of delayed and curtailed Political/Election Mail?
(i.e. distribution case, RFS location, PO box section and supervisor's desk) *

- ○ Yes
- ● No
- ○ N/A

If there was delayed/curtailed Political/Election Mail, was it properly reported in Cust
Daily Reporting System (CSDRS), identified on your HQ-approved political log, and y
coordinator notified? *

- ● Yes
- ○ No
- ○ N/A

Is the Political/Election Mail "All Clear" certification being completed daily? *

- ● Yes
- ○ No
- ○ N/A

**CARRIER CASES:**

Are carrier cases clear of Political/Election Mail? Are carriers aware of the policy to h
recipient mail for ten days before returning to sender? *

- ● Yes

Has management verified that non-forwardable Political/Election Mail is not co-min[...]
Undeliverable Bulk Business Mail? Non-forwardable include: unendorsed: non-profit [...]
marketing mail. Address Service Requested (ASR), Change Service Requested (CSR)[...]
Service Requested (ESR), Forwarding Service Requested (FSR), Return Service Requ[...]
Temp-Return Service Requested (TRSR). *

- 🔘 Yes
- ⚪ No
- ⚪ N/A

Is Undeliverable As Addressed and Undeliverable Bulk Business Mail (reference DM[...]
properly recorded on the HQ-approved Destination Delivery Unit log? *

- 🔘 Yes
- ⚪ No
- ⚪ N/A

**ADDITIONAL PROCESS CHECKS:**

Is Undeliverable Bulk Business Mail (carrier cases and P.O. Box section) being work[...]
daily? *

- 🔘 Yes
- ⚪ No
- ⚪ N/A

If the Delivery Unit has an on-site Bulk Mail Entry Unit, is an HQ-approved Political/Election
present and current with sample photocopies? *

○ Yes

○ No

○ N/A

Are RED tag 57 and/or GREEN tag 191 being used in the Delivery Unit to identify Polit
Mail/Official Election Mail? Tag 57 is the RED tag used to identify containers with Po
Tag 191 is the GREEN tag used to identify Ballot Mail; this tag is only used on trays o

○ Yes

○ No

○ N/A

**NOTE: The following section defines all PM questions to be answered AFTER 2pm**

**RETAIL COUNTER:**

Has the retail area been cleared of all outgoing mail and dispatched?

○ Yes

○ No

○ N/A

Has all election mail been consolidated with outgoing collection mail and not held out or trayed? Check retail counter (on top and under), collection prep area, PO Box section area, supervisor desk, mPOS cart (if applicable), distribution cases, hotcase, throwba lobby drop boxes.

● Yes
○ No
○ N/A

## ADDITIONAL PROCESS CHECKS:

Is all available mail being dispatched on earliest possible transportation?

● Yes
○ No
○ N/A

Are back door audits and satchel checks being conducted to ensure all election mail dispatched? Check all empty MTE prior to dispatching: check trays and tubs and turn out.

● Yes
○ No
○ N/A

Contract Postal Units, Village Post Offices, Community Post Offices -- cleared of all and dispatched?

○ Yes
○ No
● N/A

Daily certification of this "All Clear" checklist is scheduled to end on Tuesday, Novem

**Political and Election Mail -- "All Clear" Checklist for Delivery/Retail Units**   D

NOTE: All questions must be answered in order for this certificate to be marked as c

NOTE: The following section defines all AM questions to be answered BEFORE 2pr

**CERTIFICATION:**

Is your facility using the official logs from **POMO-07-2020** as required, not your ow
customized log? *

- ⦿ Yes
- ○ No
- ○ N/A

I certify that this facility has been validated and is clear of ALL committed POLITICA

- ○ Yes
- ⦿ No
- ○ N/A

If "No" was selected for any question above, please provide an explanation here:

> West Bloomfield received 1 APC filled with political flats for casing that is DOA we will sta[...]
> carrier cases for delivery on tomorrow 11/3/2020.

