JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS ECHOLS
DENA M. ROTH
Trial Attorney, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
joseph.borson@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

### AT YAKIMA

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>                Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>                Defendants. | NO. 1:20-cv-03127-SAB<br><br>DEFENDANTS' NOTICE OF DATA IN RESPONSE TO THE COURT'S OCTOBER 30, 2020 ORDER |

# NOTICE OF DATA

Pursuant to the Court's October 30, 2020 order (ECF No. 103), Defendants hereby respectfully submit data reports reflecting the current daily "all clear" status for each United States Postal Service facility in the Detroit and Lakeland geographical areas. USPS maintains plant-related data in such a way that there is no straightforward way to disaggregate data related to Detroit and Lakeland only. Thus, the attached report for all plants is over-inclusive, *i.e.*, the report includes data concerning the Detroit and Lakeland geographic areas, but also include plants outside of those areas. In other words, for database purposes, data concerning Detroit and Lakeland plants are included in data extracted for the Westshore and Lakeshores Districts.

Defendants also hereby provide the Court with explanations for two United States Postal Service facilities in the Detroit area that reported non-compliance with respect to daily "all clears" for November 3, 2020. The explanations are provided in the attached responses to USPS's daily compliance survey of Delivery/Retail Units regarding Political Mail and Election Mail "all clear" procedures.

| | | |
|---|---|---|
| 1 | Dated:  November 4, 2020 | Respectfully submitted, |
| 2 | | JEFFREY BOSSERT CLARK |
| 3 | | Acting Assistant Attorney General |
| 4 | | ERIC R. WOMACK |
| | | Assistant Director, Federal Programs Branch |
| 5 | | |
| 6 | | */s/ Joseph E. Borson* |
| | | JOSEPH E. BORSON (Va. Bar No. 85519) |
| 7 | | KUNTAL CHOLERA |
| | | ALEXIS J. ECHOLS |
| 8 | | DENA M. ROTH |
| | | Trial Attorneys |
| 9 | | U.S. Department of Justice |
| | | Civil Division, Federal Programs Branch |
| 10 | | 1100 L. Street, NW |
| | | Washington D.C. 20005 |
| 11 | | (202) 514-1944 |
| | | Joseph.Borson@usdoj.gov |

- 2 -
DEFENDANTS' NOTICE OF DATA IN
RESPONSE TO THE COURT'S OCTOBER 30, 2020 ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, I electronically filed the foregoing Notice of Data in Response to the Court's October 30, 2020 Order with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 4, 2020

By: */s/Alexis J. Echols*
ALEXIS J. ECHOLS
Counsel for Defendants