1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General
2  ERIC R. WOMACK
   Assistant Director, Federal Programs Branch
3  JOSEPH E. BORSON (Va. Bar No. 85519)
   KUNTAL CHOLERA
4  ALEXIS ECHOLS
   DENA M. ROTH
5  Trial Attorney, Federal Programs Branch
   1100 L Street, NW
6  Washington, D.C. 20005
   (202) 514-1944
7  joseph.borson@usdoj.gov
   Attorneys for Defendants
8

## UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF WASHINGTON

10

## AT YAKIMA

11

12  STATE OF WASHINGTON, STATE OF           NO. 1:20-cv-03127-SAB
    COLORADO, STATE OF CONNECTICUT,
13  STATE OF ILLINOIS, STATE OF
    MARYLAND, STATE OF MICHGAN,            DEFENDANTS' NOTICE OF DATA
14  STATE OF MINNESOTA, STATE OF            IN RESPONSE TO THE COURT'S
    NEVADA, STATE OF NEW MEXICO,           OCTOBER 30, 2020 ORDER
15  STATE OF OREGON, STATE OF RHODE
    ISLAND, STATE OF VERMONT,
16  COMMONWEALTH OF VIRGINIA, and
    STATE OF WISCONSIN,
17

18                Plaintiffs,

19        v.

20  DONALD J. TRUMP, in his official capacity
21  as President of the United States of America;
    UNITED STATES OF AMERICA; LOUIS
22  DEJOY, in his official capacity as Postmaster
    General; UNITED STATES POSTAL
23  SERVICE,

24                Defendants.

25

26

27

28

## NOTICE OF DATA

Pursuant to the Court's October 30, 2020 order (ECF No. 103), Defendants hereby respectfully submit data reports reflecting the current daily "all clear" status for each United States Postal Service facility in the Detroit and Lakeland geographical areas. USPS maintains plant-related data in such a way that there is no straightforward way to disaggregate data related to Detroit and Lakeland only. Thus, the attached report for all plants is over-inclusive, *i.e.*, the report includes data concerning the Detroit and Lakeland geographic areas, but also include plants outside of those areas. In other words, for database purposes, data concerning Detroit and Lakeland plants are included in data extracted for the Westshore and Lakeshores Districts.

Defendants also hereby provide the Court with the explanation for one United States Postal Service facility in the Detroit area that reported non-compliance with respect to daily "all clears." The explanation is provided in the attached response to USPS's daily compliance survey of Plants and Delivery/Retail Units regarding Political Mail and Election Mail "all clear" procedures.

DEFENDANTS' NOTICE OF DATA IN
RESPONSE TO THE COURT'S OCTOBER 30, 2020 ORDER

1

Dated:  November 7, 2020

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS J. ECHOLS
DENA M. ROTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

- 2 -
DEFENDANTS' NOTICE OF DATA IN
RESPONSE TO THE COURT'S OCTOBER 30, 2020 ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, I electronically filed the foregoing Notice of Data in Response to the Court's October 30, 2020 Order with the Clerk by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  November 7, 2020

By:  */s/Alexis J. Echols*
ALEXIS J. ECHOLS

Counsel for Defendants

DEFENDANTS' NOTICE OF DATA IN
RESPONSE TO THE COURT'S OCTOBER 30, 2020 ORDER