| Non-Compliant | CENTRAL | Detroit | MPOO 3 | Walled Lake | 2020-11-06 |
|---|---|---|---|---|---|

**Political and Election Mail -- "All Clear" Checklist for Delivery/Retail Units**   Due Date: 11/06/2020 ✕

NOTE: All questions must be answered in order for this certificate to be marked as compliant.

NOTE: The following section defines all AM questions to be answered BEFORE 2pm local time.

**CERTIFICATION:**

Is your facility using the official logs from POMO-07-2020 as required, not your own local customized log? *

● Yes
○ No
○ N/A

I certify that this facility has been validated and is clear of ALL committed POLITICAL Mail. *

○ Yes
● No
○ N/A

I certify that this facility has been validated and is clear of ALL committed ELECTION Mail (including ballots). *

○ Yes
● No
○ N/A

**If "No" was selected for any question above, please provide an explanation here:**

We have 5 Ballots for our local BOE. BOE is closed till Monday. Will be delivered Monday.

**BACK OFFICE:**

**Does the Delivery Unit maintain a HQ-approved Political/Election Mail log and is it current with sample photocopies? \***

- ● Yes
- ○ No
- ○ N/A

**What is the recorded date of the last entry in the log?**

2020-11-06

**Is the Delivery Unit familiar with the required service talks? Are they posted on the workroom floor and being shared with employees? \***

- ● Yes
- ○ No
- ○ N/A

**Does the Delivery Unit know how to handle military, overseas, and absentee ballots?** *

- ● Yes
- ○ No
- ○ N/A

**Does the Delivery Unit have a contingency plan to deliver late arriving or missent Political/Election Mail?** *

- ● Yes
- ○ No
- ○ N/A

**Is the Delivery Unit clear of Business Reply Mail (BRM) today?** *

- ● Yes
- ○ No
- ○ N/A

**Does the Delivery Unit have the 2020 Business Reply Mail (BRM) and Short Paid Ballots memos posted near the area where the BRM is worked?** *

- ● Yes
- ○ No
- ○ N/A

**Are the postage due/short paid election mail procedures being followed? Absentee ballots must not be detained or held for postage payment. DO NOT delay delivery of balloting materials. Willful delay of absentee balloting material or other election material is a violation of policies, ethics and law.** *

- ● Yes
- ○ No
- ○ N/A

**Is the Delivery Unit free of delayed and curtailed Political/Election Mail?**
**(i.e. distribution case, RFS location, PO box section and supervisor's desk)** *

○ Yes
● No
○ N/A

**If there was delayed/curtailed Political/Election Mail, was it properly reported in Customer Services Daily Reporting System (CSDRS), identified on your HQ-approved political log, and your election coordinator notified?** *

● Yes
○ No
○ N/A

**Is the Political/Election Mail "All Clear" certification being completed daily?** *

● Yes
○ No
○ N/A

**CARRIER CASES:**

**Are carrier cases clear of Political/Election Mail? Are carriers aware of the policy to hold unknown recipient mail for ten days before returning to sender?** *

● Yes
○ No
○ N/A

**Are carrier cases clear of mail pieces overlooked after strapping out?** *

● Yes
○ No
○ N/A

Has management verified that non-forwardable Political/Election Mail is not co-mingled with Undeliverable Bulk Business Mail? Non-forwardable include: unendorsed: non-profit, standard, and marketing mail. Address Service Requested (ASR), Change Service Requested (CSR), Electronic Service Requested (ESR), Forwarding Service Requested (FSR), Return Service Requested (RSR), Temp-Return Service Requested (TRSR). *

- ● Yes
- ○ No
- ○ N/A

Is Undeliverable As Addressed and Undeliverable Bulk Business Mail (reference DMM 507.1.1) being properly recorded on the HQ-approved Destination Delivery Unit log? *

- ● Yes
- ○ No
- ○ N/A

**ADDITIONAL PROCESS CHECKS:**

Is Undeliverable Bulk Business Mail (carrier cases and P.O. Box section) being worked/processed daily? *

- ● Yes
- ○ No
- ○ N/A

Is Undeliverable As Addressed -- letters (PARS) and flats (FPARS) trayed and parcels processed in RFS and dispatched to the plant? *

- ● Yes
- ○ No
- ○ N/A

**If the Delivery Unit has an on-site Bulk Mail Entry Unit, is an HQ-approved Political/Election Mail log present and current with sample photocopies? \***

- ◉ Yes
- ○ No
- ○ N/A

**Are RED tag 57 and/or GREEN tag 191 being used in the Delivery Unit to identify Political Campaign Mail/Official Election Mail? Tag 57 is the RED tag used to identify containers with Political Mail in it. Tag 191 is the GREEN tag used to identify Ballot Mail; this tag is only used on trays or sacks. \***

- ◉ Yes
- ○ No
- ○ N/A

**NOTE: The following section defines all PM questions to be answered AFTER 2pm local time.**

### RETAIL COUNTER:

**Has the retail area been cleared of all outgoing mail and dispatched?**

- ◉ Yes
- ○ No
- ○ N/A

**Have all unit collection boxes, including lobby drops, been collected and dispatched on every available transportation, including the final dispatch of value (DOV), and does CPMS show all points collected?**

- ◉ Yes
- ○ No
- ○ N/A

Has all election mail been consolidated with outgoing collection mail and not held out separately or trayed? Check retail counter (on top and under), collection prep area, PO Box section, Dutch Door area, supervisor desk, mPOS cart (if applicable), distribution cases, hotcase, throwback case, and lobby drop boxes.

- ● Yes
- ○ No
- ○ N/A

**ADDITIONAL PROCESS CHECKS:**

Is all available mail being dispatched on earliest possible transportation?

- ● Yes
- ○ No
- ○ N/A

Are back door audits and satchel checks being conducted to ensure all election mail has been dispatched? Check all empty MTE prior to dispatching: check trays and tubs and turn sacks inside out.

- ● Yes
- ○ No
- ○ N/A

Are all delivery vehicles and collection vehicles checked in the PM verified to be free of Political/Election Mail?

- ● Yes
- ○ No
- ○ N/A

Contract Postal Units, Village Post Offices, Community Post Offices -- cleared of all outgoing mail and dispatched?

- ○ Yes
- ○ No
- ● N/A

**Daily certification of this "All Clear" checklist is scheduled to end on Friday, December 4, 2020.**

Completed By: **tarwacki r, rosemarie**
Completed On: **11/06/2020 08:41 PM**

[Submit]  [Cancel]