| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RETAIL Summary Report for "Political and Election Mail -- "All Clear" Checklist for Delivery/Retail Units" from 11/09/2020 to 11/09/2020 for "CENTRAL \| DETROIT \| All MPOOs" | | | | | | | | | |
| Area | District | MPOO or ZIP | Facility Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
| CENTRAL | Detroit | MPOO 0 | Brightmoor Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | College Park Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Fenkell | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Ferndale Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Fox Creek | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | George W. Young Finance | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Grand River Finance | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Grand Shelby Carr Anx | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Gratiot Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Grosse Pointe | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Hamtramck Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Hamtramck Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Harper Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Highland Park Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Joyfield Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Kensington Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Livernois Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Mary E Mccoy Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Mount Elliott | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | North End Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Northwestern Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Oak Park Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Old Redford Finance | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Park Grove | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Redford Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Renaissance Center Finance | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | River Rouge Branch Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Seven Oaks | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Springwells Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 0 | Strathmoor Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Addison Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Adrian Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Albion Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Allen Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Blissfield Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Brighton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Britton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Brooklyn Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Camden Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Cement City Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Chelsea | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Clarklake Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Clayton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Clinton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CENTRAL | Detroit | MPOO 1 | Concord Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Deerfield Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Dexter Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Dundee Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Frontier Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Grass Lake Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Gregory Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Hamburg | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Hanover Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Hillsdale Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Homer Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Horton Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Hudson Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Ida Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Jackson Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Jackson Crossing Finance OFC | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Jackson Postal Store | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Jasper Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Jerome Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Jonesville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Lakeland Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Lambertville | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Leslie Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Litchfield Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Manchester Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Manitou Beach Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Michigan Center Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Milan Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Montgomery Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Morenci Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Mosherville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Munith Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Napoleon Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | New Hudson Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | North Adams Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Northville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Norvell Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Onondaga Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Onsted Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Osseo Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Ottawa Lake Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Palmyra Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Parma Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Petersburg Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Pinckney Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Pittsford Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Pleasant Lake Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |

| CENTRAL | Detroit | MPOO 1 | Reading Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
|---|---|---|---|---|---|---|---|---|---|
| CENTRAL | Detroit | MPOO 1 | Riga Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Rives Junction Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Saline Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Samaria Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Sand Creek Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Somerset Center Main Off | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | South Lyon Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Spring Arbor Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Springport Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Stockbridge Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Tecumseh Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Temperance Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Tipton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Waldron Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Weston Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 1 | Whitmore Lake Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Allen Park | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Belleville | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Carleton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Dearborn | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Dearborn Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Dearborn Heights | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Erie Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Flat Rock Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Fort Dearborn Postal Store / Westborn Mall | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Garden City Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Greenmead Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Grosse Ile | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Inkster | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Lasalle Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Lincoln Park | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Livonia | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Luna Pier Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Maybee Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Melvindale | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Monroe | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | New Boston Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Newport Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Penniman Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Plymouth Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Riverview Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Rockwood Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Romulus Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | South Rockwood Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Southgate Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Taylor Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |

| CENTRAL | Detroit | MPOO 2 | Trenton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
|---|---|---|---|---|---|---|---|---|---|
| CENTRAL | Detroit | MPOO 2 | Whittaker Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Willis Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Wyandotte Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Ypsilanti Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 2 | Ypsilanti Township | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Birmingham Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Bloomfield Hills | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Bloomfield Township Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Center Line Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Clawson Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Eastpointe | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Farmington Hills Postal Store | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Farmington Main | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Franklin | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Fraser Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Hazel Park | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Lake Orion | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Lathrup Village Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Milford | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | New Baltimore | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Novi | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Oxford | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Retail Store | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Rochester Hills Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Rochester Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Roseville | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Saint Clair Shores Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Southfield Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Troy Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Walled Lake | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Waterford Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Waterford Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 3 | Wixom | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Ann Arbor | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Auburn Hills Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Berkley Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Canton | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Clinton Macomb Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Clinton Township Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Cody Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Downtown Flint | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Flint Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Great Lakes Crossing | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Green Road Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Liberty Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Madison Heights | 1 | 0 | 0 | 0 | 1 | 100.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CENTRAL | Detroit | MPOO 4 | Madison Hts Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Mott Park Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Mount Clemens | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | North Side Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Northeast Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Northwest Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Pontiac Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Royal Oak | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Royal Oak Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Selfridge a N G B Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Shelby Township | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | South University Station | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Southeast Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Southwest | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Sterling Heights Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Utica | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Warren | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Wayne Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | West Bloomfield Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 4 | Westland Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Algonac Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Allenton | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Almont | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Anchorville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Applegate Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Armada | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Atlas Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Attica Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Avoca Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Bad Axe Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Bancroft | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Birch Run | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Birchwood Mall | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Brown City Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Burt Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Byron Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Capac Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Carsonville Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | China Twp Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Clarkston Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Clarkston Postal Store | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Clio Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Columbiaville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Croswell Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Davisburg Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Davison Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Decker Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |

| CENTRAL | Detroit | MPOO 5 | Deckerville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
|---------|---------|--------|-------------------------|---|---|---|---|---|--------|
| CENTRAL | Detroit | MPOO 5 | Dryden Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Durand Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Emmett Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Fair Haven Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Fenton Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Flushing Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Forestville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Fostoria Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Gaines Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Genesee Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Goodells Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Goodrich Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Grand Blanc Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Hadley Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Harbor Beach Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Harsens Island Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Hartland Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Highland Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Holly Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Imlay City Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Jeddo Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Keego Harbor Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Kinde Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Lakeville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Lapeer Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Lennon Post Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Leonard Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Lexington Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Linden Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Marine City Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Marlette Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Marysville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Melvin Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Memphis Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Metamora Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Minden City Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Montrose Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Mount Morris Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | New Haven Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | New Lothrop Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | North Branch | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | North Street | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Ortonville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Otisville Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Otter Lake Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Peck Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |

| CENTRAL | Detroit | MPOO 5 | Port Austin Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CENTRAL | Detroit | MPOO 5 | Port Hope Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Port Huron Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Port Sanilac Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Richmond Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Romeo | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Ruth Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Saint Clair Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Sandusky Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Smiths Creek Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Snover Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Swartz Creek | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Ubly Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Union Lake | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Vernon Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Washington Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |
| CENTRAL | Detroit | MPOO 5 | Yale Main Office | 1 | 0 | 0 | 0 | 1 | 100.00 |