| | |
|---|---|
| 1 | JEFFREY BOSSERT CLARK |
| | Acting Assistant Attorney General |
| 2 | ERIC R. WOMACK |
| | Assistant Director, Federal Programs Branch |
| 3 | JOSEPH E. BORSON (Va. Bar No. 85519) |
| | KUNTAL CHOLERA |
| 4 | ALEXIS ECHOLS |
| | JOHN J. ROBINSON |
| 5 | DENA M. ROTH |
| | Trial Attorney, Federal Programs Branch |
| 6 | 1100 L Street, NW |
| | Washington, D.C. 20005 |
| 7 | (202) 514-1944 |
| | joseph.borson@usdoj.gov |
| 8 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

**AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MICHGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>Defendants. | NO. 1:20-cv-03127-SAB<br><br>DEFENDANTS' NOTICE OF APPEAL |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants, Donald J. Trump, in his official capacity as the President of the United States of America, Louis DeJoy, in his official capacity as United States Postmaster General, the United States Postal Service, and the United States, appeal to the United States Court of Appeals for the Ninth Circuit from the following orders: this Court's September 17, 2020 Order (Docket No. 81), and this Court's October 2, 2020 Order (Docket No. 90).

Dated: December 1, 2020         Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS J. ECHOLS
JOHN J. ROBINSON
DENA M. ROTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, I electronically filed the foregoing Notice of Appeal with the Clerk by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 1, 2020

By: */s/Alexis J. Echols*
ALEXIS J. ECHOLS

Counsel for Defendants