UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as the President of the United States of America; et al.,<br><br>　　　　Defendants-Appellants. | No.　20-36047<br><br>D.C. No. 1:20-cv-03127-SAB<br>Eastern District of Washington, Yakima<br><br>ORDER |

The appellants' motion (Docket Entry No. 14) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By: Grace Santos
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7

GS 01/18/2021/Pro Mo