ROBERT W. FERGUSON
*Attorney General*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
EMMA S. GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
(*application for admission forthcoming)*
KARL D. SMITH, WSBA #41988
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | NO. 20-03127-SAB<br><br>JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS<br><br>NOTING DATE: January 28, 2021<br>Without Oral Argument |

Plaintiffs and Defendants jointly and respectfully request that the Court stay all pending events and deadlines in this case, for a period of 30 days, to enable the parties to continue working toward a final resolution of the case. The parties propose to submit a joint status report to the Court at the end of the 30-day period if the case is not resolved by that time.

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

The Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 707-08 (1997) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). When considering a motion to stay, courts consider the following factors: (1) "the possible damage which may result from the granting of a stay," (2) "the hardship or inequity which a party may suffer in being required to go forward," and (3) "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005); (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

Here, the parties agree that all three factors weigh in favor of a stay of limited duration. The parties believe they are close to a resolution, but obtaining the necessary authority on behalf of the governmental entities that are parties to this case has proved complex, requiring more time than anticipated. The parties submit that a 30-day stay of pending events and deadlines will facilitate their ongoing work toward a resolution, without damage or hardship to any party, while conserving the resources of the parties and the Court.

DATED this 28th day of January, 2021.

ROBERT W. FERGUSON
Attorney General

*/s/ Noah Guzzo Purcell*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
EMMA GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
*(application for admission forthcoming)*
KARL D. SMITH, WSBA #41988
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
noah.purcell@atg.wa.gov
nathan.bays@atg.wa.gov
kristin.beneski@atg.wa.gov
andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov
emma.grunberg@atg.wa.gov
tera.heintz@atg.wa.gov
karl.smith@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

PHIL WEISER
Attorney General of Colorado

*/s/ Eric R. Olson*
ERIC R. OLSON, CO #36414
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508 6548
Eric.Olson@coag.gov
*Attorneys for Plaintiff the State of Colorado*

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

WILLIAM TONG
Attorney General
State of Connecticut

*s/ Joshua Perry*
JOSHUA PERRY, #439166
Special Counsel for Civil Rights
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5372
joshua.perry@ct.gov
*Attorneys for Plaintiff State of Connecticut*

KWAME RAOUL
Attorney General State of Illinois

*s/ Christopher G. Wells*
CHRISTOPHER G. WELLS
(ARDC #6304265)
Chief, Public Interest Division
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, IL 60601
(312) 814-1134
cwells@atg.state.il.us
*Attorneys for Plaintiff State of Illinois*

BRIAN E. FROSH
Attorney General of Maryland

*s/ Jeffrey P. Dunlap*
JEFFREY P. DUNLAP
D. Md. #20846, Md. Bar #181210004
*Assistant Attorney General*
200 St. Paul Place
Baltimore, MD 21202
T: (410) 576-7906
F: (410) 576-6955
jdunlap@oag.state.md.us

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Attorneys for Plaintiff State of Maryland*

DANA NESSEL
Michigan Attorney General

*s/ Christina Grossi*
CHRISTINA GROSSI (P67482)
Chief of Operations
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48933
*Attorneys for Plaintiff State of Michigan*

KEITH ELLISON
Attorney General of Minnesota

*s/ Angela Behrens*
ANGELA BEHRENS, MN 0351076
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 757-1204 (Voice)
angela.behrens@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

AARON D. FORD
Attorney General

*s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
hstern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

HECTOR BALDERAS
Attorney General

*s/ Nicholas M. Sydow*
Nicholas M. Sydow
Civil Appellate Chief
Office of the New Mexico Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 717-3571
nsydow@nmag.gov
*Attorneys for Plaintiff State of New Mexico*

ELLEN F. ROSENBLUM
Attorney General of the State of Oregon

*s/ James S. Smith*
JAMES S. SMITH, WSBA #14761
MICHAEL C. KRON
Special Counsel
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Phone: (971) 673-3891
james.s.smith @doj.state.or.us
michael.c.kron@doj.state.or.us
*Attorneys for Plaintiff State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

s/ *Keith Hoffmann*
KEITH HOFFMANN, #9874
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Extension 1882
Fax: (401) 222-2995
khoffmann@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

THOMAS J. DONOVAN, JR.
Attorney General

*s/ Eleanor Spottswood*
JOSHUA DIAMOND
Deputy Attorney General
ELEANOR SPOTTSWOOD
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3178
joshua.diamond@vermont.gov
*Attorneys for Plaintiff State of Vermont*

MARK R. HERRING
Attorney General of Virginia

*s/ Michelle S. Kallen*
MICHELLE S. KALLEN, VSB #94542
CAROL L. LEWIS, VSB #92362
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
mkallen@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of Virginia*

JOSHUA L. KAUL
*Attorney General of Wisconsin*

*s/ Colin T. Roth*
COLIN T. ROTH, #1103985
*Assistant Attorney General*
Wisconsin Department of Justice
P. O. Box 7857
Madison, WI 53707-7857
(608) 264-6219
rothct@doj.state.wi.us
*Attorneys for Plaintiff State of Wisconsin*

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON (Va. Bar No. 85519)
KUNTAL CHOLERA
ALEXIS J. ECHOLS
DENA M. ROTH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1944
Joseph.Borson@usdoj.gov
   *Attorneys for Defendants*

JOINT MOTION TO STAY ALL
PENDING EVENTS AND
DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 28th day of January, 2021, at Tumwater, Washington.

*/s/ Jennifer D. Williams*
JENNIFER D. WILLIAMS
Paralegal

JOINT MOTION TO STAY ALL PENDING EVENTS AND DEADLINES FOR 30 DAYS
NO. 20-03127-SAB

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744