
ROBERT W. FERGUSON
*Attorney General*
NOAH GUZZO PURCELL, WSBA #43492
*Solicitor General*
NATHAN K. BAYS, WSBA #43025
KRISTIN BENESKI, WSBA #45478
ANDREW R.W. HUGHES, WSBA #49515
CRISTINA SEPE, WSBA #53609
*Assistant Attorneys General*
EMMA S. GRUNBERG, WSBA #54659
TERA M. HEINTZ, WSBA #54921
(*application for admission forthcoming*)
KARL D. SMITH, WSBA #41988
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | NO. 20-03127-SAB <br><br> NOTICE OF VOLUNTARY DISMISSAL BY PLAINITFFS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice. Dismissal pursuant to subsection 41(a)(1)(A)(i) is appropriate because Defendants have not served either an answer or a motion for summary judgment. The parties agree that each shall bear their own fees and costs.

NOTICE OF VOLUNTARY DISMISSAL
NO. 20-03127-SAB

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| | |
|---|---|
| 1 | DATED this 16th day of February, 2021. |
| 2 | ROBERT W. FERGUSON<br>Attorney General |
| 3 | |
| 4 | /s/ Kristin Beneski<br>KRISTIN BENESKI, WSBA #45478<br>  *Assistant Attorney General* |
| 5 | NOAH GUZZO PURCELL, WSBA #43492<br>  *Solicitor General* |
| 6 | NATHAN K. BAYS, WSBA #43025<br>ANDREW R.W. HUGHES, WSBA #49515 |
| 7 | CRISTINA SEPE, WSBA #53609<br>  *Assistant Attorneys General* |
| 8 | EMMA GRUNBERG, WSBA #54659<br>TERA M. HEINTZ, WSBA #54921 |
| 9 | *(application for admission forthcoming)*<br>KARL D. SMITH, WSBA #41988 |
| 10 | *Deputy Solicitors General*<br>800 Fifth Avenue, Suite 2000 |
| 11 | Seattle, WA 98104<br>(206) 464-7744 |
| 12 | noah.purcell@atg.wa.gov<br>nathan.bays@atg.wa.gov |
| 13 | kristin.beneski@atg.wa.gov<br>andrew.hughes@atg.wa.gov |
| 14 | cristina.sepe@atg.wa.gov<br>emma.grunberg@atg.wa.gov |
| 15 | tera.heintz@atg.wa.gov<br>karl.smith@atg.wa.gov |
| 16 | *Attorneys for Plaintiff State of Washington* |
| 17 | |
| 18 | PHIL WEISER<br>Attorney General of Colorado |
| 19 | |
| 20 | /s/ Eric R. Olson<br>ERIC R. OLSON, CO #36414 |
| 21 | Solicitor General<br>Office of the Attorney General |
| 22 | Colorado Department of Law<br>1300 Broadway, 10th Floor |

NOTICE OF VOLUNTARY DISMISSAL
NO. 20-03127-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | Denver, CO 80203 |
| 2 | (720) 508 6548<br>Eric.Olson@coag.gov |
|   |    *Attorneys for Plaintiff the State of* |
| 3 |    *Colorado* |
| 4 | |
| 5 | WILLIAM TONG<br>Attorney General |
| 6 | State of Connecticut |
|   | *s/ Joshua Perry* |
| 7 | JOSHUA PERRY, #439166 |
|   | Special Counsel for Civil Rights |
| 8 | Office of the Attorney General |
|   | 165 Capitol Avenue |
| 9 | Hartford, CT  06106 |
|   | (860) 808-5372 |
| 10 | joshua.perry@ct.gov |
|    |    *Attorneys for Plaintiff State of* |
| 11 |    *Connecticut* |
| 12 | |
|    | KWAME RAOUL |
| 13 | Attorney General State of Illinois |
| 14 | |
|    | *s/ Christopher G. Wells* |
| 15 | CHRISTOPHER G. WELLS |
|    | (ARDC #6304265) |
| 16 | Chief, Public Interest Division |
|    | Office of the Illinois Attorney General |
| 17 | 100 West Randolph Street, 12th Floor |
|    | Chicago, IL  60601 |
| 18 | (312) 814-1134 |
| 19 | cwells@atg.state.il.us |
|    |    *Attorneys for Plaintiff State of Illinois* |
| 20 | |
| 21 | |
| 22 | |

NOTICE OF VOLUNTARY
DISMISSAL
NO. 20-03127-SAB

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

| | |
|---|---|
| 1 | |
| 2 | BRIAN E. FROSH<br>Attorney General of Maryland |
| 3 | *s/ Jeffrey P. Dunlap*<br>JEFFREY P. DUNLAP |
| 4 | D. Md. #20846, Md. Bar #181210004<br>*Assistant Attorney General* |
| 5 | 200 St. Paul Place<br>Baltimore, MD 21202 |
| 6 | T: (410) 576-7906<br>F: (410) 576-6955 |
| 7 | jdunlap@oag.state.md.us |
| 8 |    *Attorneys for Plaintiff State of Maryland* |
| 9 | |
| 10 | DANA NESSEL<br>Michigan Attorney General |
| 11 | *s/ Christina Grossi* |
| 12 | CHRISTINA GROSSI (P67482)<br>Chief of Operations |
| 13 | Michigan Department of Attorney General<br>525 W. Ottawa Street |
| 14 | Lansing, MI 48933<br>   *Attorneys for Plaintiff State of Michigan* |
| 15 | |
| 16 | KEITH ELLISON<br>Attorney General of Minnesota |
| 17 | |
| 18 | *s/ Angela Behrens*<br>ANGELA BEHRENS, MN 0351076 |
| 19 | Assistant Attorney General<br>445 Minnesota Street, Suite 1400 |
| 20 | St. Paul, MN 55101-2131<br>(651) 757-1204 (Voice) |
| 21 | angela.behrens@ag.state.mn.us<br>   *Attorneys for Plaintiff State of Minnesota* |
| 22 | |

