FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF ILLINOIS STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, and STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; LOUIS DEJOY, in his official capacity as Postmaster General; UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 1:20-CV-03127-SAB<br><br>**ORDER CLOSING FILE** |

**ORDER CLOSING FILE ~ 1**

On February 16, 2021, Plaintiffs filed a Notice of Voluntary Dismissal, ECF No. 130. They indicate they are dismissing this action pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). The parties agree that each shall bear their own fees and costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Plaintiff's Notice of Voluntary Dismissal, ECF No. 130, the above-captioned action is **dismissed**, with each party bearing their own fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 17th day of February 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER CLOSING FILE ~ 2**