## BACK OFFICE:

Does the Delivery Unit maintain a HQ-approved Political/Election Mail log and is it cu[...]
sample photocopies? *

🔘 Yes
⚪ No
⚪ N/A

What is the recorded date of the last entry in the log?

| 2020-11-02 |  |

**Does the Delivery Unit know how to handle military, overseas, and absentee ballots?**

◉ Yes

○ No

○ N/A

**Does the Delivery Unit have a contingency plan to deliver late arriving or missent Po Mail? ***

◉ Yes

○ No

○ N/A

**Is the Delivery Unit clear of Business Reply Mail (BRM) today? ***

◉ Yes

○ No

○ N/A

**Does the Delivery Unit have the 2020 Business Reply Mail (BRM) and Short Paid Ball posted near the area where the BRM is worked? ***

○ Yes

○ No

◉ N/A

Is the Delivery Unit free of delayed and curtailed Political/Election Mail? (i.e. distribution case, RFS location, PO box section and supervisor's desk) *

○ Yes

● No

○ N/A

If there was delayed/curtailed Political/Election Mail, was it properly reported in Cust Daily Reporting System (CSDRS), identified on your HQ-approved political log, and yo coordinator notified? *

● Yes

○ No

○ N/A

Is the Political/Election Mail "All Clear" certification being completed daily? *

● Yes

○ No

○ N/A

## CARRIER CASES:

Are carrier cases clear of Political/Election Mail? Are carriers aware of the policy to h recipient mail for ten days before returning to sender? *

● Yes

Has management verified that non-forwardable Political/Election Mail is not co-mingl
Undeliverable Bulk Business Mail? Non-forwardable include: unendorsed: non-profit,
marketing mail. Address Service Requested (ASR), Change Service Requested (CSR)
Service Requested (ESR), Forwarding Service Requested (FSR), Return Service Reque
Temp-Return Service Requested (TRSR). *

⦿ Yes
◯ No
◯ N/A

Is Undeliverable As Addressed and Undeliverable Bulk Business Mail (reference DMM
properly recorded on the HQ-approved Destination Delivery Unit log? *

⦿ Yes
◯ No
◯ N/A

ADDITIONAL PROCESS CHECKS:

Is Undeliverable Bulk Business Mail (carrier cases and P.O. Box section) being worke
daily? *

⦿ Yes
◯ No
◯ N/A

If the Delivery Unit has an on-site Bulk Mail Entry Unit, is an HQ-approved Political/Election present and current with sample photocopies? *

● Yes
○ No
○ N/A

Are RED tag 57 and/or GREEN tag 191 being used in the Delivery Unit to identify Poli
Mail/Official Election Mail? Tag 57 is the RED tag used to identify containers with Po
Tag 191 is the GREEN tag used to identify Ballot Mail; this tag is only used on trays o

● Yes
○ No
○ N/A

**NOTE: The following section defines all PM questions to be answered AFTER 2pm**

## RETAIL COUNTER:

Has the retail area been cleared of all outgoing mail and dispatched?

● Yes
○ No
○ N/A

Has all election mail been consolidated with outgoing collection mail and not held ou trayed? Check retail counter (on top and under), collection prep area, PO Box section area, supervisor desk, mPOS cart (if applicable), distribution cases, hotcase, throwba lobby drop boxes.

- ● Yes
- ○ No
- ○ N/A

## ADDITIONAL PROCESS CHECKS:

Is all available mail being dispatched on earliest possible transportation?

- ● Yes
- ○ No
- ○ N/A

Are back door audits and satchel checks being conducted to ensure all election mail dispatched? Check all empty MTE prior to dispatching: check trays and tubs and turn out.

- ● Yes
- ○ No
- ○ N/A

Contract Postal Units, Village Post Offices, Community Post Offices -- cleared of all and dispatched?

- ○ Yes
- ○ No
- ● N/A

Daily certification of this "All Clear" checklist is scheduled to end on Tuesday, Novem