NOTICE OF VOLUNTARY DISMISSAL
NO. 20-03127-SAB

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

|   |   |
|---|---|
| 1 |   |
| 2 | AARON D. FORD<br>Attorney General |
| 3 | *s/ Heidi Parry Stern* |
| 4 | Heidi Parry Stern (Bar. No. 8873)<br>Solicitor General |
| 5 | Office of the Nevada Attorney General<br>555 E. Washington Avenue, Suite 3900 |
| 6 | Las Vegas, NV 89101<br>hstern@ag.nv.gov |
| 7 | *Attorneys for Plaintiff State of Nevada* |
| 8 | HECTOR BALDERAS |
| 9 | Attorney General |
| 10 | *s/ Nicholas M. Sydow*<br>Nicholas M. Sydow |
| 11 | Civil Appellate Chief<br>Office of the New Mexico Attorney General |
| 12 | 201 Third Street NW, Suite 300<br>Albuquerque, NM  87102 |
| 13 | (505) 717-3571<br>nsydow@nmag.gov |
| 14 | *Attorneys for Plaintiff State of New Mexico* |
| 15 |   |
| 16 | ELLEN F. ROSENBLUM<br>Attorney General of the State of Oregon |
| 17 | *s/ James S. Smith* |
| 18 | JAMES S. SMITH, WSBA #14761<br>MICHAEL C. KRON |
| 19 | Special Counsel<br>Oregon Department of Justice |
| 20 | 100 SW Market Street<br>Portland, OR 97201 |
| 21 | Phone: (971) 673-3891<br>james.s.smith @doj.state.or.us |
| 22 | michael.c.kron@doj.state.or.us<br>*Attorneys for Plaintiff State of Oregon* |

NOTICE OF VOLUNTARY DISMISSAL
NO. 20-03127-SAB

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

|   |   |
|---|---|
| 1 | |
| 2 | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 3 | |
| 4 | s/ *Keith Hoffmann*<br>KEITH HOFFMANN, #9874 |
| 5 | Special Assistant Attorney General<br>Rhode Island Office of the Attorney General |
| 6 | 150 South Main Street<br>Providence, RI  02903 |
| 7 | Tel: (401) 274-4400, Extension 1882<br>Fax: (401) 222-2995 |
| 8 | khoffmann@riag.ri.gov<br>    *Attorneys for Plaintiff State of Rhode Island* |
| 9 | |
| 10 | THOMAS J. DONOVAN, JR.<br>Attorney General |
| 11 | |
| 12 | s/ *Eleanor Spottswood*<br>JOSHUA DIAMOND |
| 13 | Deputy Attorney General<br>ELEANOR SPOTTSWOOD |
| 14 | Assistant Attorney General<br>Office of the Attorney General |
| 15 | 109 State Street<br>Montpelier, VT 05609-1001 |
| 16 | (802) 828-3178<br>joshua.diamond@vermont.gov |
| 17 |     *Attorneys for Plaintiff State of Vermont* |
| 18 | MARK R. HERRING<br>Attorney General of Virginia |
| 19 | |
| 20 | s/ *Michelle S. Kallen*<br>MICHELLE S. KALLEN, VSB #94542 |
| 21 | CAROL L. LEWIS, VSB #92362<br>Office of the Attorney General |
| 22 | 202 North Ninth Street |

NOTICE OF VOLUNTARY DISMISSAL
NO. 20-03127-SAB

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1  Richmond, VA 23219
   (804) 786-7240 – Telephone
2  (804) 371-0200 – Facsimile
   mkallen@oag.state.va.us
3      *Attorneys for Plaintiff Commonwealth of*
4      *Virginia*

5  JOSHUA L. KAUL
   *Attorney General of Wisconsin*

6  *s/ Colin T. Roth*
   COLIN T. ROTH, #1103985
7  *Assistant Attorney General*
   Wisconsin Department of Justice
8  P. O. Box 7857
   Madison, WI 53707-7857
9  (608) 264-6219
   rothct@doj.state.wi.us
10     *Attorneys for Plaintiff State of Wisconsin*

11

12

13

14

15

16

17

18

19

20

21

22

NOTICE OF VOLUNTARY DISMISSAL  
NO. 20-03127-SAB

7

ATTORNEY GENERAL OF WASHINGTON  
Complex Litigation Division  
800 Fifth Avenue, Suite 2000  
Seattle, WA 98104  
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 16th day of February, 2021, at Tumwater, Washington.

*/s/ Jennifer D. Williams*
JENNIFER D. WILLIAMS
Paralegal

NOTICE OF VOLUNTARY DISMISSAL
NO. 20-03127-SAB

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744